# United States District Court

_____DISTRICT OF DELAWARE_____

MARGUERITE A. JOHNSON,

          SUMMONS IN A CIVIL ACTION

V.

ORLANDO J. GEORGE, JR., in both
his official and personal capacities,
and DELAWARE TECHNICAL AND
COMMUNITY COLLEGE,

CASE NUMBER: 05-157

TO: (Name and Address of Defendant)

Orlando J. George, Jr.,
c/o Delaware Technical & Community College
Office of President
100 Campus Drive
Dover, DE 19903

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF OR PLAINTIFF'S ATTORNEY (name and address)

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

PETER T. DALLEO            3-15-05

CLERK                                                           DATE

BY DEPUTY CLERK

SUMMONS. USD

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/16/05 | |
| NAME OF SERVER (PRINT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: ORLANDO GEORGE AT 100 CAMPUS DR. DOVER, DE; COPIES THEREOF WERE ACCEPTED BY: NANCY VODVARKA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/16/05
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.