## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

April 5, 2005

David H. Williams, Esq.
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue - 10th Fl.
Wilmington, DE   19801

Gary W. Aber, Esq.
Aber, Goldlust, Baker & Over
702 King Street - #600
Wilmington, DE   19801

Re:   Marguerite A. Johnson v. Orlando J. George, Jr., et al.
        Civil Action No. 05-157-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order.  Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

*/s/ Kent A. Jordan*

Kent A. Jordan

KAJ:cas
Enclosure
cc:   Clerk of the Court