IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>ORLANDO J. GEORGE, JR.,<br>in both his official and personal<br>capacities, and DELAWARE<br>TECHNICAL AND COMMUNITY<br>COLLEGE,<br><br>  Defendants. | )<br>)<br>)<br>)  C.A. No. 05-157 (KAJ)<br>)<br>)  Trial By Jury Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that Plaintiff's Interrogatories Directed to Defendant and Plaintiff's First Request for Production of Documents was hand delivered to the following counsel on April 15, 2005:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE 19899

>ABER, GOLDLUST, BAKER & OVER

>       /s/ Gary W. Aber
>GARY W. ABER (DSB #754)
>702 King Street, Suite 600
>P.O. Box 1675
>Wilmington, DE 19899
>302-472-4900
>Attorney for Plaintiff

DATED: April 15, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on April 15, 2005:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899

>                         /s/ Melissa A. Chionchio
> Melissa A. Chionchio
> Secretary to Gary W. Aber, Esquire