IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAY -9 PM 3:45

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this **9th** day of **May, 2005**,

IT IS ORDERED that the Rule 16 scheduling teleconference presently set for **May 12, 2005 at 4:30 p.m.** is hereby rescheduled to **May 16, 2005 at 1:30 p.m.**

Plaintiff's counsel shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE