IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>ORLANDO J. GEORGE, JR.,<br>in both his official and personal<br>capacities, and DELAWARE<br>TECHNICAL AND COMMUNITY<br>COLLEGE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 05-157 (KAJ)<br>)<br>)  Trial By Jury Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that Plaintiff's Second Request for Production of Documents was hand delivered to the following counsel on May 19, 2005:

    David H. Williams, Esquire
    Morris, James, Hitchens & Williams, LLP
    222 Delaware Avenue, 10th Floor
    P.O. Box 2306
    Wilmington, DE  19899


    ABER, GOLDLUST, BAKER & OVER


    /s/ Gary W. Aber
    GARY W. ABER (DSB #754)
    702 King Street, Suite 600
    P.O. Box 1675
    Wilmington, DE  19899
    302-472-4900
    Attorney for Plaintiff

DATED:  May 19, 2005

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on May 19, 2005:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899

>>/s/ Melissa A. Chionchio
>>Melissa A. Chionchio
>>Secretary to Gary W. Aber, Esquire