IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I hereby certify that on this 23rd day of May, 2005, two (2) copies of **DEFENDANTS' INITIAL DISCLOSURES** were hand delivered to the following counsel of record at the address below:

>Gary W. Aber, Esquire
>Aber, Goldlust, Baker & Over
>702 King Street, Suite 600
>Wilmington, DE 19899-1675

>*/s/ Jennifer J. Brierley*
>David H. Williams (#616) (dwilliams@morrisjames.com)
>Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
>MORRIS, JAMES, HITCHENS & WILLIAMS LLP
>222 Delaware Ave., 10th Floor
>P.O. Box 2306
>Wilmington, DE 19899
>(302) 888-6900/6848

Dated: May 23, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his | ) | Trial By Jury Demanded |
| official and personal capacities, and | ) | |
| DELAWARE TECHNICAL AND | ) | |
| COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Gary W. Aber, Esquire
    Aber, Goldlust, Baker & Over
    702 King Street, Suite 600
    Wilmington, DE 19899-1675

    */s/ Jennifer J. Brierley*
    David H. Williams (#616) (dwilliams@morrisjames.com)
    Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
    222 Delaware Ave., 10th Floor
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900/6848

Dated: May 23, 2005