IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE

I hereby certify that on this 10th day of June, 2005, two (2) copies of **DEFENDANTS' ANSWERS TO PLAINTIFF'S INTERROGATORIES** and **DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** were hand delivered to the following counsel of record at the address below:

>   Gary W. Aber, Esquire
>   Aber, Goldlust, Baker & Over
>   702 King Street, Suite 600
>   Wilmington, DE 19899-1675

_____
David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/6848

Dated: June 10, 2005

DHW/007409-0131/1173037/1