IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on this 6th day of July, 2005, two (2) copies of **DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** and **DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF** were hand delivered to the following counsel of record at the address below:

    Gary W. Aber, Esquire
    Aber, Goldlust, Baker & Over
    702 King Street, Suite 600
    Wilmington, DE 19899-1675

    /s/ David H. Williams
    David H. Williams (#616) (dwilliams@morrisjames.com)
    Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
    222 Delaware Ave., 10th Floor
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900/6848

Dated: July 6, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his | ) | Trial By Jury Demanded |
| official and personal capacities, and | ) | |
| DELAWARE TECHNICAL AND | ) | |
| COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on July 6, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> Wilmington, DE 19899-1675

> /s/ David H. Williams
> _____
> David H. Williams (#616) (dwilliams@morrisjames.com)
> Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP
> 222 Delaware Ave., 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900/6848

Dated: July 6, 2005