IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-157 (KAJ) |
| v. ) | |
| ) | Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., ) | |
| in both his official and personal ) | |
| capacities, and DELAWARE ) | |
| TECHNICAL AND COMMUNITY ) | |
| COLLEGE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S RULE 26(a) DISCLOSURES

Pursuant to the provisions of Rule 26(a)(1), Federal Rules of Civil Procedure, L.R. 16.2, the plaintiff submits as her initial disclosures the following (The plaintiff reserves the right, amend, supplement, or modify these disclosures as further information and facts become available, or are revealed during the discovery process, pursuant to the provisions of Rule 26(e), Federal Rules of Civil Procedure):

(A) Individuals likely to have discoverable information that plaintiff may use to support her claims and the subjects of the information.

The following persons are identified as having information with regards to the nature and quality of the plaintiff's professional job performance.

John Dempsy

Nancy Rocky

Patsy Kelly Waters

Sonia Johnson

Loretta Cooper

    Dan King

    Nettie Evans

    Reuben Saulters

    Judith Olson

    Carol Dobson

    John Parker Henry

    Tom Burbanick

    Patricia Edwards

The following individuals have knowledge of the damage done to the plaintiff's professional reputation in the education field.

    Dr. Cynthia Jackson

    Dr. Marion Shivers

    Dr. Narcissa Polonia

The following individuals have knowledge of the plaintiff's reputation in the community for leadership in the education community.

    Tom Pribanic

    Roy Klein

In addition, the plaintiff reserves the right to rely upon all persons mentioned in Defendant's Rule 26(a) disclosures.

    B.    Documents, data, compilations, and tangible things in the possession custody or control of the plaintiff that the plaintiff may use to support its claim:

At present, the plaintiff identifies the following categories of documents and tangible things in her possession, custody or control that the plaintiff may use to support

her claims and/or defenses. (Not listed here are documents that are still in the care custody and control of the defendants).

      1.    Receipts for Expenses Reimbursed by the Plaintiff to Del Tech

      2.    Various personal correspondence and documents.

      3.    Plaintiff's Del Tech evaluations

      4.    Correspondence between the plaintiff and the defendant George, concerning her termination/administrative leave.

      5.    Correspondence between counsel for the plaintiff and counsel for the defendant.

      (C)    A computation of any category damages claimed by the plaintiff.

The plaintiff's personal reputation and professional reputation have been so damaged by being placed on administrative leave, without due process, so as to deny the plaintiff a property interest in her employment and professional reputation, thereby damaging her protected liberty interest under the Fourteenth Amendment of the United States Constitution. In addition, the plaintiff has endured mental pain, suffering and anguish as a result of the actions by the defendants. The plaintiff's reserve the right to seek statutory attorney fees and costs, as well as injunctive relief.

      (D)    Insurance agreements under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment, which may be entered in this action or to indemnify or reimburse plaintiff made to satisfy the judgment.

      The plaintiff is aware of no insurance coverage applicable to these matters.

                                    ABER, GOLDLUST, BAKER & OVER

                                        /s/ Gary W. Aber
                                  GARY W. ABER (DSB #754)
                                  702 King Street, Suite 600
                                  P.O. Box 1675
                                  Wilmington, DE  19899
                                  (302) 472-4900
                                  Attorney for Plaintiff

DATED:  July 19, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic filing and hand delivery on July 19, 2005:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire