IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORLANDO J. GEORGE, JR., ) <br> in both his official and personal ) <br> capacities, and DELAWARE ) <br> TECHNICAL AND COMMUNITY ) <br> COLLEGE, ) <br> ) <br> Defendants. ) | C.A. No. 05-157 (KAJ) <br><br> Trial By Jury Demanded |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that Plaintiff's Third Request for Production of Documents was hand delivered to the following counsel on July 19, 2005:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899

> ABER, GOLDLUST, BAKER & OVER

> /s/ Gary W. Aber
> GARY W. ABER (DSB #754)
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899
> 302-472-4900
> Attorney for Plaintiff

DATED: July 19, 2005

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on July 19, 2005:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899

>                     /s/ Melissa A. Chionchio
> Melissa A. Chionchio
> Secretary to Gary W. Aber, Esquire