IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

NOTICE OF SERVICE

I hereby certify that on this 15th day of August, 2005, two (2) copies of **DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF, DEFENDANTS' SECOND SET OF INTERROGATORIES DIRECTED TO PLAINTIFF,** and **DEFENDANTS' FIRST REQUEST FOR ADMISSIONS DIRECTED TO PLAINTIFF** were hand delivered to the following counsel of record at the address below:

    Gary W. Aber, Esquire
    Aber, Goldlust, Baker & Over
    702 King Street, Suite 600
    Wilmington, DE 19899-1675

    _/s/ David H. Williams_
    David H. Williams (#616) (dwilliams@morrisjames.com)
    Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
    222 Delaware Ave., 10th Floor
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900/6848

Dated: August 15, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-157-KAJ |
| ) | |
| ORLANDO J. GEORGE, JR., in both his ) | Trial By Jury Demanded |
| official and personal capacities, and ) | |
| DELAWARE TECHNICAL AND ) | |
| COMMUNITY COLLEGE, ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on August 15, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899-1675

*/s/ David H. Williams*
David H. Williams (#616) (dwilliams@morrisjames.com)
Jennifer L. Brierley (#4075) (jbrierley@morrisjames.com)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Ave., 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/6848

Dated: August 15, 2005