IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORLANDO J. GEORGE, JR., ) <br> in both his official and personal ) <br> capacities, and DELAWARE ) <br> TECHNICAL AND COMMUNITY ) <br> COLLEGE, ) <br> ) <br> Defendants. ) | C.A. No. 05-157 (KAJ) <br><br> Trial By Jury Demanded |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that Plaintiff's Answers to Defendants' First Set of Interrogatories Directed to Plaintiff, and Plaintiff's Responses to Defendants' First Request for Production of Documents Directed to Defendant were hand delivered to the following counsel on September 7, 2005:

        David H. Williams, Esquire
        Morris, James, Hitchens & Williams, LLP
        222 Delaware Avenue, 10th Floor
        P.O. Box 2306
        Wilmington, DE 19899

                              ABER, GOLDLUST, BAKER & OVER

                              /s/ Gary W. Aber
                            GARY W. ABER (DSB #754)
                            702 King Street, Suite 600
                            P.O. Box 1675
                            Wilmington, DE 19899
                            302-472-4900
                            Attorney for Plaintiff

DATED: September 7, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on September 7, 2005 to the following counsel:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899

/s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire
