# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

**David H. Williams**
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

September 8, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Room 6325, Lockbox No. 10
Wilmington, DE 19801

RE: *Marguerite Johnson v. Delaware Technical & Community College, et al.*
C. A. No. 05-157-KAJ

Dear Judge Jordan:

Attached is a proposed Confidentiality Stipulation and Protective Order counsel for the parties submit for your review and approval.

Thank you for your attention to this matter.

Sincerely,

David H. Williams (#616)
dwilliams@morrisjames.com

DHW/jam
Enclosure
cc: Gary W. Aber, Esquire (w/enc.) – via e-filing