IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-157 (KAJ) |
| v. | ) |
| | ) Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., | ) |
| in both his official and personal | ) |
| capacities, and DELAWARE | ) |
| TECHNICAL AND COMMUNITY | ) |
| COLLEGE, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S ANSWER TO COUNTERCLAIM OF DEFENDANT,
DELAWARE TECHNICAL AND COMMUNITY COLLEGE**

82. It is admitted that on January 3, 2005 that Johnson was placed on administrative leave. The remaining allegations in this paragraph are denied.

83. Denied.

84. It is admitted that after Johnson was placed on administrative leave the defendants, representatives of the defendants obtained statements from Terry Campus employees concerning Johnson. The remaining allegations of this paragraph are denied.

85. The plaintiff is without sufficient information or knowledge so as to form a belief to the truth of the averments of this paragraph.

86. Denied.

87. It is admitted that the college issued a notice to the plaintiff on April 27, 2005. The remaining allegations in this paragraph are denied.

88. It is admitted that there was a two day proceeding which occurred on June 29 and July 1, 2005. The remaining allegations of this paragraph are denied.

89. The document written by Vincent A. Bifferato dated July 19, 2005 speaks for itself. The remaining allegations in this paragraph are denied.

90. Denied in all respects.

### FIRST AFFIRMATIVE DEFENSE

Defendant's claims are barred by the applicable statute of limitations.

### SECOND AFFIRMATIVE DEFENSE

Defendant's claims are barred by latches.

### THIRD AFFIRMATIVE DEFENSE

The defendant fails to state a claim upon which this Court can grant relief and should be dismissed pursuant to Rule 12(b)(6).

### FOURTH AFFIRMATIVE DEFENSE

This Court lacks subject matter jurisdiction over the counterclaim, since the matters do not arise under the United States Constitution or the laws of the United States, and this Court should decline any supplemental jurisdiction.

**WHEREFORE,** the plaintiff requests the Court to dismiss the defendant's counterclaim.

ABER, GOLDLUST, BAKER & OVER

GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900

Attorney for Plaintiff

DATED:

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on October 11, 2005 to the following counsel:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899

>                /s/ Melissa A. Chionchio
> Melissa A. Chionchio
> Secretary to Gary W. Aber, Esquire