IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON,         ) <br> ) <br> Plaintiff,         ) <br> ) <br> v.         ) <br> ) <br> ORLANDO J. GEORGE, JR.,         ) <br> in both his official and personal         ) <br> capacities, and DELAWARE         ) <br> TECHNICAL AND COMMUNITY         ) <br> COLLEGE,         ) <br> ) <br> Defendants.         ) | C.A. No. 05-157 (KAJ) <br><br> Trial By Jury Demanded |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that Plaintiff's Responses to Defendants' First Request for Admissions was hand delivered to the following counsel on October 13, 2005:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE 19899

>>ABER, GOLDLUST, BAKER & OVER

>>/s/ Gary W. Aber
>>GARY W. ABER (DSB #754)
>>702 King Street, Suite 600
>>P.O. Box 1675
>>Wilmington, DE 19899
>>302-472-4900
>>Attorney for Plaintiff

DATED: October 13, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on October 13, 2005 to the following counsel:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE 19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire