IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>ORLANDO J. GEORGE, JR.,  )<br>in both his official and personal  )<br>capacities, and DELAWARE  )<br>TECHNICAL AND COMMUNITY  )<br>COLLEGE,  )<br>  )<br>  Defendants.  ) | C.A. No. 05-157 (KAJ)<br><br>Trial By Jury Demanded |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, Plaintiff's Answers to Defendant's Second Set of Interrogatories Directed to Plaintiff were hand-delivered on November 15, 2005 to the following counsel:

David H. Williams, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

ABER, GOLDLUST, BAKER & OVER

_____
GARY W. ABER (#754)
First Federal Plaza, Suite 600
702 King Street, P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Attorney for Plaintiff

DATE: November 15, 2005