IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-157-KAJ |
| ORLANDO J. GEORGE, JR., both in his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : |
| Defendants. | : |

### ORDER

At Wilmington this **21st** day of **November, 2005**,

IT IS ORDERED that the mediation conference scheduled for Monday, November 28, 2005 beginning at 10:00 a.m. has been canceled. Counsel are to contact the Magistrate Judge should the parties desire court-assisted ADR in the future.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE