IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ORLANDO J. GEORGE, JR., )<br>in both his official and personal )<br>capacities, and DELAWARE )<br>TECHNICAL AND COMMUNITY )<br>COLLEGE, )<br>)<br>Defendants. ) | C.A. No.  05-157 (KAJ)<br><br>Trial By Jury Demanded |

## NOTICE OF DEPOSITION

TO: David H. Williams, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of the defendant, Orlando George on Wednesday, November 30, 2005 at 1:00 p.m. in the offices of Morris, James, Hitchens & Williams located at 29 N. State Street, Suite 100, Dover, DE  19901.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED: November 29, 2005

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on November 29, 2005 to the following counsel:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899

> /s/ Melissa A. Chionchio
> Melissa A. Chionchio
> Secretary to Gary W. Aber, Esquire