IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

I hereby certify that on this 7th day of December, 2005, two (2) copies of **DEFENDANTS' FOURTH SET OF INTERROGATORIES DIRECTED TO PLAINTIFF,** and **DEFENDANTS' FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF** were hand delivered to the following counsel of record at the address below:

    Gary W. Aber, Esquire
    Aber, Goldlust, Baker & Over
    702 King Street, Suite 600
    Wilmington, DE 19899-1675

    /s/ David H. Williams
    David H. Williams (#616)
    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900
    dwilliams@morrisjames.com
    Attorneys for Defendants

Dated: December 7, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on December 7, 2005, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> Wilmington, DE 19899-1675

> David H. Williams (#616)
> MORRIS, JAMES, HITCHENS & WILLIAMS LLP
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900
> dwilliams@morrisjames.com
> Attorneys for Defendants

Dated: December 7, 2005