LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
JOANNE A. SHALLCROSS**
SHAUNA T. HAGAN

December 13, 2005

(302) 472-4900
TELECOPIER (302) 472-4920

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19899

RE: Johnson v. Delaware Technical & Community College, et.al.
C.A. No.: 05-157 (KAJ)

Dear Judge Jordan:

As we discussed in a recent telephone conference, the parties have entered into a Revised Scheduling Order, and submit it to the Court for the Court's approval.

I have been asked by the defendant to note when the Court selects a new trial date, to please make it after Labor Day, in light of the fact that many of the witnesses who would testify would be college employees, who are encouraged to take vacation in July and August.

I wish to thank the Court for its kind consideration in this matter.

Respectfully,

Gary W. Aber

GWA/mac
Enclosures
cc: David H. Williams, Esquire (w/encl.)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-157 (KAJ) |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., | ) | |
| in both his official and personal | ) | |
| capacities, and DELAWARE | ) | |
| TECHNICAL AND COMMUNITY | ) | |
| COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION**

IT IS HEREBY STIPULATED, by the parties in the above-captioned matter that the Scheduling Order in this matter, with the approval of the Court, will be revised as follows:

1. Plaintiff's Experts Due January 31, 2006.

2. Defendant's Experts, February 28, 2006.

3. Status Report, March 3, 20069

4. Discovery Cut Off, March 31, 2006.

5. Dispositive Motions, April 28, 2006

Pretrial and Trial to be set by the Court.

| | |
|---|---|
| ABER, GOLDLUST, BAKER & OVER | MORRIS, JAMES, HITCHENS & WILLIAMS |
| /s/ Gary W. Aber | /s/ David H. Williams |
| GARY W. ABER (DSB #754) | DAVID H. WILLIAMS (DSB #616) |
| 702 King Street, Suite 600 | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1675 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 472-4900 | (302) 888-6900 |
| Attorney for Plaintiff | Attorney for Defendants |

SO ORDERED, this _____ day of _____, 2005

_____
The Honorable Kent A. Jordan