

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-157-KAJ |
| | ) |
| ORLANDO J. GEORGE, JR., in both his | ) Trial By Jury Demanded |
| official and personal capacities, and | ) |
| DELAWARE TECHNICAL AND | ) |
| COMMUNITY COLLEGE, | ) |
| | ) |
| Defendants. | ) |

### STIPULATION

IT IS HEREBY STIPULATED AND AGREED that the Plaintiff's claims for pain, suffering, humiliation, embarrassment, and other personal injuries are dismissed with prejudice.

ABER, GOLDLUST, BAKER & OVER

_/s/ Gary W. Aber_
Gary W. Aber, Esquire (#754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
gaber@gablawde.com
Attorneys for Plaintiff

MORRIS, JAMES, HITCHENS &
WILLIAMS LLP

_/s/ David H. Williams_
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for Defendants

Dated: December 14, 2005

IT IS SO ORDERED this 14th day of Dec., 2005.

_____
J.