IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ORLANDO J. GEORGE, JR.,<br>in both his official and personal<br>capacities, and DELAWARE<br>TECHNICAL AND COMMUNITY<br>COLLEGE,<br><br>　　　　Defendants. | )<br>)<br>)<br>)　C.A. No. 05-157 (KAJ)<br>)<br>)　Trial By Jury Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that Plaintiff's Answers to Defendants' Fourth Set of Interrogatories Directed to Plaintiff was hand delivered to the following counsel on December 28, 2005:

　　　　　　　　　　David H. Williams, Esquire
　　　　　　　　　　Morris, James, Hitchens & Williams, LLP
　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　P.O. Box 2306
　　　　　　　　　　Wilmington, DE  19899

　　　　　　　　　　　　　　　　　　ABER, GOLDLUST, BAKER & OVER

　　　　　　　　　　　　　　　　　　　　/s/ Gary W. Aber
　　　　　　　　　　　　　　　　　　GARY W. ABER (DSB #754)
　　　　　　　　　　　　　　　　　　702 King Street, Suite 600
　　　　　　　　　　　　　　　　　　P.O. Box 1675
　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　302-472-4900
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED: December 28, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on December 28, 2005 to the following counsel:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899

/s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire