IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-157 (KAJ) |
| v. ) | |
| ) | Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., ) | |
| in both his official and personal ) | |
| capacities, and DELAWARE ) | |
| TECHNICAL AND COMMUNITY ) | |
| COLLEGE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that Plaintiff's Fifth Request for Production of Documents Directed to Defendants was hand delivered to the following counsel on December 28, 2005:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

DATED: December 28, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on December 28, 2005 to the following counsel:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899

/s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire