IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ORLANDO J. GEORGE, JR., in both his )<br>official and personal capacities, and )<br>DELAWARE TECHNICAL AND )<br>COMMUNITY COLLEGE, )<br>)<br>Defendants. ) | Civil Action No. 05-157-KAJ |

### ORDER

At Wilmington this **12th** day of **January, 2006,**

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **January 26, 2006 at 3:00 p.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE