IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-157-KAJ |
| ) | |
| ORLANDO J. GEORGE, JR., in both his ) | |
| official and personal capacities, and ) | |
| DELAWARE TECHNICAL AND ) | |
| COMMUNITY COLLEGE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this **23rd** day of **January, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute presently scheduled for **January 26, 2006 at 3:00 p.m.** is hereby rescheduled to **January 31, 2006 at 11:00 a.m.. Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE