# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

David H. Williams
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

January 30, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Room 6325, Lockbox No. 10
Wilmington, DE 19801

RE: *Marguerite Johnson v. Delaware Technical & Community College, et al.*
C. A. No. 05-157-KAJ

Dear Judge Jordan:

It appears Mr. Aber and I resolved the issues which are the subject matter of the January 31, 2006 telephone conference. Please cancel the telephone conference.

Respectfully,

David H. Williams
I.D. #616

DHW/jam
cc: Gary W. Aber, Esquire – via e-filing
Brian Shirey, Esquire – via mail
Clerk of the Court – via e-filing

1343532/1