LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

February 3, 2006

(302) 472-4900
TELECOPIER (302) 472-4920

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19899

RE: Johnson v. Delaware Technical & Community College, et.al.
C.A. No.: 05-157 (KAJ)

Dear Judge Jordan:

As Your Honor will recall, at my request, the scheduling order in the above-captioned matter had been revised. When I submitted a stipulation, signed by both parties, to the Court, with agreed new dates, the stipulation set a new expert deadline. Recently, because of a need for hospitalization and surgery, I requested from the defendant's attorney a short extension of that period. Why defendant's counsel had no objection to the request, he noted that the scheduling order which you also entered, a copy of which is enclosed, had omitted any reference to the expert submission deadlines. Because defense counsel was not sure whether that omission was inadvertent or intentional, he did not want to commit to the slight extension.

I would appreciate it if Your Honor would let the parties know whether the reference in the deadlines contained in the stipulation submitted by the parties, and the scheduling order which the Court entered were intended to omit the extension of the expert deadlines.

Thank you for Your Honor's consideration.

Respectfully,

/s/ Gary W. Aber

Gary W. Aber

GWA/mac
David H. Williams, Esquire