IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION OF MARGUERITE A. JOHNSON

TO:   Gary W. Aber, Esquire
      Aber, Goldlust, Baker & Over
      702 King Street, Suite 600
      Wilmington, DE 19899-1675

   PLEASE TAKE NOTICE that counsel for Defendants will take the deposition of Plaintiff Marguerite A. Johnson pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Tuesday, February 28, 2006, beginning at 10:00 a.m., in the office of Morris, James, Hitchens & Williams LLP, 29 N. State Street, Suite 100, Dover, Delaware.

                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                    /s/ David H. Williams
                    David H. Williams (#616)
                    222 Delaware Avenue
                    P.O. Box 2306
                    Wilmington, DE 19899
                    (302) 888-6900
                    dwilliams@morrisjames.com

Dated: February 7, 2006        Attorneys for Defendant

cc: Wilcox & Fetzer
DHW/007409-0131/1345699/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-157-KAJ |
| | ) |
| ORLANDO J. GEORGE, JR., in both his | ) Trial By Jury Demanded |
| official and personal capacities, and | ) |
| DELAWARE TECHNICAL AND | ) |
| COMMUNITY COLLEGE, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on February 7, 2006, I electronically filed the attached **NOTICE OF DEPOSITION OF MARGUERITE A. JOHNSON** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Gary W. Aber, Esquire
    Aber, Goldlust, Baker & Over
    702 King Street, Suite 600
    Wilmington, DE 19899-1675

/s/ David H. Williams
David H. Williams (#616)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for Defendants

Dated: February 7, 2006