IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-157 (KAJ) |
| v. ) | |
| ) | Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., ) | |
| in both his official and personal ) | |
| capacities, and DELAWARE ) | |
| TECHNICAL AND COMMUNITY ) | |
| COLLEGE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that Plaintiff's Seventh Request for Production of Documents Directed to Defendant was hand delivered to the following counsel on February 13, 2006:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899

> ABER, GOLDLUST, BAKER & OVER

> /s/ Gary W. Aber
> _____
> GARY W. ABER (DSB #754)
> 702 King Street, Suite 600
> P.O. Box 1675
> Wilmington, DE 19899
> 302-472-4900
> Attorney for Plaintiff

DATED: February 14, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on February 14, 2006 to the following counsel:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899

                                            /s/ Melissa A. Chionchio
                                            Melissa A. Chionchio
                                            Secretary to Gary W. Aber, Esquire