IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  05-157 (KAJ) |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., | ) | |
| in both his official and personal | ) | |
| capacities, and DELAWARE | ) | |
| TECHNICAL AND COMMUNITY | ) | |
| COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION DUCES TECUM*

TO:    David H. Williams, Esquire
       Morris, James, Hitchens & Williams, LLP
       222 Delaware Avenue, 10th Floor
       P.O. Box 2306
       Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of

David Dwyer on Tuesday, March 21, 2006 at 1:00 p.m. in the offices of  Aber, Goldlust,

Baker & Over, located at 702 King Street, Suite 600, Wilmington, DE  19801.

ABER, GOLDLUST, BAKER & OVER

_____/s/ Gary W. Aber_____
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  February 23, 2006

*The deponent is to bring with him all items listed on Exhibit "A" attached.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was

served via electronic mail on February 23, 2006 to the following counsel:

David H. Williams, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899


                    /s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire

# EXHIBIT "A"

1.    All working papers connected with the investigation of Marguerite Johnson, Ph.D.

2.    Copies of all interviews connected with the investigation of Marguerite Johnson, Ph.D.

3.    Copies of all correspondence between the deponent, the deponent's employer and defendants, or employees of the defendants.

4.    Copies of all correspondence between deponent, the deponent's employer and law firm of Morris, James, Hitchens & Williams.

5.    Copies of all time records in connection with the investigation of Marguerite Johnson, Ph.D.

6.    Copies of all billings in connection with the investigation of Marguerite Johnson, Ph.D.

7.    Copies of all correspondence to any person other than the defendants or the law firm of Morris, James, Hitchens & Williams in connection with the Investigation of Marguerite Johnson.

8.    Deponent's Curriculum Vitae

9.    A list of all cases in which the deponent, or law firm or personnel of Santora and Buffoon have acted as expert witnesses, as required by Rule 26.