IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-157-KAJ |
| ) | |
| ORLANDO J. GEORGE, JR., in both his ) | Trial By Jury Demanded |
| official and personal capacities, and ) | |
| DELAWARE TECHNICAL AND ) | |
| COMMUNITY COLLEGE, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 27th day of February, 2006, two (2) copies of **DEFENDANTS' RESPONSE TO PLAINTIFF'S FIFTH REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS** were hand delivered to the following counsel of record at the address below:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> Wilmington, DE 19899-1675

> MORRIS, JAMES, HITCHENS & WILLIAMS LLP
>
> /s/ David H. Williams
> David H. Williams (#616)
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900
> dwilliams@morrisjames.com
> Attorneys for Defendants

Dated: February 27, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on February 27, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

    Gary W. Aber, Esquire
    Aber, Goldlust, Baker & Over
    702 King Street, Suite 600
    Wilmington, DE 19899-1675

    /s/ David H. Williams
    David H. Williams (#616)
    MORRIS, JAMES, HITCHENS & WILLIAMS LLP
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900
    dwilliams@morrisjames.com
    Attorneys for Defendants

Dated: February 27, 2006