# ABER, GOLDLUST, BAKER & OVER

(An association of Law Practices)
702 KING STREET, SUITE 600
PO BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST*                              TELPHONE      (302) 472-4900
DARRELL J. BAKER, P.C.                           TELECOPIER    (302) 472-4920
SUSAN C. OVER
SHAUNA T. HAGAN
SAAGAR B. SHAH

*ALSO ADMITTED IN NEW YORK                February 28, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19899

      RE:    Johnson v. Delaware Technical & Community College, et.al.
             C.A. No.:  05-157 (KAJ)

Dear Judge Jordan:

As you will recall, at my request, the parties submitted a revised Stipulated Scheduling Order on December 13, 2005. There was at that time some misunderstanding with regards to the deadline for expert discovery, but, although the stipulation provided for the plaintiff's deadline until January 31, 2006. However, since the end of January 2006 the parties have been pursuing deposition discovery on a regular basis, which has a cut off of March 3, 2006.

While I regret the occurrence of events, following the submission of that stipulation, I was hospitalized on two occasions, once on an emergency basis. As a result, I was unable to complete the expert discovery by January 31, 2006. I have subsequently completed all expert discovery, including that of an economist, on February 9, 2006 and two more recent "non-professional" experts.

Although defense counsel has been understanding of my personal situation, at this point, he has been unable to agree to any further extensions of deadlines for experts.

I write to the Court, concerning these scheduling and discovery matters, to request an extension of plaintiff's expert deadline until March 24, 2006. In making this request, I of course understand a need for a length of time the defendant needs to respond to these experts. I would suggest, that since the pre-trial conference is not until December 20, 2006 and the trial in this matter is not until January 16, 2007, the additional time for the defendants would,

The Honorable Kent A. Jordan
February 28, 2006
Page Two

hopefully, not present a problem for the Court's consideration of the defendant's expected dispositive motions.

    Thank you for your Honor's consideration.

                            Respectfully,

                            /s/ Gary W. Aber

                            Gary W. Aber

GWA/mac
David H. Williams, Esquire