IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 05-157-KAJ |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) ) ) |
| Defendants. | ) |

## SECOND AMENDED SCHEDULING ORDER

At Wilmington, this 3rd day of March, 2006,

IT IS ORDERED that the Court's First Amended Scheduling Order dated December 16, 2005 (D.I. 45) is hereby amended as follows:

1.  Discovery

    a.  Discovery Cut Off. All discovery in this case shall be initiated so that it will be completed on or before May 15, 2006. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

2.  Case Dispositive Motions. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before June 16, 2006. Briefing will be presented pursuant to the Court's Local Rules.

All other deadlines as set forth in the Court's December 16, 2005 First Amended Scheduling Order (D.I. 45) shall remain in effect.

_____
UNITED STATES DISTRICT JUDGE