IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his | ) | Trial By Jury Demanded |
| official and personal capacities, and | ) | |
| DELAWARE TECHNICAL AND | ) | |
| COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF GERARD M. McNESBY**

STATE OF DELAWARE   )
                    ) SS:
KENT COUNTY         )

BE IT REMEMBERED that on this 23rd day of February, A.D. 2006, personally appeared before me, the undersigned, a notary public in and for the state and county aforesaid, Gerard M. McNesby, known to me (or satisfactorily proven) to be such, who being by me first duly sworn according to law, did depose and say that:

1. I am Vice President for Finance of Delaware Technical and Community College ("the College"),

2. Attached is a copy of a report from the State of Delaware Office of Auditor of Accounts dated October 20, 2005; a copy of my November 4, 2005 response to the October 20, 2005 Report; and a copy of the final report from the Office of Auditor of Accounts dated November 10, 2005.

_____
Gerard M. McNesby

SWORN TO AND SUBSCRIBED before me on the day and year first above written.

_____
Notary Public      Attorney-at-law

Print Name: Brian D. Shirey

My Commission Expires: n/a

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on March 3, 2006, I electronically filed the attached **AFFIDAVIT OF GERARD McNESBY** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> Wilmington, DE  19899-1675

/s/ David H. Williams
David H. Williams (#616)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for Defendants

Dated: March 3, 2006

DHW/007409-0131/1173039/1