

*Dover♦Georgetown♦Stanton♦Wilmington*

November 4, 2005

Mr. R. Ronald Draper, CGFM, CFS
Chief Administrative Auditor
Office of Auditor of Accounts
State of Delaware
401 Federal Avenue
Townsend Building, Suite 1
Dover, DE  19901

Dear Ron:

    I am responding to your correspondence of October 20, 2005 regarding the allegations related to inappropriate reimbursements to the Vice President/Campus Director at the Terry Campus and the inappropriate use of College employees by the same individual. The following paragraphs provide a clarification of the events surrounding the purchase of books from an antique store in West Virginia and, as requested, the College's corrective action plan.

    As a point of clarification, page 4 of your report erroneously states that "the Learning Resource Center was not included in our search for the storybooks purchased by Dr. Johnson." For the record, all materials in the Learning Resource Center ("LRC") were inventoried in May, 2005 in connection with the LRC's relocation. The storybooks were not there at that time. In addition, when the books were subsequently found by Mr. Eilers, they bore no evidence that they had ever been cataloged, stamped or otherwise processed by LRC staff. Finally, it should be noted that the materials in the LRC are owned by the Department of Education ("DOE"), not the College. Therefore, assets acquired for use in the LRC would have been purchased with DOE funds, not College funds. The only reasonable conclusion that can be drawn from these facts is that the books were placed in the LRC by someone acting on Dr. Johnson's behalf sometime after May, 2005.

    In terms of the corrective action plan, we concur with your report that internal control procedures, policy manuals and directives were in place related to travel but the Campus Director did not comply with the existing policy. The College will further

strengthen the established policies and procedures related to travel and use of the PNC SuperCard with more scheduled internal unannounced audits at all campuses. These audits will be random and, as noted before, provide additional controls and the necessary checks and balances regarding compliance on an on-going basis.

    Many thanks for your time and all the support you and your staff have provided in assisting the College.

Sincerely,

Gerard M. McNesby
Vice President for Finance

Cc:   Brian Shirey, Esq.
      Mr. Daniel L. Simpson