IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARGUERITE A. JOHNSON,           )
                                 )
          Plaintiff,             )
                                 )      C.A. No.  05-157 (KAJ)
     v.                          )
                                 )      Trial By Jury Demanded
ORLANDO J. GEORGE, JR.,          )
in both his official and personal )
capacities, and DELAWARE         )
TECHNICAL AND COMMUNITY          )
COLLEGE,                         )
                                 )
          Defendants.            )

### NOTICE OF DEPOSITION

TO:    David H. Williams, Esquire
       Morris, James, Hitchens & Williams, LLP
       222 Delaware Avenue, 10th Floor
       P.O. Box 2306
       Wilmington, DE  19899

       **PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of

Dan Simpson on Monday, April 3, 2006 at 10:00 a.m. in the offices of Morris, James,

Hitchens & Williams located at 29 N. State Street, Suite 100, Dover, DE  19901.

                              ABER, GOLDLUST, BAKER & OVER


                              _____/s/ Gary W. Aber_____
                              GARY W. ABER (DSB #754)
                              702 King Street, Suite 600
                              P.O. Box 1675
                              Wilmington, DE  19899
                              302-472-4900
                              Attorney for Plaintiff

DATED:  March 15, 2006

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on March 15, 2006 to the following counsel:

David H. Williams, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899


_____/s/ Melissa A. Chionchio_____
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire