IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-157-KAJ |
| | ) |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) Trial By Jury Demanded |
| | ) |
| Defendants. | ) |

### NOTICE OF SERVICE

DAVID H. WILLIAMS certifies that on this 22nd day of March, 2006, two (2) copies of **DAVID DWYER EXPERT DISCLOSURE** were served on the following counsel of record by hand delivery at the address below:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> Wilmington, DE 19899-1675

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorneys for Defendants

Dated: March 22, 2006

DHW/007409-0001/1364890/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-157-KAJ |
| ) | |
| ORLANDO J. GEORGE, JR., in both his ) | Trial By Jury Demanded |
| official and personal capacities, and ) | |
| DELAWARE TECHNICAL AND ) | |
| COMMUNITY COLLEGE, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on March 22, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899-1675

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ David H. Williams
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for Defendants

Dated: March 22, 2006