IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | C.A. No.  05-157 (KAJ) |
| v.       ) | |
| ) | Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR.,       ) | |
| in both his official and personal       ) | |
| capacities, and DELAWARE       ) | |
| TECHNICAL AND COMMUNITY       ) | |
| COLLEGE,       ) | |
| ) | |
| Defendants.       ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**, that Plaintiff's Fourth Set of Interrogatories Directed to Defendants was hand delivered to the following counsel on April 12, 2006:

        David H. Williams, Esquire
        Morris, James, Hitchens & Williams, LLP
        222 Delaware Avenue, 10th Floor
        P.O. Box 2306
        Wilmington, DE  19899

        ABER, GOLDLUST, BAKER & OVER

        _/s/ Gary W. Aber_
        GARY W. ABER (DSB #754)
        702 King Street, Suite 600
        P.O. Box 1675
        Wilmington, DE  19899
        302-472-4900
        Attorney for Plaintiff

DATED:  April 12, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on April 12, 2006 to the following counsel:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899

> /s/ Melissa A. Chionchio
> Melissa A. Chionchio
> Secretary to Gary W. Aber, Esquire