IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-157 (KAJ) |
| v. ) | |
| ) | Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., ) | |
| in both his official and personal ) | |
| capacities, and DELAWARE ) | |
| TECHNICAL AND COMMUNITY ) | |
| COLLEGE, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF 30(b)(6) DEPOSITION

TO: David H. Williams, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

**PLEASE TAKE NOTICE**, that the undersigned will take the deposition of The Offices of The Auditor's Account, concerning the final report issued with regards to the Plaintiff, dated October 20, 2005, pursuant to the provisions of Rule 30(b)(6) Federal Rules of Civil Procedure (with a representation of the Attorney General's Office that the individual to be designated will be the signator of that report, R. Ronald Draper) on May 10, 2006 at the Office of The Auditor, 401 Federal Street, Townsend Building Suite One, Dover, DE 19901.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

DATED: April 26, 2006
cc:   Wilcox & Fetzer
      Frank Broujos, Esquire

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on April 26, 2006 to the following counsel:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899

/s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire