IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ORLANDO J. GEORGE, JR., ) <br> in both his official and personal ) <br> capacities, and DELAWARE ) <br> TECHNICAL AND COMMUNITY ) <br> COLLEGE, ) <br> ) <br> Defendants. ) | C.A. No. 05-157 (KAJ) <br><br> Trial By Jury Demanded |

### NOTICE OF DEPOSITION

TO: David H. Williams, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Fred Evins on Tuesday, May 9, 2006 at 11:30 a.m. in the offices of Morris, James, Hitchens & Williams located at 29 N. State Street, Suite 100, Dover, DE 19901.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

DATED: April 26, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on April 26, 2006 to the following counsel:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899

/s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire