IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>ORLANDO J. GEORGE, JR.,  )<br>in both his official and personal  )<br>capacities, and DELAWARE  )<br>TECHNICAL AND COMMUNITY  )<br>COLLEGE,  )<br>  )<br>  Defendants.  )  | C.A. No. 05-157 (KAJ)<br><br>Trial By Jury Demanded |

### NOTICE OF DEPOSITION

TO:   David H. Williams, Esquire
      Morris, James, Hitchens & Williams, LLP
      222 Delaware Avenue, 10th Floor
      P.O. Box 2306
      Wilmington, DE 19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Christine Travis Thursday, May 11, 2006 at 11:00 a.m in the offices of Morris, James, Hitchens & Williams located at 29 N. State Street, Suite 100, Dover, DE 19901.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

DATED: April 26, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on April 26, 2006 to the following counsel:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE 19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire