IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ORLANDO J. GEORGE, JR., )<br>in both his official and personal )<br>capacities, and DELAWARE )<br>TECHNICAL AND COMMUNITY )<br>COLLEGE, )<br>)<br>Defendants. ) | C.A. No. 05-157 (KAJ)<br><br>Trial By Jury Demanded |

### RE-NOTICE OF DEPOSITION

TO:   David H. Williams, Esquire
　　　Morris, James, Hitchens & Williams, LLP
　　　222 Delaware Avenue, 10th Floor
　　　P.O. Box 2306
　　　Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Ron Pleasonton on Thursday, May 11, 2006 at 12:00 p.m in the offices of Morris, James, Hitchens & Williams located at 29 N. State Street, Suite 100, Dover, DE  19901.

　　　　　　　　　　　　　　　　　　　　ABER, GOLDLUST, BAKER & OVER

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gary W. Aber
　　　　　　　　　　　　　　　　　　　　GARY W. ABER (DSB #754)
　　　　　　　　　　　　　　　　　　　　702 King Street, Suite 600
　　　　　　　　　　　　　　　　　　　　P.O. Box 1675
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　　　302-472-4900
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

DATED:  May 1, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on May 1, 2006 to the following counsel:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire