IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-157 (KAJ) |
| v. ) | |
| ) | Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., ) | |
| in both his official and personal ) | |
| capacities, and DELAWARE ) | |
| TECHNICAL AND COMMUNITY ) | |
| COLLEGE, ) | |
| ) | |
| Defendants. ) | |

### RE-NOTICE OF DEPOSITION

TO:   David H. Williams, Esquire
      Morris, James, Hitchens & Williams, LLP
      222 Delaware Avenue, 10th Floor
      P.O. Box 2306
      Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Prudy Pierson on Tuesday, May 9, 2006 1:30 p.m. in the offices of Morris, James, Hitchens & Williams located at 29 N. State Street, Suite 100, Dover, DE  19901.

                                    ABER, GOLDLUST, BAKER & OVER

                                         /s/ Gary W. Aber
                                    GARY W. ABER (DSB #754)
                                    702 King Street, Suite 600
                                    P.O. Box 1675
                                    Wilmington, DE  19899
                                    302-472-4900
                                    Attorney for Plaintiff

DATED:  May 1, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that two copies of the attached pleading was served via electronic mail on May 1, 2006 to the following counsel:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899


>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire