IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his | ) | Trial By Jury Demanded |
| official and personal capacities, and | ) | |
| DELAWARE TECHNICAL AND | ) | |
| COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on this 2nd day of May, 2006, I caused two (2) copies of the following documents:

1. **DEFENDANTS' RESPONSE TO PLAINTIFF'S SEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS**

2. **DEFENDANTS' RESPONSE TO PLAINTIFF'S NINTH REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS**

3. **DEFENDANTS' RESPONSE TO PLAINTIFF'S TENTH REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS**

4. **DEFENDANTS' RESPONSE TO PLAINTIFF'S ELEVENTH REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS**

to be hand delivered to the following counsel of record at the address below:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899-1675

      MORRIS, JAMES, HITCHENS & WILLIAMS LLP

      /s/ David H. Williams
      David H. Williams (#616)
      222 Delaware Avenue
      P.O. Box 2306
      Wilmington, DE 19899
      (302) 888-6900
      dwilliams@morrisjames.com
      Attorneys for Defendants

Dated: May 2, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on May 2, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> Wilmington, DE 19899-1675

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ David H. Williams
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for Defendants

Dated: May 2, 2006