LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

May 21, 2005

(302) 472-4900
TELECOPIER (302) 472-4920

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19899

RE:   Johnson v. Delaware Technical & Community College, et.al.
      C.A. No.:  05-157 (KAJ)

Dear Judge Jordan:

I write to the Court after further examination of the privilege issue which was the subject of an earlier discovery teleconference. The plaintiff will withdraw any present discovery requests concerning the involvement of Mr. Williams in the preliminary investigation concerning the plaintiff.

However, if during future proceedings in this matter, the propriety of the investigation of Dr. Johnson is presented as part of the defense in this matter, then I would at that time seek the documents and deposition of Mr. Williams, since the assertion of this facts cannot be made without appropriate discovery.

Thank you for Your Honor's consideration with regards to this discovery issue.

Respectfully,

/s/ Gary W. Aber

Gary W. Aber

GWA/ldm
cc:   David H. Williams, Esquire