LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(An association of Law Practices)

702 KING STREET, SUITE 600

PO BOX 1675

WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST*                                          (302) 472-4900
DARRELL J. BAKER, P.C.                TELECOPIER     (302) 472-4920
SUSAN C. OVER
SHAUNA T. HAGAN
SAAGAR B. SHAH                May 24, 2006

*ALSO ADMITTED IN NEW YORK

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19899

RE:    Johnson v. Delaware Technical & Community College, et.al.
C.A. No.:  05-157 (KAJ)

Dear Judge Jordan:

I am writing concerning a request to extend the discovery cut off of May 15, 2006 for the purpose of taking one additional deposition. A witness, Stephanie Beaudet, a present employee of the defendant, who I had previously identified and wanted to depose, had stated that she was reluctant to testify because of possible coercion and retaliation against her for her testimony. Prior to this time she had clearly expressed to my client, a severe reluctance to testify because of a fear of retaliation. Because of the testimony of two employee witnesses, on May 11, 2006 and May 12, 2006, who did testify truthfully in this matter, she has felt reassurance and has now stated she is willing testify, although she still fears retribution. However, she continues to be fearful and will not testify without a subpoenaed deposition.

This deposition should take less than two to three hours, and can be scheduled in the next week or two, if Mr. William's schedule would permit. I do not believe it would disrupt the timing of the briefing of the defendant's dispostive motion in this matter.

Accordingly, I have requested the defendants' attorney for an agreement to extend the discovery for the purposes of taking that single deposition, and the defendant has declined. I thus write pursuant to Your Honor's Case Management Order.

The Honorable Kent A. Jordan
May 24, 2006
Page Two

     Thank you for Your Honor's consideration.

                             Respectfully,

                             /s/ Gary W. Aber

                             Gary W. Aber

GWA/mac
cc:    David H. Williams, Esquire