# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

David H. Williams
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

June 8, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Room 6325, Lockbox No. 10
Wilmington, DE 19801

        RE:    *Marguerite Johnson v. Delaware Technical & Community College, et al.*
                *C. A. No. 05-157-KAJ*

Dear Judge Jordan:

        We represent the Defendants in the above case. This is in response to Gary Aber's May 24, 2006 letter to Your Honor. As we previously informed Mr. Aber, we oppose the application to extend the discovery cutoff of May 15, 2006 for the following reasons:

        1.    The Court twice extended the discovery cutoff at the request of Mr. Aber.

        2.    Mr. Aber took many depositions in this case, including a witness who had no desire to testify, and therefore was compelled to appear at deposition by subpoena.

        3.    Well in advance of May 11 and May 12, 2006, employees of the College testified at deposition on behalf of Dr. Johnson, and indicated that they were subjected to no pressure from the College as a result of doing so. Indeed, Lauretta Cooper, who also testified on behalf of Dr. Johnson at the 2005 termination hearing, was deposed on February 24, 2006. In response to the question: "Do you feel any pressure on you because you are testifying today?" Lauretta Cooper stated: "None at all."

        4.    The case dispositive motion deadline is June 16, 2006. We are working on our Opening Brief in Support of the Motion for Summary Judgment which we will file on June 16, 2006.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

June 8, 2006
Page 2

Thank you for Your Honor's attention to this matter.

Sincerely,

*David H. Williams*

David H. Williams

DHW/jam
cc: Gary W. Aber, Esquire – via e-filing
Brian Shirey, Esquire – via mail