IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-157-KAJ |
| | ) |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this **12th** day of **June, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **June 16, 2006 at 12:45 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

UNITED STATES DISTRICT JUDGE