June 27, 2006

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19899

       RE:    Johnson v. Delaware Technical & Community College, et.al.
              C.A. No.:  05-157 (KAJ)

Dear Judge Jordan:

     As you are aware the Defendant has filed a Motion for Summary Judgment in the above captioned matter.  The defendant has graciously agreed to an extension of time for the plaintiff to file an answering brief, as reflected in the enclosed copy of the stipulation which I have filed today.  The reason that I have asked for the increased time is that the opening brief was filed on June 16, 2006.  The following two weeks I am preparing for and conducting a major Superior Court trial which would prevent me from dealing with the complicated factors that go into this litigation.

     Thank you for Your Honor's consideration.

                                        Respectfully,

                                        /s/ Gary W. Aber

                                        Gary W. Aber

GWA/mac
David H. Williams, Esquire