IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-157 (KAJ) |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., | ) | |
| in both his official and personal | ) | |
| capacities, and DELAWARE | ) | |
| TECHNICAL AND COMMUNITY | ) | |
| COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by the parties, conditioned upon approval of the Court, that briefing on the Defendants Motion for Summary Judgment will proceed as follows:

    Plaintiff Answering Brief                                    July 19, 2006

    Defendant Reply Brief                                      August 4, 2006

| ABER, GOLDLUST, BAKER & OVER | MORRIS, JAMES, HITCHENS & WILLIAMS |
|---|---|
| /s/ Gary W. Aber | /s/ David H. Williams |
| GARY W. ABER (DSB #754) | DAVID H. WILLIAMS (DSB #616) |
| 702 King Street, Suite 600 | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1675 | P.O. Box 2306 |
| Wilmington, DE  19899 | Wilmington, DE  19899 |
| (302) 472-4900 | (302) 888-6900 |
| Attorney for Plaintiff | Attorney for Defendants |

SO ORDERED, this _____ day of _____, 2006

_____
The Honorable Kent A. Jordan