IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-157 (KAJ) |
| v. ) | |
| ) | Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., ) | |
| in both his official and personal ) | |
| capacities, and DELAWARE ) | |
| TECHNICAL AND COMMUNITY ) | |
| COLLEGE, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION FOR ADDITIONAL PAGES

The plaintiff, pursuant to the provisions of L.R. 7.1.3(a)(4) requests this Court for permission to file an answering brief in response to defendant's motion for summary judgment with an additional ten (10) pages.

The basis of this motion is that the factual background in this litigation is complex, in dealing with the termination of the employment of the plaintiff as Vice-President and Campus Director of Delaware Technical & Community College, Terry Campus. The allegations made against the plaintiff involve numerous separate conduct, which requires a detailed explanation in order to refute the allegations.

Plaintiff's counsel has consulted with defendants' counsel and he does not object to this request.

                    ABER, GOLDLUST, BAKER & OVER

                    _____/s/ Gary W. Aber_____
                    GARY W. ABER (DSB #754)
                    702 King Street, Suite 600
                    P.O. Box 1675
                    Wilmington, DE  19899
                    302-472-4900
                    Attorney for Plaintiff

DATED:   July 14, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-157 (KAJ) |
| v. ) | |
| ) | Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., ) | |
| in both his official and personal ) | |
| capacities, and DELAWARE ) | |
| TECHNICAL AND COMMUNITY ) | |
| COLLEGE, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATION PURSUANT TO L.R. 7.1.1

Plaintiff's counsel in the above caption matter certifies that he has consulted with opposing counsel on the matters set forth on the attached motion, by telephone on July 13, 2006 and opposing counsel does not oppose this motion.

ABER, GOLDLUST, BAKER & OVER

　　　/s/ Gary W. Aber　　　　
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:  July 14, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-157 (KAJ) |
| v. | ) | |
| | ) | Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., | ) | |
| in both his official and personal | ) | |
| capacities, and DELAWARE | ) | |
| TECHNICAL AND COMMUNITY | ) | |
| COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

WHEREAS, the plaintiff has requested, pursuant to L.R. 7.1.3(a)(4) for permission to file an answering brief in opposition to defendants' motion for summary judgment, with an additional ten (10) pages, and good cause having being shown, it is:

ORDERED, that the plaintiff may file an answering brief in opposition to defendants' motion for summary judgment with an additional ten (10) pages.

_____
The Honorable Kent A. Jordan