IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-157 (KAJ) |
| v. | ) |
| | ) Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., | ) |
| in both his official and personal | ) |
| capacities, and DELAWARE | ) |
| TECHNICAL AND COMMUNITY | ) |
| COLLEGE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff has requested, pursuant to L.R. 7.1.3(a)(4) for permission to file an answering brief in opposition to defendants' motion for summary judgment, with an additional ten (10) pages, and good cause having being shown, it is:

ORDERED, that the plaintiff may file an answering brief in opposition to defendants' motion for summary judgment with an additional ten (10) pages.

_____
The Honorable Kent A. Jordan