**2610**    Statements on Standards for Attestation Engagements

# Reporting

## Required Elements

.31  The practitioner's report on agreed-upon procedures should be in the form of procedures and findings. The practitioner's report should contain the following elements:

a.  A title that includes the word *independent*

b.  Identification of the specified parties (See paragraph .36.)

c.  Identification of the subject matter[10] (or the written assertion related thereto) and the character of the engagement

d.  Identification of the responsible party

e.  A statement that the subject matter is the responsibility of the responsible party

f.  A statement that the procedures performed were those agreed to by the specified parties identified in the report

g.  A statement that the agreed-upon procedures engagement was conducted in accordance with attestation standards established by the AICPA

h.  A statement that the sufficiency of the procedures is solely the responsibility of the specified parties and a disclaimer of responsibility for the sufficiency of those procedures

i.  A list of the procedures performed (or reference thereto) and related findings (The practitioner should not provide negative assurance—see paragraph .24.)

j.  Where applicable, a description of any agreed-upon materiality limits (See paragraph .25.)

k.  A statement that the practitioner was not engaged to and did not conduct an examination,[11, 12] of the subject matter, the objective of which would be the expression of an opinion, a disclaimer of opinion on the subject matter, and a statement that if the practitioner

---

[10]  In some agreed-upon procedures engagements, the practitioner may be asked to apply agreed-upon procedures to more than one subject matter or assertion. In these engagements, the practitioner may issue one report that refers to all subject matter covered or assertions presented. (For example, see section 601.28.)

[11]  If the practitioner also wishes to refer to a review, alternate wording would be as follows.
A statement that the practitioner was not engaged to and did not conduct an examination or a review of the subject matter, the objectives of which would be the expression of an opinion or limited assurance, a disclaimer of opinion on the subject matter, and a statement that if the practitioner had performed additional procedures, other matters might have come to his or her attention that would have been reported.

[12]  If the subject matter consists of elements, accounts, or items of a financial statement, this statement may be worded as follows.
We were not engaged to and did not conduct an audit [or a review], the objective of which would be the expression of an opinion [or limited assurance] on the [identify elements, accounts, or items of a financial statement]. Accordingly, we do not express such an opinion [or limited assurance].
Alternatively, the wording may be the following.
These agreed-upon procedures do not constitute an audit [or a review] of financial statements or any part thereof, the objective of which is the expression of opinion [or limited assurance] on the financial statements or a part thereof.

**AT §201.31**    Copyright © 2004, American Institute of Certified Public Accountants, Inc.

had performed additional procedures, other matters might have come to his or her attention that would have been reported[13]

*l.*  A statement of restrictions on the use of the report because it is intended to be used solely by the specified parties[14]

*m.*  Where applicable, reservations or restrictions concerning procedures or findings as discussed in paragraphs .33, .35, .39, and .40

*n.*  For an agreed-upon procedures engagement on prospective financial information, all items included in section 301.55

*o.*  Where applicable, a description of the nature of the assistance provided by a specialist as discussed in paragraphs .19 through .21

*p.*  The manual or printed signature of the practitioner's firm

*q.*  The date of the report

## Illustrative Report

.32  The following is an illustration of an agreed-upon procedures report.

Independent Accountant's Report
on Applying Agreed-Upon Procedures

To the Audit Committees and Managements of ABC Inc. and XYZ Fund:

We have performed the procedures enumerated below, which were agreed to by the audit committees and managements of ABC Inc. and XYZ Fund, solely to assist you in evaluating the accompanying Statement of Investment Performance Statistics of XYZ Fund (prepared in accordance with the criteria specified therein) for the year ended December 31, 20X1. XYZ Fund's management is responsible for the statement of investment performance statistics. This agreed-upon procedures engagement was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of those parties specified in this report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

*[Include paragraphs to enumerate procedures and findings.]*

---

[13]  When the practitioner consents to the inclusion of his or her report on an agreed-upon procedures engagement in a document or written communication containing the entity's financial statements, he or she should refer to AU section 504, *Association With Financial Statements*, or to Statement on Standards for Accounting and Review Services (SSARS) No. 1, *Compilation and Review of Financial Statements* [AR section 100], as appropriate, for guidance on his or her responsibility pertaining to the financial statements.

The practitioner should follow (*a*) AU section 504.04 when the financial statements of a public or nonpublic entity are audited (or reviewed in accordance with AU section 722, *Interim Financial Information*, or (*b*) AU section 504.05 when the financial statements of a public entity are unaudited. The practitioner should follow SSARS No. 1, paragraph 3 [AR section 100.03] when (*a*) the financial statements of a nonpublic entity are reviewed or compiled or (*b*) the financial statements of a nonpublic entity are *not* reviewed or compiled and are not submitted by the accountant, as defined in SSARS No. 1, paragraph 1 [AR section 100.01]. (See section 101.82 and .83 for guidance when the practitioner combines or includes in a document a restricted-use report with a general-use report.) [Footnote revised, November 2002, to reflect conforming changes necessary due to the issuance of Statement on Standards for Accounting and Review Services No. 9.]

[14]  The purpose of the restriction on the use of the practitioner's report on applying agreed-upon procedures is to restrict its use to only those parties that have agreed upon the procedures performed and taken responsibility for the sufficiency of the procedures. Paragraph .36 describes the process for adding parties who were not originally contemplated in the agreed-upon procedures engagement.

**2612**    Statements on Standards for Attestation Engagements

We were not engaged to and did not conduct an examination, the objective of which would be the expression of an opinion on the accompanying Statement of Investment Performance Statistics of XYZ Fund. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the audit committees and managements of ABC Inc. and XYZ Fund,[15] and is not intended to be and should not be used by anyone other than these specified parties.

[*Signature*]

[*Date*]

## Explanatory Language

.33 The practitioner also may include explanatory language about matters such as the following:

- Disclosure of stipulated facts, assumptions, or interpretations (including the source thereof) used in the application of agreed-upon procedures (For example, see section 601.26.)

- Description of the condition of records, controls, or data to which the procedures were applied

- Explanation that the practitioner has no responsibility to update his or her report

- Explanation of sampling risk

## Dating of Report

.34 The date of completion of the agreed-upon procedures should be used as the date of the practitioner's report.

## Restrictions on the Performance of Procedures

.35 When circumstances impose restrictions on the performance of the agreed-upon procedures, the practitioner should attempt to obtain agreement from the specified parties for modification of the agreed-upon procedures. When such agreement cannot be obtained (for example, when the agreed-upon procedures are published by a regulatory agency that will not modify the procedures), the practitioner should describe any restrictions on the performance of procedures in his or her report or withdraw from the engagement.

## Adding Specified Parties (Nonparticipant Parties)

.36 Subsequent to the completion of the agreed-upon procedures engagement, a practitioner may be requested to consider the addition of another party as a specified party (*a nonparticipant party*). The practitioner may agree to add a nonparticipant party as a specified party, based on consideration of such factors as the identity of the nonparticipant party and the intended use of the report.[16] If the practitioner does agree to add the nonparticipant party, he or

---

[15] The report may list the specified parties or refer the reader to the specified parties listed elsewhere in the report.

[16] When considering whether to add a nonparticipant party, the guidance in AU section 530, *Dating of the Independent Auditor's Report*, paragraphs .06 and .07, may be helpful.

**AT §201.33**    Copyright © 2003, American Institute of Certified Public Accountants, Inc.

she should obtain affirmative acknowledgment, normally in writing, from the nonparticipant party agreeing to the procedures performed and of its taking responsibility for the sufficiency of the procedures. If the nonparticipant party is added after the practitioner has issued his or her report, the report may be reissued or the practitioner may provide other written acknowledgment that the nonparticipant party has been added as a specified party. If the report is reissued, the report date should not be changed. If the practitioner provides written acknowledgment that the nonparticipant party has been added as a specified party, such written acknowledgment ordinarily should state that no procedures have been performed subsequent to the date of the report.

## Written Representations

.37 A practitioner may find a representation letter to be a useful and practical means of obtaining representations from the responsible party. The need for such a letter may depend on the nature of the engagement and the specified parties. For example, section 601.68 requires a practitioner to obtain written representations from the responsible party in an agreed-upon procedures engagement related to compliance with specified requirements.

.38 Examples of matters that might appear in a representation letter from the responsible party include the following:

> *a.* A statement acknowledging responsibility for the subject matter and, when applicable, the assertion
>
> *b.* A statement acknowledging responsibility for selecting the criteria and for determining that such criteria are appropriate for their purposes
>
> *c.* The assertion about the subject matter based on the criteria selected
>
> *d.* A statement that all known matters contradicting the subject matter or the assertion and any communication from regulatory agencies affecting the subject matter or the assertion has been disclosed to the practitioner
>
> *e.* Availability of all records relevant to the subject matter and the agreed-upon procedures
>
> *f.* Other matters as the practitioner deems appropriate

.39 The responsible party's refusal to furnish written representations determined by the practitioner to be appropriate for the engagement constitutes a limitation on the performance of the engagement. In such circumstances, the practitioner should do one of the following.

> *a.* Disclose in his or her report the inability to obtain representations from the responsible party.
>
> *b.* Withdraw from the engagement.[17]
>
> *c.* Change the engagement to another form of engagement.

---

[17] For an agreed-upon procedures engagement performed pursuant to section 601, management's refusal to furnish all required representations also constitutes a limitation on the scope of the engagement that requires the practitioner to withdraw from the engagement.

**AICPA Professional Standards**    **AT §201.39**

**2614**    Statements on Standards for Attestation Engagements

## Knowledge of Matters Outside Agreed-Upon Procedures

.40 The practitioner need not perform procedures beyond the agreed-upon procedures. However, in connection with the application of agreed-upon procedures, if matters come to the practitioner's attention by other means that significantly contradict the subject matter (or written assertion related thereto) referred to in the practitioner's report, the practitioner should include this matter in his or her report.[18] For example, if, during the course of applying agreed-upon procedures regarding an entity's internal control, the practitioner becomes aware of a material weakness by means other than performance of the agreed-upon procedure, the practitioner should include this matter in his or her report.

## Change to an Agreed-Upon Procedures Engagement From Another Form of Engagement

.41 A practitioner who has been engaged to perform another form of attest engagement or a nonattest service engagement may, before the engagement's completion, be requested to change the engagement to an agreed-upon procedures engagement under this section. A request to change the engagement may result from a change in circumstances affecting the client's requirements, a misunderstanding about the nature of the original services or the alternative services originally available, or a restriction on the performance of the original engagement, whether imposed by the client or caused by circumstances.

.42 Before a practitioner who was engaged to perform another form of engagement agrees to change the engagement to an agreed-upon procedures engagement, he or she should consider the following:

    *a.*   The possibility that certain procedures performed as part of another type of engagement are not appropriate for inclusion in an agreed-upon procedures engagement

    *b.*   The reason given for the request, particularly the implications of a restriction on the scope of the original engagement or the matters to be reported

    *c.*   The additional effort required to complete the original engagement

    *d.*   If applicable, the reasons for changing from a general-use report to a restricted-use report

.43 If the specified parties acknowledge agreement to the procedures performed or to be performed and assume responsibility for the sufficiency of the procedures to be included in the agreed-upon procedures engagement, either of the following would be considered a reasonable basis for requesting a change in the engagement—

    *a.*   A change in circumstances that requires another form of engagement

    *b.*   A misunderstanding concerning the nature of the original engagement or the available alternatives

---

[18] If the practitioner has performed (or has been engaged to perform) an audit of the entity's financial statements to which an element, account, or item of a financial statement relates and the auditor's report on such financial statements includes a departure from a standard report [see AU section 508, *Reports on Audited Financial Statements*], he or she should consider including a reference to the auditor's report and the departure from the standard report in his or her agreed-upon procedures report.

**AT §201.40**    Copyright © 2002, American Institute of Certified Public Accountants, Inc.

.44 In all circumstances, if the original engagement procedures are substantially complete or the effort to complete such procedures is relatively insignificant, the practitioner should consider the propriety of accepting a change in the engagement.

.45 If the practitioner concludes, based on his or her professional judgment, that there is reasonable justification to change the engagement, and provided he or she complies with the standards applicable to agreed-upon procedures engagements, the practitioner should issue an appropriate agreed-upon procedures report. The report should not include reference to either the original engagement or performance limitations that resulted in the changed engagement. (See paragraph .40.)

## Combined Reports Covering Both Restricted-Use and General-Use Subject Matter or Presentations

.46 When a practitioner performs services pursuant to an engagement to apply agreed-upon procedures to specific subject matter as part of or in addition to another form of service, this section applies only to those services described herein; other Standards would apply to the other services. Other services may include an audit, review, or compilation of a financial statement, another attest service performed pursuant to the SSAEs, or a nonattest service.[19] Reports on applying agreed-upon procedures to specific subject matter may be combined with reports on such other services, provided the types of services can be clearly distinguished and the applicable Standards for each service are followed. See section 101.82 and .83, regarding restricting the use of the combined report.

## Effective Date

.47 This section is effective when the subject matter or assertion is as of or for a period ending on or after June 1, 2001. Early application is permitted.

---

[19] See section 101.105–.107 for requirements relating to attest services provided as part of a consulting service engagement.

**2616**    Statements on Standards for Attestation Engagements

.48

# Appendix

## Additional Illustrative Reports

The following are additional illustrations of reporting on applying agreed-upon procedures to elements, accounts, or items of a financial statement.

### 1. Report in Connection With a Proposed Acquisition

Independent Accountant's Report
on Applying Agreed-Upon Procedures

To the Board of Directors and Management of X Company:

We have performed the procedures enumerated below, which were agreed to by the Board of Directors and Management of X Company, solely to assist you in connection with the proposed acquisition of Y Company as of December 31, 20XX. Y Company is responsible for its cash and accounts receivable records. This agreed-upon procedures engagement was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of the parties specified in this report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

The procedures and the associated findings are as follows:

*Cash*

1. We obtained confirmation of the cash on deposit from the following banks, and we agreed the confirmed balance to the amount shown on the bank reconciliations maintained by Y Company. We mathematically checked the bank reconciliations and compared the resultant cash balances per book to the respective general ledger account balances.

| Bank | General Ledger Account Balances as of December 31, 20XX |
|---|---|
| ABC National Bank | $  5,000 |
| DEF State Bank | 3,776 |
| XYZ Trust Company regular account | 86,912 |
| XYZ Trust Company payroll account | 5,000 |
| | $110,688 |

We found no exceptions as a result of the procedures.

*Accounts Receivable*

2. We added the individual customer account balances shown in an aged trial balance of accounts receivable (identified as Exhibit A) and compared the resultant total with the balance in the general ledger account.

We found no difference.

**AT §201.48**    Copyright © 2002, American Institute of Certified Public Accountants, Inc.

Agreed-Upon Procedures Engagements    **2617**

3. We compared the individual customer account balances shown in the aged trial balance of accounts receivable (Exhibit A) as of December 31, 19XX, to the balances shown in the accounts receivable subsidiary ledger.

   We found no exceptions as a result of the comparisons.

4. We traced the aging (according to invoice dates) for 50 customer account balances shown in Exhibit A to the details of outstanding invoices in the accounts receivable subsidiary ledger. The balances selected for tracing were determined by starting at the eighth item and selecting every fifteenth item thereafter.

   We found no exceptions in the aging of the amounts of the 50 customer account balances selected. The sample size traced was 9.8 percent of the aggregate amount of the customer account balances.

5. We mailed confirmations directly to the customers representing the 150 largest customer account balances selected from the accounts receivable trial balance, and we received responses as indicated below. We also traced the items constituting the outstanding customer account balance to invoices and supporting shipping documents for customers from which there was no reply. As agreed, any individual differences in a customer account balance of less than $300 were to be considered minor, and no further procedures were performed.

   Of the 150 customer balances confirmed, we received responses from 140 customers; 10 customers did not reply. No exceptions were identified in 120 of the confirmations received. The differences disclosed in the remaining 20 confirmation replies were either minor in amount (as defined above) or were reconciled to the customer account balance without proposed adjustment thereto. A summary of the confirmation results according to the respective aging categories is as follows.

| | *Accounts Receivable December 31, 20XX* | | |
| *Aging Categories* | *Customer Account Balances* | *Confirmations Requested* | *Confirmations Received* |
|---|---|---|---|
| Current | $156,000 | $76,000 | $65,000 |
| Past due: | | | |
| Less than one month | 60,000 | 30,000 | 19,000 |
| One to three months | 36,000 | 18,000 | 10,000 |
| Over three months | 48,000 | 48,000 | 8,000 |
| | $300,000 | $172,000 | $102,000 |

We were not engaged to and did not conduct an audit, the objective of which would be the expression of an opinion on cash and accounts receivable. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the board of directors and management of X Company and is not intended to be and should not be used by anyone other than these specified parties.

[*Signature*]

[*Date*]

AICPA Professional Standards    **AT §201.48**

**2618**     Statements on Standards for Attestation Engagements

## 2. Report in Connection With Claims of Creditors

Independent Accountant's Report
on Applying Agreed-Upon Procedures

To the Trustee of XYZ Company:

We have performed the procedures described below, which were agreed to by the Trustee of XYZ Company, with respect to the claims of creditors solely to assist you in determining the validity of claims of XYZ Company as of May 31, 20XX, as set forth in the accompanying Schedule A. XYZ Company is responsible for maintaining records of claims submitted by creditors of XYZ Company. This agreed-upon procedures engagement was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of the party specified in this report. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

The procedures and associated findings are as follows:

1. Compare the total of the trial balance of accounts payable at May 31, 20XX, prepared by XYZ Company, to the balance in the related general ledger account.

   The total of the accounts payable trial balance agreed with the balance in the related general ledger account.

2. Compare the amounts for claims received from creditors (as shown in claim documents provided by XYZ Company) to the respective amounts shown in the trial balance of accounts payable. Using the data included in the claims documents and in XYZ Company's accounts payable detail records, reconcile any differences found to the accounts payable trial balance.

   All differences noted are presented in column 3 of Schedule A. Except for those amounts shown in column 4 of Schedule A, all such differences were reconciled.

3. Obtain the documentation submitted by creditors in support of the amounts claimed and compare it to the following documentation in XYZ Company's files: invoices, receiving reports, and other evidence of receipt of goods or services.

   No exceptions were found as a result of these comparisons.

We were not engaged to and did not conduct an audit, the objective of which would be the expression of an opinion on the claims of creditors set forth in the accompanying Schedule A. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the Trustee of XYZ Company and is not intended to be and should not be used by anyone other than this specified party.

*[Signature]*

*[Date]*

**[The next page is 2631.]**

**AT §201.48**     Copyright © 2003, American Institute of Certified Public Accountants, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his | ) | Trial By Jury Demanded |
| official and personal capacities, and | ) | |
| DELAWARE TECHNICAL AND | ) | |
| COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' ANSWERS TO PLAINTIFF'S INTERROGATORIES

Defendants Orlando J. George, Jr. and Delaware Technical and Community College ("Defendants") by their attorneys, object to Plaintiff's Interrogatories as set forth below. Also set forth below, subject to the following objections, are Defendants' Answers to Plaintiff's Interrogatories. The responses reflect Defendants' present knowledge of the matters covered by Plaintiff's Interrogatories and their best efforts to ascertain information responsive to the interrogatories. Defendants reserve the right to amend or supplement the responses contained herein as may be necessary or appropriate in the future.

In furnishing these responses, Defendants do not admit or concede the relevance, materiality, or admissibility in evidence of the information provided. All objections to the use of such information, at trial or otherwise, are expressly reserved.

## GENERAL OBJECTIONS

In the interest of brevity, the following General Objections and Qualifications are incorporated into Defendants' responses to each interrogatory, whether specific reference is made to them or not:

4.    State the names, last known addresses, and telephone numbers of all persons who have been interviewed by you or on your behalf with regard to the facts alleged in the pleadings. In addition thereto, please state the date of each interview, the substance of each interview, the names, last known addresses and telephone numbers of all persons who have copies of a resume or transcript of each interview.

**ANSWER:**    Objection on the grounds of Attorney/Client Privilege and Attorney Work Product to the extent Interrogatory No. 4 seeks information concerning the substance of interviews. Subject to the foregoing objection, David H. Williams interviewed the following individuals on the dates indicated:

| | |
|---|---|
| March 11, 2005: | Gerald M. McNesby, Dan Simpson, Hope W. Murray |
| March 24, 2005: | Dan Houghtaling |
| March 25, 2005: | Pamela Bailey |
| March 28, 2005: | Karen Stone, Charlotte Lister, Kathy Powell, Becky Broomfield |
| March 30, 2005: | Connie Spampinato, Wilma Mishoe, Robert Hearn, Cena Sweeney, Kristin Cuthrel, Shelby Crawford |
| March 31, 2005 | Fred Evins, Sue Molliken, Prudy Pearson, Peter Shoudy, John Buckley, Chris McCoy |

5.    Identify any report, memorandum, or resume prepared by you or anyone acting on your behalf but not necessarily limited to any investigation, or other person pertaining to any of the facts alleged or referred to in the pleadings, give the date of each such matter in writing, whether or not the writing was prepared by you, or is a writing of which you have only knowledge, or your attorney has knowledge.

**ANSWER:**    Objection on the grounds that the only documents responsive to Interrogatory No. 5 are notes prepared by Defendants' counsel. Such notes are protected by the Attorney/Client Privilege, and the Attorney Work Product Privilege.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his | ) | Trial By Jury Demanded |
| official and personal capacities, and | ) | |
| DELAWARE TECHNICAL AND | ) | |
| COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' ANSWERS TO PLAINTIFF'S
## THIRD SET OF INTERROGATORIES

Defendants Orlando J. George, Jr. and Delaware Technical and Community College ("Defendants") by their attorneys, object to Plaintiff's Interrogatories as set forth below. Also set forth below, subject to the following objections, are Defendants' Answers to Plaintiff's Interrogatories. The responses reflect Defendants' present knowledge of the matters covered by Plaintiff's Interrogatories and their best efforts to ascertain information responsive to the interrogatories. Defendants reserve the right to amend or supplement the responses contained herein as may be necessary or appropriate in the future.

In furnishing these responses, Defendants do not admit or concede the relevance, materiality, or admissibility in evidence of the information provided. All objections to the use of such information, at trial or otherwise, are expressly reserved.

## GENERAL OBJECTIONS

In the interest of brevity, the following General Objections and Qualifications are incorporated into Defendants' responses to each interrogatory, whether specific reference is made to them or not:

1.    Defendants object generally to each interrogatory to the extent it seeks the disclosure of information or documents protected by the attorney-client privilege, the attorney work product doctrine, or which are otherwise privileged or protected and not subject to discovery. The documents which fall within the scope of this objection include communications between attorneys from Morris, James, Hitchens & Williams LLP and Defendants' employees, and communications prepared at the direction of counsel between and among Defendants' employees.

2.    Defendants object to each interrogatory to the extent that it seeks the disclosure of confidential or proprietary information, communications or documents, and the responses herein shall not be deemed to be a waiver of Defendants' rights with respect to such information, communications or documents.

3.    Defendants object to each interrogatory to the extent that it seeks the disclosure of information, communications or documents in violation of Defendants', their employees' or third parties' rights of privacy, including any state or local laws, ordinances, rules or regulations protecting employee information. The responses shall not be deemed to be a waiver of the Defendants', their employees' or any third party's rights with respect to such information, communications or documents.

4.    Defendants object to each interrogatory to the extent that it seeks "all," "each" or "any" information concerning various subjects or events on the ground that such interrogatories

are overbroad, unduly burdensome and oppressive, and, if interpreted literally, potentially impossible to answer.

5.      Certain interrogatories employ terms that Defendants cannot interpret or fully understand.  In such circumstances, Defendants have objected on the ground that a term or interrogatory is vague and ambiguous.  Where possible, Defendants have made reasonable assumptions as to Plaintiff's intended meaning and have responded accordingly, while preserving the objections as to vagueness and ambiguity.

6.      Defendants object to the term "document," as used in the interrogatories to the extent that the term renders the interrogatories vague and ambiguous, as well as overbroad, burdensome and oppressive, and to the extent that the term seeks to impose obligations on Defendants beyond those set forth in the Federal Rules of Civil Procedure, the Federal Rules of Evidence, or the Local Rules for the District of Delaware.

## ANSWERS TO INTERROGATORIES

1.      Please identify all matters in which Delaware Technical & Community College has utilized the services of, or have been represented by the firm of Bifferato, Bifferato & Gentilotti. (by identify, provide a caption and dates of all such matters in which that firms services were utilized).

**ANSWER:**

a.   Vincent A. Bifferato, Sr., was the hearing officer for the termination hearing of Marguerite A. Johnson.

b.   Ian Connor Bifferato acted as legal counsel for the College in an insurance defense matter captioned "Theodore JEFFRIES, et al., Plaintiffs, v. and the State of Delaware, Department of Health and Social Services, Involuntary Plaintiffs, v. KENT COUNTY VOCATIONAL TECHNICAL SCHOOL DISTRICT BOARD OF EDUCATION and

DELAWARE TECHNICAL & COMMUNITY COLLEGE, Defendants. No.96C-01-008.

Despite reasonable efforts, the College is unable to determine the precise dates of representation.

      c.  Vincent A. Bifferato, Jr., acted as legal counsel for the College in an insurance

defense matter in a claim filed by Freeman in 1994.  No further information is available.

      d.  Jeffrey M. Gentilotti acted as legal counsel for the College in an insurance

defense matter filed by Alexis & Keith Dutton in 1996.  No further information is available.

      e.  Jeffrey M. Gentilotti acted as legal counsel for the College in an insurance

defense matter filed by Carolyn Stanley in 1996.  No further information is available.

      f.  Vincent A. Bifferato, Sr., was the mediator in "INTERNATIONAL

FIDELITY INSURANCE COMPANY, a New Jersey Corporation, v. MATTES ELECTRIC,

INC., a Delaware Corporation; Delaware Technical & Community College, an Agency of the

State of Delaware; and EDIS Company, No. Civ. A. 99C-10-065WCC.  Upon information and

belief, the mediation took place in the summer of 2004.

                        MORRIS, JAMES, HITCHENS & WILLIAMS LLP


                        _David H. Williams_

                        David H. Williams (#616)
                        222 Delaware Avenue
                        P.O. Box 2306
                        Wilmington, DE  19899
                        (302) 888-6900
                        Attorneys for Defendants

Dated:  May 3, 2006

## VERIFICATION

I, Hope W. Murray, hereby verify that I am employed by Delaware Technical & Community College as Vice President for Human Resources and College Relations, and that the facts set forth in Defendants' Answers to Plaintiff's Third Set of Interrogatories are true and correct based upon knowledge and information provided to and/or obtained by me in the performance of my duties.

Hope W. Murray



**Bifferato Gentilotti Biden**

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
David A. Denham
Veronica O. Faust
Catherine Zwolak Kilian
Joseph K. Koury
George T. Lees, III
Garvan F. McDaniel

Alternative Dispute Resolution
—
Vincent A. Bifferato
William Swain Lee
Carl Schnee
—
**Writer's Email:  VAB@bgbde.com**
**Reply to Wilmington**

July 19, 2005

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
Suite 600, 702 King Street
P. O. Box 1675
Wilmington, DE   19899-1675

David H. Williams, Esquire
Morris, James, Hitchens & Williams
10th Floor, 222 Delaware Avenue
P. O. Box 2306
Wilmington, DE   19899-2306

Re:   **Marguerite Johnson**

Counsel:

On January 3, 2005, Dr. Marguerite A. Johnson, Vice President and Director of the Dover campus of Delaware Technical & Community College was placed on administrative leave pending an investigation involving her pattern of behavior over the past several years.  On April 27, 2005, Marguerite Johnson through her attorney, Gary Aber, was given notice of intent to terminate her employment based upon a study conducted by Santora Baffone CPA Group dated April 12, 2005, which constituted a course of conduct which was a hazard to the health, safety and well-being of the College, its employees and students.  On May 11, 2005, I was appointed as hearing officer in this matter. The hearings were held on June 29 and July 1, 2005 at the campus of Delaware State University.  After reviewing all of the evidence presented at the hearing including exhibits, I find the pertinent facts to be as follows.

**Bifferato, Gentilotti & Biden, P.A.**
www.bgbde.com
—

200 Biddle Avenue
Suite 203
Newark, DE 19702
Phone: 302 - 429 - 1900
Fax: 302 - 832 - 7540

1308 Delaware Avenue
Wilmington, DE 19806
P.O. Box 2165
Wilmington, DE 19899 - 2165
Phone: 302 - 429 - 1900
Fax: 302 - 429 - 8600

701 Rehoboth Avenue
Rehoboth Beach, DE 19971
Phone: 302 - 227 - 6600
Toll Free: 866 - 618 - 2433
Fax: 302 - 227 - 6778

Gary W. Aber, Esquire
David H. Williams, Esquire

Page 2
July 19, 2005

Dr. Marguerite A. Johnson was hired as a full-time employee of Delaware Technical & Community College in 1974.  Through various appointments, she eventually became a Vice President and Director of the Dover campus of the Delaware Technical & Community College.  Dr. Johnson's conduct in running the Dover campus came into question the latter part of 2004.  After a meeting with the President of the College, Dr. Johnson was placed on paid administrative leave in January, 2005.  An investigation was then undertaken by David Williams, Esquire, an attorney for the Delaware Technical & Community College, and an accountant employed by Santora Baffone CPA Group.  As a result of these investigations, it was determined that Dr. Johnson abused her position at the Dover campus by using personnel and material for personal purposes, abuse of a college credit card, and abusive behavior towards employees.

Some time in 1999, Dr. Johnson was planning a family reunion.  She was in charge of this particular event and used staff at the Dover campus for purposes of preparing a cookbook, genealogy book, programs, invitations, and flyers.  According to the CPA report, thousands of dollars of personnel time and material of the College was spent on this purpose.  Although Dr. Johnson claims she paid monies back to the College, it is apparent that she did not fully reimburse the College for the personnel time and materials.

It was also demonstrated that Dr. Johnson, being in possession of a college credit card, used the credit card on many trips not only for school purposes but for personal purposes, most of which she repaid the College once so informed.  However, she did purchase several items, a briefcase, several antique books and jewelry for personal use, where there was no reimbursement.

It is also a contention of the College that Dr. Johnson was inappropriately abusive to many of its employees.  After reviewing all of the evidence and the exhibits, the hearing officer finds that the College has met its burden of proof by a preponderance of the evidence that Dr. Johnson inappropriately used College personnel and materials for personal matters.  It has also been established by a preponderance of the evidence that Dr. Johnson did not fully and equitably replay the College for such labor and materials.  Dr. Johnson defends these allegations by claiming that many employees in a position of authority also have staff do personal errands and favors for their

Gary W. Aber, Esquire
David H. Williams, Esquire

Page 3
July 19, 2005

bosses. However, the magnitude of this undertaking for the 1999 reunion was a gross deviation from any accepted practice for the secretary at times performing a minor personal errand for their supervisor. It is clear that Dr. Johnson was in a position of authority. She should have known that use of College personnel for private matters was inappropriate and set a bad example for all of those who worked on the project. Although it is clear that Dr. Johnson did not tell any of the employees to keep the matter private, it is also clear that Dr. Johnson took advantage of these employees and their knowledge of her treatment of other employees that this was a personal matter. Dr. Johnson inappropriately used her position as Vice President and Director of the Dover campus to have the employees do her personal work at great expense to the College. It is also evident that her manner in dealing with other employees suggested to these employees that the matter be kept private.

Dr. Johnson also had a pattern of abuse in the use of the College credit card. In February, 2002, a super card issued by PNC Bank was given to Dr. Johnson for use in travel and other necessities as her responsibilities dictated. However, the use of this card was strictly limited to College expenses. Dr. Johnson on many occasions used this credit card for personal items. Dr. Johnson through her attorney has offered into evidence many checks written to the School that clearly indicates that she used the credit card and reimbursed the School. This was in direct violation of the guidelines set forth in the use of this credit card. The evidence also shows by a preponderance that she used this credit card on many occasions and had to be reminded to repay the School instead of initiating repayment on her own. The evidence also shows that on at least three occasions the use of this credit card was for items that were personal in nature and not repaid to the School.

Dr. Johnson was well aware that her treatment of employees by abusive conversation thwarted any attempts of suggestions that employees under her would advise her or inform her that certain monies were owed by her to the College for unapproved use of this credit card.

The pattern and behavior of Dr. Johnson in the two items above clearly indicate that these activities constituted a hazard to the health, safety and well being of the College and its employees. Dr. Johnson's use of employees and materials amounted to thousands of dollars.

Gary W. Aber, Esquire
David H. Williams, Esquire

Page 4
July 19, 2005


    Dr. Johnson's actions as explained above clearly meet the requirements in Paragraph 3(d) of her employment contract signed by the College and Dr. Johnson on July 25, 1974. In the judgment of the employer, any act that constitutes a reasonable hazard to the health, safety and well being of employer's agents, servants, employees or students is ground for termination for cause. The College has met that burden. It is the decision of the hearing officer that Dr. Johnson be terminated for cause.

        Very truly yours,

        Vincent A. Bifferato

/mem

## PERFORMANCE APPRAISAL AND PLANNING FORM
## ADMINISTRATIVE STAFF

*To be completed by the employee and submitted to his/her supervisor within two weeks of receipt.*

Name: Dr. Marguerite M. Johnson          Date:   August 21, 2000          **RECEIVED**

Position: Vice Pres. & Campus Director          Campus:  Terry          SEP 0 5 2000

Annual Review Period: From July 1, 1999          Through June 30, 2000          PERSONNEL
PRES OFFICE

I.    **Principal Accountabilities** *(Evaluate your past performance on each of the below listed Principal Accountabilities taken from your Classification Specification.)*

**Accountability 1:** Provide direction and support to all units of the Campus to ensure a cohesive approach to the goals and mission of the College.

Comment: This accountability is successfully accomplished through daily, weekly and monthly meetings with all the units on the campus. The units are provided campus/college updates, new and current policies are assessed and implemented, projects/initiatives are reviewed, outcomes are evaluated, and there is continuous explanation of the ever changing campus/college environment resulting in identification of strategies for meeting diverse needs. Where appropriate, human resources are provided to support specific goals.

**Accountability 2:** Assure effective personnel action in recruiting, hiring, promotion, staff development, disciplinary and grievance procedures, Equal Employment Opportunity, Affirmative Action, and organization development.

Comment: Campus and collegewide human resources personnel working together as a team have ensured effective personnel actions in all the aforementioned areas. Improved communication, expanded recruitment efforts (i.e. Internet, place ads in professional journals and associations) and the ability to send the college application for employment electronically via email have yielded larger and better-qualified applicant pools. We were able to fill all job vacancies and new technical positions with excellent and diverse candidates, resulting in 6 salary Plan A and 17 salary Plan B new and/or reclassified regular full-time employees. Problems are identified and resolved expeditiously and satisfactorily avoiding unnecessary discipline and grievance issues. Organizational, personnel and staff promotions were made to better meet the needs of the campus. Through employee survey, the enrichment program was

1

DTCC0418

expanded to include software courses with 115 employees participating this past year. This number represents a decrease due to the computer software courses offered, computer labs accommodated only a limited number of enrollments.

**Accountability 3:** Provide oversight and direction to all Campus financial, budgetary, and facility planning activities.

Comment: Daily oversight and direction have resulted in continuous improved fiscal management. The business manager is required to meet with the Deans/Directors regularly to monitor departmental budgets, and insure compliance with college policies/procedures. The budget committee has worked hard to improve the campus hearings, resulting in better linkages between the budget and the Collegewide Strategic Plan. Major accomplishments include (1) The Business Office had another successful annual audit of campus funds with "no findings" and (2) an increase of over 5% in state financial aid bringing this total to $140,300. I continue to work closely with the Vice President of Finance in development of the campus/college budget, which includes renovation of the ETB. Also, a campus/college team has worked effectively with Kent County Legislators to secure suburban street funds for the finalization of the campus loop road project. In the past two years, ten legislators committed a total of $304,250.

**Accountability 4:** Promote the image of the Campus and the College in the local community through active involvement in organizations, committees, and civic/industry memberships.

Comment: Terry Campus enjoys a very positive image in the community. I continue to be very actively involved in every aspect of the local community. Campus administrators, faculty and staff have also increased their participation in the community. The Advisory Board Reception held on May 9, 2000 provided the College and Campus the opportunity to update advisory board members on new technologies, construction/renovation updates, and the College President presented the Power Point "Vision for the Future". In addition to maintaining numerous memberships cited in previous evaluation, I am currently participating in the following new organizations. **Memberships:** Serve on the Partnership Team for the National Conference on Teacher Quality (DTCC, DSU, Capital School District, Caesar Rodney School District), sponsored by the U.S. Department of Education, Friends of the Capital Theater Finance Committee, Institutional Review Board (IRB) – Human Subjects

2

DTCC0419

Protection Committee of Delaware State University, served as the Fundraising Chair on the Delaware Women's Conference Board of Directors and successfully raised $12,100 and identified the following new contributors to include, DE State University, Wilmington College, Alpha Kappa Alpha Sorority, Inc., Delta Sigma Theta Sorority, Inc., and DTCC, Terry Campus. **Local & National Recognition:** The Terry Campus students have brought honor and recognition to themselves as individuals, to the organizations to which they belong, and to the Campus and College as a whole. The following are only a few of these awards and achievements. PEAK brought home two awards this past fiscal year; the Governor's Youth Volunteer Award and the Delaware Service Learning School of the Year. For the second year, the SIFE Team won the "Champion Regional Exposition, Students in Free Enterprise, Spring 2000" trophy, and because of this accomplishment competed internationally in Kansas City in May 2000. They additionally won a smaller "trophy" for being named 1 of 15 nationwide to earn the recognition of "Make a Difference Day Finalist, Student in Free Enterprise Special Competition". A $500 check accompanied this award. The Terry Campus Eta Delta Chapter of Alpha Beta Gamma received the following awards at the Annual International Leadership Conference, The Golden Key Award, The Dr. Mary Bone Competitive Essay Award, The Francis Cunningham, Esq. Memorial Essay Award, The Eva Bobrow Medallion of Excellence, Best Chapter Homepage, and a "Certificate of Distinction" award from the Association of College Honor Societies. The Visual Communications' GRID Club hosted a very successful "Art Works" Show and Reception, following the Terry Campus Awards Ceremony. The Spring Phi Theta Kappa Induction inducted 32 new honor society members, the largest number of inductees in recent years. The Business Professionals Society, BPS, held a fun and innovative fundraiser to help defray the costs of the Annual Business Banquet. Tickets were sold to select a faculty member to kiss "Techie" the pig. The second annual alumni phone-a-thon was a major success raising over $4,600. Additionally the following annual events were well attended, huge successes; Nursing Pinning Ceremony, Campus Student Awards Ceremony, Business Awards Banquet, Human Services Luncheon, and in celebration of Black History Month, the annual Unity Luncheon and entertainment provided by the Gospel Sounds and Gospel Ensemble of Whatcoat United Methodist Church.

**Community Participation:** The students, faculty, and staff of Terry Campus work together not only to provide opportunities for the Kent County community to come to campus sponsored events but also for the campus community to participate in Kent County sponsored

3

DTCC0420

events. Following are just a few of this type of collaboration and teamwork: Administrative Professionals' Day in April and featured guest speaker, Mr. Bill Ecker, and next year's event will be co-hosted by the Terry Campus and Chamber of Commerce. The week of the Young Child Conference provided opportunities for child care providers in the region to network and to update themselves on current methodology. Two Bone Marrow Drives were held in March, co-sponsored with the Delta Sigma Theta Sorority, Inc. A total of 98 participants added their names to the national registry. Fifty walkers participated in the Cancer Relay for Life, held in June, raising over $7,600. Our Campus team received the first-place trophy for the "Most Funds Raised" and also the Team Spirit Trophy for their skit, Cruisin' for a Cure. Last September, the Campus Heart Walk Team raised over $3,600 with 50 participating walkers. Lunch for a Buck, sponsored by Terry Campus student organizations raised $157 for the March of Dimes in April. The Criminal Justice Organization collected coats, hats, gloves, and other articles of clothing to donate to Mother's Coat Closet, Inc. All items donated to this worthy cause were distributed to children in need through local schools, outreach centers, churches, and shelters. Please see Exhibit D, for highlights by the state and local newspapers.

**Accountability 5:** Participate in collegewide meetings and committees. Provide insight, direction, and advice at meetings of the Board of Trustees and the President's Council, and at other College forums.

**Comment:** Again this year, I actively participated in regularly scheduled President's Council, Board of Trustees, and collegewide meetings. Major collegewide issues continue to be addressed by the President's Ad Hoc Committee i.e. Capital Campaign, Administrative Retreat, Leadership Development Program, Administrative Software, Collegewide Strategic Financial Planning findings, developmental studies, First Year Experience, collegewide marketing, online course development, retention, etc.

**Accountability 6:** Provide liaison with private and public income sources to supplement campus programs and services.

**Comment:** As a result of successful training proposals, grant writing, facilities usage and special programs, the campus generated revenues in the amount of $6,463,048. This represents an increase of 28% over fiscal year 1999 revenue of $5,038,664. (See Exhibit A, June 30, 2000 Fiscal report to the Board of Trustees)

4

DTCC0421

**Accountability 7:** Maintain continuing awareness of the evolving educational needs of the community and of advancements and techniques utilized at other institutions of higher learning.

Comment: I continue to successfully accomplish this accountability by providing leadership for special community projects, memberships on key community committees, organizations/boards, working with campus advisory boards, conducting formal and informal needs assessments, personal contacts, soliciting input from alumni and campus student organizations, developing partnerships with business/industry, enhancing relationships with sister institutions of higher education, networking with colleagues at other community colleges, attending conferences, reading professional journals, etc.

**Accountability 8:** Perform other duties as required.

Comment: Served as chair of the Strategic Financial Task Force with collegewide business managers & Directors of CCP to identify Best Practices, data has been collected and a report will be issued by Sept. 30, 2000. Participated in the interview process for the positions of Assistant Vice President of Distance Education and Chief Legal Counsel & Associate Vice President for Human Resources. Again, this year I will serve as a mentor to two employees enrolled in the College's Leadership Development program. I will schedule meetings to discuss issues, review progress, assist in the development of their portfolios, share personal and professional experiences, provide resources, etc. Please see Exhibit C, Terry Campus Achievement Report 2000, for detailed departmental achievements.

**Add any new Principal Accountability not included in the Classification Specification.**

---

II. **Professional Development Activities** *(List those Professional Development Activities you accomplished during the past year and those you would like to accomplish in the next year.)*

Accomplished during the past year: Attended the National Alliance of Business 31st Annual Conference, September 1999, League for Innovation in the Community College Conference on Information Technology, October 1999, Accreditation and Quality Assurance (AQA) Annual Conference of the Middle States Commission on Higher Education, December 1999,

5

DTCC0422

U.S. Department of Education National Conference on Teacher Quality, January 2000, Delaware Women's Conference, March 2000, AACC 2000 Convention, NCBAA Board Meeting & President's Roundtable, April 2000.  Ensure that personal software and equipment are updated with the most current technology to allow for hands-on and with office staff assistance improve computer and Internet literacy

**To be accomplished during the next year:**   Continue to improve proficiency in the utilization of the most current software and technical equipment.   Participate in additional professional development activities to strengthen and enhance my leadership and teambuilding skills.

III.  **Review of Goals** *(Indicate the progress which has been made in achieving the major goals which were set to be accomplished during this annual review period, and explain the progress which has been made.)*

**Goal 1:**  Implement the 1999-2000 President's Collegewide agenda.

Has this goal been accomplished?             ☒ Yes     ☐ No       ☐ In Progress

Explain:   Please see Exhibit B, 1999-2000 Collegewide Agenda Terry Campus Achievements.

**Goal 2:**  Improve and enhance communication with other administrators within the College matrix organization.

Has this goal been accomplished?             ☒ Yes     ☐ No       ☐ In Progress

Explain:   With the addition of our new Dean, communication with all Campus and College administrators has been greatly enhanced.  There is greater team support across and within the matrix.

**Goal 3:**  Implement Phase III of the ETB renovation project.

Has this goal been accomplished?             ☒ Yes     ☐ No       ☐ In Progress

Explain:   Phase I, II, and III of the ETB renovation project have been completed.  The Child Development Center opened August 23, 1999, and in June of 2000 new security procedures, including a door buzzer, were implemented to provide a safe and secure environment for the center's children.   Phase II encompassed the demolition. Phase III of the project completed the following areas: Collegewide Computer Center, Collegewide Academic Affairs, Criminal Justice, 6 general purpose classrooms, faculty offices, conference rooms, and storage areas.

6

DTCC0423

Additional progress on construction/renovation projects include the relocation of the White House, loop road, Park & Ride, and sports complex.

**Goal 4:** Increase campus revenues.

Has this goal been accomplished?                ☒ Yes        ☐ No        ☐ In Progress

Explain:   The following strategies were utilized by the campus to increase year-end carryover balances:  (1) A 20% reduction in division budget allocations put into effect on January 1999 that results in an estimated savings of $77,403. (2) Consolidated the City of Dover electric bill. (3) Transferred the salaries for the part-time Educational Laboratory Specialist from the general fund to lab and material fees.  These strategies produced an increase in carryover balance of Fund 8000 from $73,540 in FY99 to $102,524 or 39.4% in FY00; and Fund 8009 from $95,122 in FY99 to $205,372 in FY00 or 115.9%.  Additionally, due to an increase of training proposals, grant writing, facilities usage and special programs, the campus generated an increase of $1,424,384 or 28% over FY99. (See Accountability 6)

**Revision for FY 99, Goal 5:** Hire a "marketing professional" who possesses effective skills in writing, editing, proofreading, media presentations, etc.

Has this goal been accomplished?                ☒ Yes        ☐ No        ☒ In Progress

Explain:   The President's Ad Hoc Committee members agree to hire a marketing position to address the needs of CCP collegewide initiatives.  The recruitment/interview procedures are currently in process.

IV. **Future Major Goals**  *(List those major goals which you would like to accomplish in the next year.)*

Goal 1.     Implement the College's 2001-2005 Strategic Plan

Goal 2.     Hire and ensure a smooth transition for the new leadership role of the Dean of Instruction

Goal 3.     Rebuild my Administrative Team to include the new Dean of Instruction and ensure organizational synergy

Goal 4.     Implement Phase IV of the ETB project

Goal 5.     Hire a Marketing Information Officer to support CCP (collegewide) initiatives

Goal 6.     Increase campus revenues, contain and reallocate expenditures to ensure fiscal vitality

7

DTCC0424

What additional resources, if any, would you need to accomplish the goals stated above?

_____

_____

_____

V. **Overall Performance Review** *(Summary of the employee's overall performance by the Supervisor)*

Your achievements have been outstanding, and professionally you have had another great year.  You are an invaluable member of the President's team, and the College, faculty, staff, students, and community have benefited from your leadership.  This leadership has enabled the Terry Campus to reach new heights of effectiveness and has positioned the Terry Campus as a positive can-do force for quality education and training in Kent County.  Thank you for your contributions, dedication, effort, hard work, imaginative thinking, and problem-solving skills.

Supervisor's Signature: _____    Date: 8/30/00

VI. **Employee's Response/Comments:**

Thank you very much for a very positive 1999-2000 evaluation and the accompanying supplement.  Your tireless support of me and the team support provided by the President's Council, contributed greatly to the success of the Terry Campus. I look forward to working with my staff to implement the Collegewide 2001- 2005 Strategic Plan and taking the Terry Campus to even greater heights.  I am very proud to be a member of the President's team.

_____

I acknowledge having read and received a copy of this performance appraisal and understand that the original of this appraisal will be placed in my personnel file.

Employee's Signature: _____ Date: 8-31-00

DTCC0425

## PERFORMANCE APPRAISAL AND PLANNING FORM

## ADMINISTRATIVE STAFF

*To be completed by the employee and submitted to his/her supervisor within two weeks of receipt.*

Name: Dr. Marguerite M. Johnson      Date:   August 21, 2000

Position: Vice Pres. & Campus Director     Campus:   Terry

Annual Review Period: From July 1, 2000     Through June 30, 2001

**RECEIVED**

SEP 0 5 2001

PERSONNEL
PRES. OFFICr

I.    **Principal Accountabilities** *(Evaluate your past performance on each of the below listed Principal Accountabilities taken from your Classification Specification.)*

**Accountability 1:** Provide direction and support to all units of the Campus to ensure a cohesive approach to the goals and mission of the College.

Comment: This accountability is successfully accomplished through daily, weekly and monthly meetings with all the units on the campus. The units are provided campus/college updates, new and current policies are assessed and implemented, projects/initiatives are reviewed, outcomes are evaluated, and there is continuous explanation of the ever changing campus/college environment resulting in identification of strategies for meeting diverse needs. Where appropriate, human resources are provided to support specific goals. The President's Ad Hoc Committee established guidelines to provide release time for the individual Campus Chairs of the College Self-Study process. The Terry Campus organized eight topic area workgroups with seven chairs, seven vice chairs and two co-chairs in support of the format established for the Collegewide Self-Study Design. Seventy-eight faculty, staff, and administrators are members of the workgroups. The workgroups meet regularly and contribute to the campus specific areas of the report. The campus held open forums to allow the entire campus community to provide input.

**Accountability 2:** Assure effective personnel action in recruiting, hiring, promotion, staff development, disciplinary and grievance procedures, Equal Employment Opportunity, Affirmative Action, and organization development.

Comment: Campus and collegewide human resources personnel working together as a team have ensured effective personnel actions in all the aforementioned areas. Following several years of development, finally, the new integrated human resource/payroll system was

DTCC0533

implemented statewide July 1, 2001. The campus Human Resources staff worked very hard to ensure the campus community received clear and thorough information regarding the conversion, and to revise current data, format, and procedures to ensure a smooth transition to the new system. The Human Resources staff members have participated in a collegewide effort to evaluate and improve employment and payroll processes. Many forms were eliminated or consolidated. Documents are available on-line; applications are accepted via e-mail or fax; and the classification review process has been improved. The Job Analysis Questionnaire (JAQ) has replaced the Position Classification Questionnaire (PCQ). The integration of technology has resulted in a more effective and efficient "one stop shopping" for employment and payroll needs. Beginning January 2002, our vacation and sick leave accrual and usage will be tracked in hours rather than days. This system will allow for greater accuracy in tracking leave usage. The ability to now receive, as well as send the college application for employment electronically has yielded larger and better-qualified applicant pools. Due to program expansion and normal attrition, a total of 21 regular full time employees were hired during the past fiscal year; ten in Plan A and eleven in Plan B. There were numerous temporary full-time appointments also. Eight long-term employees elected to retire in this fiscal year. The campus employee enrichment program continued to focus on technology training. For example, with BANNER implementation in mind, multiple sessions of ACCESS and Excel were held to meet those requirements. Total participation in the program numbered 125 employees.

The Information Support Services Division has been reorganized into two separate departments, Computer Services and Audio/Visual Services. These departments now report to the Assistant to the Campus Director, Dr. Daniel Houghtaling. Outcomes – increased efficiency in meeting campus and collegewide needs.


**Accountability 3:** Provide oversight and direction to all Campus financial, budgetary, and facility planning activities.

Comment: Daily oversight and direction have resulted in continuous improved fiscal management. The business manager is required to meet with the Deans/Directors monthly to monitor departmental budgets, and ensure compliance with college policies/procedures. The campus budget committee expanded its membership to include; the Business Manager,

DTCC0534

Assistant to the Campus Director, Director of Human Services, Financial Aid Officer, Faculty Senate President, and the Staff Senate President. The committee was charged to review and make written recommendations regarding the efficiency and cost effective use of fiscal and human resources and to propose methods to reduce operating expenses to support funding required for termination/resignation pays, which totaled $171,045 last fiscal year. Recommendations to ensure fiscal soundness include: Analysis of efficiency and cost effective use of personnel and equipment in the Tutoring Center and Admissions Office, Open Labs, and Library Lab; reassignments of personnel; temporary assignments to effectively utilize existing personnel; and a 10% overall reduction in travel, supplies and capital for an estimated savings of $50,000. Major accomplishments include (1) The campus received another successful annual audit of federal funds with no findings or recommendations. (2) an increase of $13,000 in financial aid bringing this total to $189,000. I continue to work closely with the Vice President of Finance in development of the campus/college budget, which includes renovation of the ETB. Also, this year we worked with the Vice President of Finance to establish the Park-N-Shuttle a partnership among the college, Dover Downs, Department of Transportation, and the Delaware Transit Corporation for the June Nascar Race at Dover Downs. The event yielded $5,783 in revenues to support student scholarships and student activities. This will be an annual fundraising event in June and September of each year. A Transportation Enhancement and a Soil and Water Conservation Trust Grant developed by Dr. Houghtaling and his staff, was funded for $80,000. These funds will be used to erect a 30' X 60' picnic pavilion, expand the existing bicycle path adjacent to Scarborough Road and Dupont Highway, and enhance existing landscaping along these routes. Total revenues procured in FY01 for existing and new programs are as follows: Federally funded projects-$1,897,003; State funded projects-$1,813,970; Individuals - $15,226 (the Alumni Phon-a-thon pledges included in this amount are used to support student scholarships, campus special projects or campus enhancements. This past year 3 new flag poles were purchased, which were erected between the Terry and Educational Technology Building); Corporations - $7,625; Equipment Donations - $3,500. Several in-kind contributions from the City of Dover include all of the labor to install the new lighting along the campus sidewalks, flag poles, signage and athletic complex.

DTCC0535

**Accountability 4:** Promote the image of the Campus and the College in the local community through active involvement in organizations, committees, and civic/industry memberships.

**Comment:** Terry Campus continues to enjoy a very positive image in the community. I continue to be very actively involved in every aspect of the local community. Campus administrators, faculty and staff have also increased their participation in the community. The Alumni Recognition Ceremony, enabled the campus to invite members of the community and legislature to participate in a campus event and the Instructional Division hosted a breakfast highlighting the ETC program, inviting Kent County superintendents, principals and teachers. In addition to maintaining numerous memberships cited in previous evaluations, I am currently participating in the following new organizations.

**Memberships:** City of Dover, Executive Advisory Board; Unit Board for the Greater Dover Boys & Girls Clubs; Swartz Center for the Arts, Finance, Education, and Executive Committees; Women Networking in Southern Delaware; Debutante Ball Committee, Alpha Kappa Alpha, Inc.; participate in the Black Women's Health Study, sponsored by Boston and Howard Universities, and appointed to a three-year term by the American Association of Community Colleges (AACC) to serve on the Commission on Minority Services.

**Local & National Recognition:** As always, the Terry Campus students, faculty, staff and administrators continue to be honored and recognized for their outstanding achievements. Following are just some of the special events and honors received this past year. Two of the major awards Corporate and Community Programs received during the past year were the Governor's Youth Volunteer Service Award to the PEAK program, for the hundreds of hours the students provided tutoring and reading to Fairview Elementary School students; and the National Innovative Program Recognition, awarded to our Deleware's A Better Chance program. WHEELS continues to be recognized locally and nationally. The Terry Campus Tutoring Center received international certification from the College Reading and Learning Association. As a result, the Tutoring Center now has the authority to certify tutors with a Regular/Level 1 Certification. Also from the Student Services Division, Mr. Twain Gonzales received the Governor's Award for the Service Provider of the Year for Kent County, and Mr. Charlie Mundell was selected as President-Elect of the Mid-Eastern Association of Education Opportunity Program Personnel (MEAEOPP). Administrative Services, Al Shank, was awarded the Division of Soil and Water, Volunteer of the Year Award. For the third year, our Students in Free Enterprise Team was selected as the 2001

DTCC0536

Regional Champion at the Regional Exposition and Career Opportunity Fair in Baltimore, Maryland The team went on to compete at the National Competition Hallmark Cards Business Exposition and Career Fair in Kansas City, Missouri. At the Alpha Beta Gamma 2001 Annual Leadership Conference the Eta Delta Chapter received several recognitions. Among these awards were the Excellence in Campus Service for the chapter that best serves the Host College, and the Eva Bowbrow Memorial Medallion of Excellence which recognizes an outstanding chapter officer, which was awarded to Diane Weller, the chapter's Vice President and Treasurer. Based on a nomination packet prepared by the Eta Delta Chapter, which included the President's Five-Year Report, Our College President, Dr. George was selected as the Alpha Beta Gamma College President of the Year for a second time. The Alpha Beta Kappa Chapter of Phi Theta Kappa International Honor Society attended the Middle States Regional Convention and returned with several prestigious awards, which included the Five Star Chapter Award, Middle States Champion Award and the Milestone Chapter Award. Additionally, four members received honors in individual categories. Also, the chapter earned the Journey Challenge 2000 Award for significantly increasing the chapter's membership in 2000. The 2001 Nursing Pinning Ceremony symbolized the beginning of nursing careers for eleven associate degree nursing graduates and twenty-six practical nursing candidates. The nursing program students enrolled at the Terry Campus continue to receive high passage rates on the National Standardized Test for Licensure. The passage rate average for the RN test from 1992 to 2000 is 89%, and the passage rate average for the PN test for the same time frame is 93%. This year's All-State Academic Team Members were Cheryl Baird, a Human Services Technology, Drug and Alcohol Counseling student and Elizabeth Tolbert, a Human Services Technology student. These students were honored for their academic excellence, leadership accomplishments, and service to the community. Cheryl and Elizabeth were also candidates for the National All-USA Academic Team Program sponsored by USA Today and Phi Theta Kappa International Honor Society. Additionally the following annual events were well attended, huge successes. The Campus Student Awards Ceremony, Business Awards Banquet, Human Services Luncheon, and in celebration of Black History Month, events coordinated and sponsored by Students of Kolor included performances by The Gospel Explosion and Mrs. Carry Sims biographical sketch, "Who is Harriet Tubman?". The traditional Unity

DTCC0537

Luncheon was standing room only as administrators, faculty, staff, students, and special guests, gathered to meet, socialize, and enjoy delicious lunch.

**Community Outreach:** The students, administration, faculty and staff of the Terry Campus work together to provide opportunities for the Kent County Community to participate in campus-sponsored events. Additionally, the campus community also works together to participate in Kent County-sponsored events. Here are serveral examples of this type of collaboration and teamwork. The Terry Campus in partnership with the Central Delaware Chamber of Commerce and the International Association of Administrative Professionals, sponsored this year's Administrative Professionals' Day event held in the Conference and Training Center, which was a great success. 151 participants from the campus and community attended this sold out event. Governor Ruth Ann Minner was the guest speaker and also signed the proclamation recognizing April 25 as Administrative Professionals Day. Together, members of the Student Nursing Association and Students of Kolor coordinated the successful "Food for the Soul: A holistic approach to everyday living" held last April. The focus of the event was on spiritual, physical, mental, nutritional, and economic well being. Twenty-eight informative exhibits provided a wide spectrum of available services in Kent County. There were twenty-six National and State agencies that participated in this community outreach project. The Early Childhood Department, in partnership with the Southern Delaware Association of Education of Young Children, the Department of Education and the Department of Services for Children, Youth and Families offered over 200 early childhood professionals throughout the state an opportunity to attend workshops highlighting successful current childhood practices. The Cancer Relay for Life weekend raised $5,150.32 from pledges, in addition to $570 from luminaries. The Campus team was recognized with a trophy and received a certificate for the "Best Campsite Theme". Terry Campus and President's Office employees walked throughout the evening and the wee hours of the morning. A total of $5,856 was raised for the American Heart Association from donations collected from the American Heart Walk and from continuous campus fundraising efforts. This is one of the many worthwhile programs the campus supports. Once again, this year the Alumni Association sponsored and organized a team to participate in the March of Dimes 2001 Walk America. The team raised a total of $1,928 through campus fundraisers, a generous donation by the Student Government Association and

DTCC0538

Employee and student pledges. (See Exhibit A, August Inservice 2001 Powerpoint Presentation, for additional achievements and events.)

**Accountability 5:** Participate in collegewide meetings and committees.  Provide insight, direction, and advice at meetings of the Board of Trustees and the President's Council, and at other College forums.

Comment:  Again this year, I actively participated in regularly scheduled President's Council, Board of Trustees, and collegewide meetings. Major collegewide issues continue to be addressed by the President's Ad Hoc Committee i.e. Impact of Termination/Resignation Pay on Campus Budgets, Collegewide Coordinator's Budgets, to include Marketing, Institutional Advancement, and Planning initiatives, Banner Implementation, Online course development, Administrative Retreat, Leadership Development Program, Collegewide Strategic Financial Planning findings, College Self-Study Design and Middle States Process, Department Chairperson Stipends and Instructional Workload, etc.

**Accountability 6:**  Provide liaison with private and public income sources to supplement campus programs and services.

Comment:  As a result of successful training proposals, grant writing, facilities usage and special programs, the campus generated revenues in the amount of $5,344,139. (See Exhibit B, June 30, 2001 Fiscal report to the Board of Trustees).

**Accountability 7:** Maintain continuing awareness of the evolving educational needs of the community and of advancements and techniques utilized at other institutions of higher learning.

Comment:  I continue to successfully accomplish this accountability by providing leadership for special community projects, memberships on key community committees, organizations/boards, working with campus advisory boards, conducting formal and informal needs assessments, personal contacts, soliciting input from alumni and campus student organizations, developing partnerships with business/industry, enhancing relationships with

DTCC0539

sister institutions of higher education, networking with colleagues at other community colleges, attending conferences, reading professional journals, etc.

**Accountability 8:** Perform other duties as required.

Comment: Again, this year I am serving as a mentor to two employees enrolled in the College's Leadership Development program. I schedule meetings to discuss issues, review their progress, assist in the development of their portfolios, share personal and professional experiences, provide resources, etc.

**Add any new Principal Accountability not included in the Classification Specification.**

_____

II. **Professional Development Activities** *(List those Professional Development Activities you accomplished during the past year and those you would like to accomplish in the next year.)*

**Accomplished during the past year:** Attended the Society for College and University Planning (SCUP) 35, July 2000; Two (2) U.S. Dept. of Ed., Teacher Quality Institutes, July 2000; Contra Costa College, site visit, culinary arts, international, Web-site development, and distance education programs, September 2000; NCMPR, Medallions Reception, October 2000; Middle States Association Commission on Higher Education, Accreditation and Quality Assurances Conference, December 2000; Delaware Women's Conference, March 2001; AACC 81st Annual Convention, April 2001; and met with Dr. Jacqueline Woods, Community College Liaison, U.S. Department of Education, in conjunction with AACC President, Dr. David Pierce's retirement, July 2000

**To be accomplished during the next year:** Continue to improve proficiency in the utilization of the most current software and technical equipment. Participate in additional professional development activities to strengthen and enhance my leadership and teambuilding skills, and increase my understanding and knowledge of legal issues which impact community college administrators.

DTCC0540

**III. Review of Goals** *(Indicate the progress which has been made in achieving the major goals which were set to be accomplished during this annual review period, and explain the progress which has been made.)*

**Goal 1:**     Implement the College's 2001-2005 Strategic Plan

Has this goal been accomplished?     ☒ Yes    ☐ No    ☐ In Progress

Explain:    Please see Exhibit C, 2001 Terry Campus Achievements to the College Strategic Plan.

**Goal 2:**     Hire and ensure a smooth transition for the new leadership role of the Dean of Instruction.

Has this goal been accomplished?     ☒ Yes    ☐ No    ☐ In Progress

Explain:    Mr. Daniel Simpson was appointed to Acting Dean of Instruction on October 1, 2000 and accepted the regular full time position of Dean of Instruction on March 1, 2001. His performance in fulfilling his duties has been exemplary, and he actively participates during the monthly Collegewide Deans of Instruction and Campus Administrative Council meetings. He solicited input and suggestions from other team members to ensure a smooth transition to his new position. Mr. Simpson was also an active participant on the 2001 College Administrative Retreat Committee. His contributions were very evident in the successful delivery of his presentation.

**Goal 3:**     Rebuild my Administrative Team to include the new Dean of Instruction and ensure organizational synergy

Has this goal been accomplished?     ☒ Yes    ☐ No    ☒ In Progress

Explain:    My Administrative Council meets monthly to receive college and campus updates, new and revised information regarding new and revised policies and procedures, new assignments, etc. The council also discusses current campus and departmental issues and events. Mr. Simpson extended his appreciation to the council for the assistance he received during his transition into his new position. Communication with all Campus and College administrators has been greatly enhanced. There is greater team support across and within the matrix. The Information Support Services Division, now the Technical Services Division,

DTCC0541

has been reorganized into 2 separate departments, Computer Services and Audio/Visual Services. These departments now report to the Assistant to the Campus Director, Dr. Daniel Houghtaling to ensure that an appropriate technology infrastructure is in place to support all of the campus division.

**Goal 4:**    Implement Phase IV of the ETB project.

Has this goal been accomplished?          ☒ Yes    ☐ No    ☒ In Progress

Explain:    Contract negotiations with the project architect delayed the construction for approximately six months. A successful resolution was reached after numerous meetings between the college and the architect and the implementation of Phase IV is currently in progress. Items included in this phase are the first floor - Center for Excellence and Teaching and Technology, Teaching Resource Center, Community Resource Center Area, Industrial Maintenance Area, North and East Entrances, second floor - General Classrooms, Faculty Offices, Business Technologies Area, Human Services Technologies Area, the Mechanical Systems – HVAC, plumbing, electrical, completion of roof replacement, complete replacement of glass curtain wall and Furniture and Movable Equipment.

**Goal 5:**    Hire a Marketing Information Officer to support CCP (collegewide).

Has this goal been accomplished?          ☒ Yes    ☐ No    ☐ In Progress

Explain:    Sherry A. Manning, Marketing Communications Coordinator, was hired January 2001. Ms. Manning has been instrumental in the following college/campus marketing initiatives; assisted in the coordination of the CCP ads for the course catalog; updated the State & School brochure, a partnership among the College, Department of Health & Social Services, and the Salvation Army; assisted in the marketing campaign/ad development for CCP; assisted in the promotion of the Gerontology, Americas Career Kit certificate programs; and the development of ads for the WIA approved programs. She also actively participates on the Collegewide Marketing and Collegewide as well as the Campus Web Page Committees.

DTCC0542

**Goal 6:** Increase campus revenues, contain and reallocate expenditures to ensure fiscal vitality.

Has this goal been accomplished?     ☒ Yes     ☐ No     ☒ In Progress

Explain: Tuition revenues increased $206,000 for a total of $2,811,000, an approximate 8% increase from FY00 to FY01. Implemented the recommendations submitted by the Campus Budget Committee in an effort to reduce salary expenditures and reallocate existing resources where needed. (See exhibit D, Memorandum dated June 26, 2001). The decrease reflected in Special funds were due to expenditures of one time funds received for the Loop Road, Athletic Fields and Early Childhood Development Program, and a reduction in the Paramedic Program funding. The decrease in Federal funds were due to the reduction in the WHEELS program funding, and the loss of funding of the JTPA programs, replaced by WIA. (See exhibit B, June 30, 2001 Fiscal report to the Board of Trustees).

## IV. Future Major Goals *(List those major goals which you would like to accomplish in the next year.)*

**Goal 1.** Implement the College Agenda for 2001-02

**Goal 2.** Reclassify the current Telecommunications Data Systems specialist position to a Senior Application Support Specialist. This will ensure appropriate programming infrastructure for implementing and maintaining the Banner System.

**Goal 3.** Identify an appropriate individual to replace Mr. Samans, Business Manager, prior to his retirement in June 2002 to ensure ample time for training.

**Goal 4** Hire a part time Evening Coordinator to assist the Dean of Instruction and Director of Corporate and Community Programs to ensure the accountability of adjunct faculty, modeling the existing position at the Owens and Stanton/Wilmington Campuses.

**Goal 5.** Provide professional development activities for my Administrative Team, which focuses on team building, developing critical thinking skills, and increases organizational synergy.

DTCC0543

Goal 6    Implement Phase V of the ETB Project.

Goal 7    Continue to develop strategies to increase campus revenues, contain and reallocate expenditures to ensure fiscal vitality.

What additional resources, if any, would you need to accomplish the goals stated above?

_____

_____

_____

V.  **Overall Performance Review** *(Summary of the employee's overall performance by the Supervisor)*

Your achievements have been outstanding, and professionally you have had another great year.  You are an invaluable member of the President's team, and the College, faculty, staff, students, and community have benefited from your leadership.  This leadership has enabled the Terry Campus to reach new heights of effectiveness and has positioned the Terry Campus as a positive can-do force for quality education and training in Kent County.  Thank you for your contributions, dedication, effort, hard work, imaginative thinking, and problem-solving skills.

Supervisor's Signature _____  Date: 8/28/01

VI.  **Employee's Response/Comments:**

Thank you for a very positive evaluation.  Your continued support and belief in my ability to lead the Terry Campus is very much appreciated.  With the administrative team I have in place now, I am confident this will be another banner year!  I look forward with great anticipation to my 32nd year at Delaware Tech.

I acknowledge having read and received a copy of this performance appraisal and understand that the original of this appraisal will be placed in my personnel file.

Employee's Signature _____  Date: 8-31-01

B234

DTCC0544

PERFORMANCE APPRAISAL AND PLANNING FORM

ADMINISTRATIVE STAFF

*To be completed by the employee and submitted to his/her supervisor within two weeks of receipt.*

Name: Dr. Marguerite M. Johnson          Date:    August 21, 2002

Position: Vice Pres. & Campus Director          Campus:  Terry

Annual Review Period: From July 1, 2001          Through June 30, 2002

I.  **Principal Accountabilities** *(Evaluate your past performance on each of the below listed Principal Accountabilities taken from your Classification Specification.)*

Accountability 1: Provide direction and support to all units of the Campus to ensure a cohesive approach to the goals and mission of the College.

Comment: This accountability is successfully accomplished through daily, weekly and monthly meetings with all the units on the campus. The units are provided campus/college updates, new and current policies are assessed and implemented, projects/initiatives are reviewed, outcomes are evaluated, and there is continuous explanation of the ever changing campus/college environment resulting in identification of strategies for meeting diverse needs. Where appropriate, human resources are provided to support specific goals. "Implement the College Agenda" is the first goal of the Campus Agenda, along with additional goals which adhere to the College format. The Campus Chairs of the College Middle States Self-Study ensure regular updates to the entire campus community of the progress of the campus report. The August Collegewide Inservice included a presentation, and open forum to ask for comments and suggestions.

Accountability 2: Assure effective personnel action in recruiting, hiring, promotion, staff development, disciplinary and grievance procedures, Equal Employment Opportunity, Affirmative Action, and organization development.

Comment: Campus and collegewide human resources personnel working together as a team have ensured effective personnel actions in all the aforementioned areas. July was the year anniversary of the implementation of the 26 pays. The Human Resources staff worked very hard to ensure the campus community received clear and thorough information and was well prepared to accept the revisions. Staff have encountered additional steps to complete payroll processing and some glitches continue, but the outcome is a successful bi-weekly payroll

B235

DTCC0576

system. A new Job Analysis Questionnaire (JAQ), which replaced the PCQ is no longer required if a vacant position is to be replaced at the same classification as currently assigned. A Statement of Significant Change form, reflecting only the changes since the last review, may be completed for maintenance and/or annual classification reviews. These changes have successfully improved the classification process. The conversion of the leave accrual system from days to hours in January slightly benefited the employee due to rounding in the computation. Accounting for leave to the quarter hour provides greater accuracy and allows employees to better manage their leave usage. An overview of the magnitude of assignments the Human Resources accomplished is as follows: 159 Part-time, Full-time and Temporary Full-time Hired, 651 Part-time contracts processed, 1,152 Telephone, job line and email requests/inquiries for posted and temporary, and 595 Personnel Data Forms. Faculty and staff participated on over 20 Personnel Screening Committees, which were convened as part of the College hiring process.

**Accountability 3:** Provide oversight and direction to all Campus financial, budgetary, and facility planning activities.

Comment: Daily oversight and direction have resulted in continuous improved fiscal management. The new business manager, Bob Hearn who started in May 2002, brought a wealth of accounting experience and knowledge and will be an asset to the Terry Administrative Team. He is required to meet with the Deans/Directors monthly to monitor departmental budgets, and ensure compliance with college policies/procedures. The Business Office has successfully completed a full academic year using Banner and utilizing Banner's report writing capabilities to more effectively maintain student accounts. Also, staff cross-training in other Banner functions is being conducted to better serve our students. The Bookstore's sales increased 15.6% this year through an aggressive merchandizing program and by creating more selling space with new fixtures. The Financial Aid Office was able to assist more students through increased federal and state financial aid funding and implementation of an online entrance and exit interview for students accepting a student loan. And once again, the campus received a successful annual audit of federal funds with no audit findings and recommendations. Currently, the campus budget committee is composed of the Business Manager, an Accountant II, Assistant to the Campus Director, Director of Human Resources, and Registrar, The committee also invited the Faculty Senate President to attend

DTCC0577

and participate during the campus hearings. The committee is being restructured to ensure appropriate representation. The committee is charged each year to review the current budget and make written recommendations regarding the efficient and cost effective use of fiscal and human resources. The following initiatives were implemented last year based on recommendations from the Campus Budget Committee: efficient and cost effective use of personnel and equipment reassignment of personnel; creation of new Student Services position, Admissions/Recruitment Officer; reduction of travel, supplies and capital expenditures; collegewide consolidation of software and maintenance agreements. The recommendations were made to support funding required for termination/resignation pays, which totaled $130,230 last fiscal year. I continue to work closely with the Vice President of Finance in development of the campus/college budget, which includes renovation of the ETB. The progress of the athletic complex now includes a baseball field, multi-purpose field, and volleyball, tennis and basketball courts. The construction of the new pavilion is also complete. The $20,000 dollars to complete this project was received last year through the Soil and Water Conservation Trust Grant. The $80,000 dollars received through the Transportation Enhancement Grant last year will support upcoming projects to include the continuation of the bicycle/walking path along Scarborough Road and north along Dupont Highway to Denneys Road, fencing and landscaping. Last September, Kent County legislators visited the campus for an update on major campus projects and a tour to view recent facilities and grounds improvements. Local legislators pledged a total of $349,000 in Suburban Street Funds for Section 2 of the Loop Road. In addition to the completion of the Loop Road, this project will include resurfacing and striping the ETB parking lot, sealing and striping the Terry Building parking lot, and additional walkways. Total revenues procured in FY02 for existing and new programs are as follows: Federally funded projects-$2,301,612; State and private contracts-$2,434,584; Individuals - $10,667 (the Alumni Phon-a-thon pledges included in this amount are used to support student scholarships, campus special projects or campus enhancements. The first of two projects is an outdoor fountain, which will be located between the Terry and ETB buildings. Construction will soon begin on the gazebo, which will be located next to the white house. Both projects should be completed by the end of summer. Equipment Donations - $28,751. Several in-kind contributions from the City of Dover include all of the labor to install the new lighting around the tennis courts, and to provide the water connections to the sprinkler system and pavilion.

DTCC0578

**Accountability 4:** Promote the image of the Campus and the College in the local community through active involvement in organizations, committees, and civic/industry memberships.

**Comment:** Terry Campus continues to enjoy a very positive image in the community. I continue to be very actively involved in every aspect of the local community. Campus administrators, faculty and staff have also increased their participation in the community. Two annual events were combined into the Fifth Annual Distinguished Alumni and Advisory Board Recognition Program on Oct. 9. Members of the community and legislature were invited to participate in a ceremony that recognized successful graduates who have made significant contributions to the community and Del Tech. Additionally, the ceremony gave the campus the opportunity to extend our appreciation to our advisory board members, which assist the technology departments by ensuring that program graduates are job-ready with up-to-date skills required by the competitive world of business and industry. In addition to maintaining numerous memberships cited in previous evaluations, I am currently participating in the following new organizations.

**Memberships:** Central Delaware Chamber of Commerce Board of Directors (two-year term), City of Dover, Executive Advisory Board; Unit Board for the Greater Dover Boys & Girls Clubs; Swartz Center for the Arts, Finance, Education, and Executive Committees; Women Networking in Southern Delaware; Debutante Ball Committee, Alpha Kappa Alpha, Inc.; participate in the Black Women's Health Study, sponsored by Boston and Howard Universities, and appointed to a three-year term by the American Association of Community Colleges (AACC) to serve on the Commission on Minority Services.

**Local & National Recognition:** As always, the Terry Campus students, faculty, staff and administrators continue to be honored and recognized for their outstanding achievements. Following are just some of the special events and honors received this past year. This year, both the Practical Nursing program and the Associate Degree Nursing program achieved national accreditation from the National League for Nursing Accrediting Commission. The Practical Nursing program is now the only nationally accredited practical nursing program in the state of Delaware and one of only 200 nationally. Both programs were acknowledged for their excellence on their initial accreditation. It was noted by the Commission that it was unusual for a school to bring a program with this level of excellence for initial accreditation and unheard of to bring forward two programs at that level of excellence. The Delaware's A Better Chance Welfare Reform program received recognition for the greatest percentage of

DTCC0579

employment and employment retention in the State of Delaware.  PEAK, our Alternative High School, was awarded first place in the Statewide Stock Market challenge competition. Students received a tour of the stock market exchange and Morgan-Stanley Dean Witter investment company in New York.  WHEELS provided mobile computer literacy skills training to more than 5000 individuals at over 20 organizations throughout Kent County. Students acquired additional computer skills from Delaware State Housing, The Shepherd Place, House of Pride, Church of God LaRoca, and The Division of Aging.  WHEELS also continues to be a news topic both locally and nationally.  The 2002 Terry Campus All-State Academic Team Members, Debra Hougaard, a Visual Communication Technology student, and Cynthia Webb, a Business Accounting student. These students were honored for their academic excellence, leadership accomplishments, and service to the community.  Debra and Cynthia were also candidates for the National All-USA Academic Team Program sponsored by USA Today and Phi Theta Kappa International Honor Society.  Debra was selected to the 2002 All-USA Academic Third Team from nearly 1600 nominations. Additionally, she was selected as the New Century Scholar for the State of Delaware and will receive a $2,000 scholarship from the Coca-Cola Scholars Program of the American Association of Community Colleges and Phi Theta Kappa.  The 2002 Nursing Pinning Ceremony symbolized the beginning of nursing careers for seventeen associate degree nursing graduates and seventeen practical nursing candidates.  The nursing program students enrolled at the Terry Campus continue to receive high passage rates on the National Standardized Test for Licensure.  The passage rate average for the RN test from 1992 to 2001 is 89%, and the passage rate average for the PN test for the same time frame is 93%. The Terry Campus Students in Free Enterprise Team was selected as the 2002 Regional Champion for the fourth year in a row at the Regional Exposition and Career Opportunity Fair in Restin, Virginia.

**Community Outreach:** The students, administration, faculty and staff of the Terry Campus work together to provide opportunities for the Kent County Community to participate in campus-sponsored events.  Additionally, the campus community also works together to participate in Kent County-sponsored events.  Here are several examples of this type of collaboration and teamwork. The Terry Campus in partnership with the Central Delaware Chamber of Commerce and the International Association of Administrative Professionals, again sponsored this year's Administrative Professionals' Day event held in the Conference

DTCC0580

and Training Center, which was a great success. 155 participants from the campus and community attended this sold out event. Mrs. Lisa Blunt Bradley, State Personnel Director was invited as the special guest speaker. The Early Childhood Department, in partnership with the Southern Delaware Association of Education of Young Children, the Department of Education and the Department of Services for Children, Youth and Families offered over 190 early childhood professionals throughout the state an opportunity to attend workshops highlighting successful current childhood practices. Together, members of the Student Nursing Association and Students of Kolor coordinated the successful "Food for the Soul: A holistic approach to everyday living".. The focus of the event was on spiritual, physical, mental, nutritional, and economic well being. Twenty-eight informative exhibits provided a wide spectrum of available services in Kent County. There were twenty-six National and State agencies that participated in this community outreach project. (See Exhibit A, FY2003 Inservice Powerpoint Presentation, for additional achievements and events.)

**Accountability 5:** Participate in collegewide meetings and committees. Provide insight, direction, and advice at meetings of the Board of Trustees and the President's Council, and at other College forums.

Comment:  Again this year, I actively participated in regularly scheduled President's Council, Board of Trustees, and collegewide meetings. Major collegewide issues continue to be addressed by the President's Ad Hoc Committee i.e. Impact of Termination/Resignation Pay on Campus Budgets, Collegewide Coordinator's Budgets, to include Marketing, Institutional Advancement, and Planning initiatives, Banner, Portal Page, Blackboard Implementation, Online course development, Administrative Retreat, Leadership Development Program, Collegewide Strategic Financial Planning findings, College Self-Study Design and Middle States Process, Technical Staff Reclassification and Organizational Review, Professional Development, Articulation Agreements etc.

**Accountability 6:** Provide liaison with private and public income sources to supplement campus programs and services.

Comment:  As a result of successful training proposals, grant writing, facilities usage and special programs, the campus generated revenues in the amount of $4,595,334. (See Exhibit B, June 30, 2002 Fiscal report to the Board of Trustees).

DTCC0581

**Accountability 7:** Maintain continuing awareness of the evolving educational needs of the community and of advancements and techniques utilized at other institutions of higher learning.

Comment: I continue to successfully accomplish this accountability by providing leadership for special community projects, memberships on key community committees, organizations/boards, working with campus advisory boards, conducting formal and informal needs assessments, personal contacts, soliciting input from alumni and campus student organizations, developing partnerships with business/industry, enhancing relationships with sister institutions of higher education, networking with colleagues at other community colleges, attending conferences, reading professional journals, etc.

**Accountability 8:** Perform other duties as required.

Comment: Again, this past year I served as a mentor to two employees enrolled in the College's Leadership Development program. I scheduled meetings to discuss issues, reviewed their progress, assisted in the development of their portfolios, shared personal and professional experiences, provided resources, etc.

**Add any new Principal Accountability not included in the Classification Specification.**

II. **Professional Development Activities** *(List those Professional Development Activities you accomplished during the past year and those you would like to accomplish in the next year.)*

**Accomplished during the past year:** Attended the Administrative Leadership Program, Cornell University, Ithaca, NY, with several members of my administrative staff Aug. 2001; AACC/NCBAA, Conference on the Changing Culture of the Community College, Oct. 2001; AACC/NCBAA, President's Roundtable, Oct. 2001; AACC 2001 Fall Commission Meeting, Nov. 2001; and the Accreditation Quality Assurance Conference with several members of my administrative staff, Dec. 2001. Used Campus Director's Travel Budget to support the following initiatives: 3 employees attended the Certification for Nonviolent Crisis Intervention Training, Aug. 2001; 4 employees attended a seminar on Personal and Employment Law in DE.

DTCC0582

**To be accomplished during the next year:** <u>Continue to improve proficiency in the utilization of the most current software and technical equipment. Participate in additional professional development activities to strengthen and enhance my leadership and teambuilding skills, and increase my understanding and knowledge of legal issues which impact community college administrators.</u>

III. **Review of Goals** *(Indicate the progress which has been made in achieving the major goals which were set to be accomplished during this annual review period, and explain the progress which has been made.)*

**Goal 1:** <u>Implement the College's 2001-2005 Strategic Plan</u>

Has this goal been accomplished?        ☒ Yes ☐ No   ☐ In Progress

Explain: <u>Please see Exhibit C, Terry Campus Collegewide Agenda Report 2001-2002.</u>

**Goal 2:** <u>Reclassify the current Telecommunications Data Systems specialist position to a Senior Application Support Specialist. This will ensure appropriate programming infrastructure for implementing and maintaining the Banner System.</u>

Has this goal been accomplished?        ☒ Yes ☐ No   ☐ In Progress

Explain: <u>Complete, Reclassified and filled June 1, 2001</u>

**Goal 3:** <u>Identify an appropriate individual to replace Mr. Samans, Business Manager, prior to his retirement in June 2002 to ensure ample time for training.</u>

Has this goal been accomplished?        ☒ Yes ☐ No   ☐ In Progress

Explain: <u>Mr. Robert Hearn was appointed to Business Manager on May 1, 2002. He has been with the College for six years and was highly recommended by his peers at the President's Office. Mr. Hearn will be an asset to the Campus Administrative Team bringing with him a wealth of experience; he has worked for the Delaware State's Auditor's Office and is a Delaware Certified Public Accountant. He actively participates during the monthly Collegewide Business Managers and Campus Administrative Council meetings.</u>

DTCC0583

**Goal 4:**   Hire a part time Evening Coordinator to assist the Dean of Instruction and Director of Corporate and Community Programs to ensure the accountability of adjunct faculty, modeling the existing position at the Owens and Stanton/Wilmington Campuses.

Has this goal been accomplished?        ☒ Yes ☐ No  ☐ In Progress

Explain:  A part time evening coordinator was hired on September 4, 2001.

**Goal 5:**   Provide professional development activities for my Administrative Team, which focuses on team building, developing critical thinking skills, and increases organizational synergy.

Has this goal been accomplished?        ☒ Yes ☐ No  ☐ In Progress

Explain:   This past year I attended two conferences with members of my Administrative Staff;  Administrative Leadership Program, Cornell University and the Accreditation Quality Assurance Conference.  The Campus Administrative Council participated in a very successful and informative retreat at the Williams Center last October.  The guest presenter, Ms. Cindy Fauerbach, State Personnel Office, facilitated a session, "The Fish Philosophy", based on the *Wall Street Journal* Business Bestseller, "Catch the Energy & Release the Potential, FISH!".  The theme of the retreat included boosting morale and improving results.  Members completed questionnaires, which included responses to personal visions for DTCC, Terry Campus, and divisions; and activities of the Administrative Council.  I encourage all members of my team to participate and attend individualized training, conference and seminars.   Professional development activities and accomplishments are included in every administrators' annual evaluation.

**Goal 6:**  Implement Phase V of the ETB Project

Has this goal been accomplished?        ☒ Yes ☐ No  ☒ In Progress

Explain:  Areas completed on the 2nd floor of the ETB Building are the Center for Excellence in Teaching and Learning, Teaching Resource Center, Community Learning Resource Center, and faculty offices for the Human Services and Business Administration Technologies.

DTCC0584

**Goal 7:**  Continue to develop strategies to increase campus reve.  .s, contain and reallocate expenditures to ensure fiscal vitality.

Has this goal been accomplished?        ☒ Yes ☐ No  ☒ In Progress

Explain:   Tuition and fees revenues increased $286,000 for a total of $3,360,000, an approximate 9% increase from FY01 to FY02. The increase reflected in special funds was due to the increased funding of the A Better Chance Programs and the increased level of funding of the Blue Collar Programs.  The increase of federal funds was due to increased funding of the student financial aid grants and new funding obtained for the WHEELS expansion grant

## IV.  Future Major Goals  *(List those major goals which you would like to accomplish in the next year.)*

### Professional

**Goal 1:**  Implement the College Agenda for 2002-03.

**Goal 2:**  Provide professional development activities for my Administrative Team, which focuses on team building, developing critical thinking skills, and increases organizational synergy.

**Goal 3:**  Implement Phase VI of the ETB Project.

**Goal 4:**  Continue to develop strategies to increase campus revenues, contain and reallocate expenditures to ensure fiscal vitality.

**Goal 5:**  Ensure training continues on Banner and the systems chosen by the Collegewide Portal Committee, the oracle portal and blackboard.

### Personal

**Goal 6:**  Exhibit more tolerance of others who possess less skills, abilities, intelligence, dedication, work ethic, loyalty etc.

What additional resources, if any, would you need to accomplish the goals stated above?

DTCC0585