**V.  Overall Performance Review** *(Summary of the employee's overall performance by the Supervisor)*

Your achievements have been outstanding, and professionally you have had another great year.  You are an invaluable member of the President's team, and the College, faculty, staff, students, and community have benefited from your leadership.  This leadership has enabled the Terry Campus to reach new heights of effectiveness and has positioned the Terry Campus as a positive can-do force for quality education and training in Kent County.  Special commendation for your leadership in providing additional programs for the community, increasing legislative support of the campus, your involvement in the Kent County community, and your tireless support of the President.  Thank you for your contributions, dedication, effort, hard work, imaginative thinking, and problem-solving skills.

Supervisor's Signature: _____  Date: __9/9/02__

**VI.    Employee's Response/Comments:**

_____
_____
_____
_____
_____
_____
_____
_____

I acknowledge having read and received a copy of this performance appraisal and understand that the original of this appraisal will be placed in my personnel file.

Employee's Signature: _____    Date: _____

DTCC0586

**V.  Overall Performance Review** *(Summary of the employee's o...rall performance by the Supervisor)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supervisor's Signature:_____     Date:_____


**VI.    Employee's Response/Comments:**

    Thank you for your very positive remarks regarding my achievements for 2001-2002.  The annual supplement in recognition of my performance is very much appreciated.  With your guidance and support, the Terry Campus will continue to be a major force in Kent County._____

_____


I acknowledge having read and received a copy of this performance appraisal and understand that the original of this appraisal will be placed in my personnel file.

Employee's Signature:_____  Date: 9-11-02

DTCC0587

PERFORMANCE APPRAISAL AND PLANNING FORM

ADMINISTRATIVE STAFF

*To be completed by the employee and submitted to his/her supervisor within two weeks of receipt.*

Name: Dr. Marguerite A. Johnson          Date:    August 25, 2003

Position: Vice Pres. & Campus Director          Campus:   Terry

Annual Review Period: From July 1, 2002          Through June 30, 2003

I.   **Principal Accountabilities** *(Evaluate your past performance on each of the below listed Principal Accountabilities taken from your Classification Specification.)*

**Accountability 1:** Provide direction and support to all units of the Campus to ensure a cohesive approach to the goals and mission of the College.

Comment: This accountability is successfully accomplished through daily, weekly and monthly meetings with all the units on the campus. The units are provided campus/college updates, new and current policies are assessed and implemented, projects/initiatives are reviewed, outcomes are evaluated, and there is continuous explanation of the ever changing campus/college environment resulting in identification of strategies for meeting diverse needs. Where appropriate, human resources are provided to support specific goals. Each year, implementing the College Agenda, is the first goal addressed by my Administrative Council. This goal, as well as, campus goals support the College Mission and Strategic Plan. The Campus Chairs of the Middle States Self-Study, Assistant to the Campus Director, along with Committee Chairs, ensured the successful completion of the accreditation process.  Our Middle States Evaluation Visit was very successful, and we received full accreditation in July, 2003. Outcomes are assessed and evaluated.

**Accountability 2:** Assure effective personnel action in recruiting, hiring, promotion, staff development, disciplinary and grievance procedures, Equal Employment Opportunity, Affirmative Action, and organization development.

Comment: Campus and collegewide human resources personnel working together as a team have ensured effective personnel actions in all the aforementioned areas. Due to the requirements of the PHRST system, the office facilitated the written verification of benefit selections for all employees.  The verification of employee data between the campus's

1

B247

DTCC0616

database and the PHRST system is on-going – every pay cycle. These initiatives are accomplished through coordination between the campus and the Office of the President.

The Job Analysis Questionnaire has undergone another revision, which makes the document more user-friendly. There are now multiple check-off boxes with written narrative required only for the description of actual job duties. There has been positive feedback from staff who have used it. All employment application forms are available electronically. Completed applications may be submitted either electronically or by fax.

In compliance with HIPAA, benefit information was removed from the active personnel master files; separate files were established for this information. In accordance with the State document retention schedule, all application files for positions filled prior to 2000 were reviewed and purged. This was a first-time ever project – files dated back to the 1970's.

Faculty and staff from every division/department participated on 27 screening committees for regular full time hires, adhering to college policies/hiring practices.

**Accountability 3:** Provide oversight and direction to all Campus financial, budgetary, and facility planning activities.

Comment:  Daily oversight and direction have resulted in continuous improved fiscal management.  The Business Manager meets monthly with Deans and Directors to monitor departmental budgets, and ensure compliance with college policies/procedures. Administrative Council worked very hard to reduce their budgets by 2% to meet the Governor's request.  Reductions were met without eliminating positions, services or decreasing enrollment; in fact, enrollment increased by the following:  the Fall 2002 enrollment increased by 223 students over fall 2001, which was an 11.4% increase.  Spring 2003 enrollment exceeded all Terry Campus recorded enrollments, with 2,196 registered students.  This represented an increase of 218 new students over spring 2002 enrollment. The increase in tuition assistance for military personnel last fall resulted in 106 students, taking 294 courses, which generated revenues of $69,540.  Fall 2002 to spring 2003 retention was 76% (1,705 students), an increase over fall 2001 to fall 2002 student retention which was 52% (1040 students). Although enrollment continues to increase college-wide, the Terry Campus has had record enrollments during the last two years. The Business Office continues to successfully implement new components of Banner as they are activated.

DTCC0617

Switchboard. Banner's reporting component, has enhanced management of student accounts receivable. In compliance with the IACLEA recommendations, converted a part-time security position to full-time, which reduced security contractual funds. The Bookstore installed a new point-of-sale software system this year. This system has improved the efficiency of tracking inventory and ordering textbooks, and allowed greater integration with other Bookstore software systems. These improvements and creative merchandizing have contributed to a sales for the first time reaching one million dollars, an increase of 11% over last year. Federal and State financial aid increased by $308,979, which is 18% above FY02 funding. Information about the federal financial aid refund policy has been shared with students and campus divisions to ensure compliance with financial aid regulations.

Currently, the campus budget committee is composed of the Business Manager, Assistant to the Campus Director, Dean of Instruction, Dean of Student Services, Director of Corporate and Community Programs, Director of Human Resources, Registrar, and the Faculty and Staff Senate Presidents. The committee has been restructured to ensure appropriate representation. As a result, more faculty and staff attended and participated in the Campus Budget Hearings. The committee is charged each year to review the current budget and make written recommendations regarding the efficient and cost effective use of fiscal and human resources. I continue to work closely with the Vice President of Finance in development of the campus/college budget, which includes renovation of the ETB.

In September, the new Terry Campus Development Council was organized. Comprised of local leaders from business, industry, government, and education, the Council is currently planning a fundraising event to be held November 2004. This will become an annual campus event, with the proceeds going to the Educational Foundation to provide financial assistance to Terry Campus students.

During the past year, Kent County legislators donated $411,000 in Community Transportation Funds for the final section of the Loop Road, which was completed this spring.

Our Resource Development Officer, Chris McCoy has been active in assisting faculty and staff in securing grant money for specific projects. One example is the Upward Bound Program, which received funding of $320,814 over the next three years. Total grant and contract funding for the fiscal year included over 1.9 million dollars in Federal funds, over 1.7 million dollars in State funds, and $32,051 from private foundations.

DTCC0618

The campus received a donation of two defibrillators, including training provided by the Office of Emergency Medical Services. 14 Terry Campus staff from various departments participated in the training.

Through outstanding support from Terry Campus employees, the annual Employee Giving Campaign achieved 94% participation with contributions totaling $11,049, an increase of $382.

The 2003 United Way Campaign co-chaired by Ruby Schaffer, our Alumni Coordinator and Maureen Wooten, Senior Financial Aid Specialist, proved again that Terry Campus employees are committed to their community by achieving 84% participation with contributions totaling $9,179.

The fifth annual Alumni and Friends Phone-a-thon coordinated by Ruby Schaffer, raised $10,272, an increase of almost $4,000 over last year. These funds provide Terry Campus scholarships, as well as support campus beautification projects.

**Accountability 4:** Promote the image of the Campus and the College in the local community through active involvement in organizations, committees, and civic/industry memberships.

Comment: Terry Campus continues to enjoy a very positive image in the community. I continue to be very actively involved in every aspect of the local community. Campus administrators, faculty and staff have also increased their participation in the community. The Annual Advisory Boards appreciation event, included recognition of the Terry Campus Development Council. The successful, well-attended event held on November 14, 2002, allowed the Campus to showcase the ETB Building and to extend our sincere appreciation for their support and sharing of their knowledge and skills.

**Memberships:** Central Delaware Chamber of Commerce Board of Directors, Central Delaware Economic Development Council, City of Dover, Executive Advisory Board; Women Networking in Southern Delaware; Greater Dover Committee; participate in the Black Women's Health Study, sponsored by Boston and Howard Universities, and served the first year of a three-year term on the Commission Diversity and Inclusiveness of the American Association of Community Colleges (AACC).

**Local & National Recognition:** As always, the Terry Campus students, faculty, staff and administrators continue to be honored and recognized for their outstanding achievements. Following are just some of the special events and honors received this past year. The

4

B250

DTCC0619

Delaware Division of Social Services brought delegates from counterpart agencies in Jordan to the campus to learn how to design and develop a similar program to the Corporate and Community Programs, Employment Connections Team, due to their innovative and effective methods. This team was the first CCP group to receive the Excellence in Service Award. The members of the team; Karen Hettinger, Sirel Gonzales-Gulbe, Sonya Johns, Joyce Jones-Ottinger, and Noralee Pepper, assisted over 250 Kent County welfare recipients obtain and retain employment. In conjunction with the Retail Sales Council of the State Chamber of Commerce, the Retail Skills Center was initiated with classes at the Rehoboth, Dover and Christiana Malls, and the Riverfront Center – all via WHEELS. The 2003 Terry Campus All-State Academic Team Members were Karen Waite, a Human Services Technology student, and Gail Wilson, an Early Childhood Education student. These students were honored for their academic excellence, leadership accomplishments, and service to the community. Karen and Gail were also candidates for the National All-USA Academic Team Program sponsored by USA Today and Phi Theta Kappa International Honor Society. Karen was selected as the New Century Scholar for the State of Delaware and received a $2,000 scholarship from the Coca-Cola Scholars Program of the American Association of Community Colleges and Phi Theta Kappa. The nursing program students enrolled at the Terry Campus continue to receive high passage rates on the National Standardized Test for Licensure. The 2002 passage rate average for the ADN test was 94%, and the passage rate average for the PN test was 100%. The SIFE Team again proudly represented the College at the Regional Competition in Reston Virginia and at the National Competition in Kansas City, Missouri. For the sixth time in six attempts, the team won Regional Championship recognition. Lead Sam Walton Fellow, Dr. Susan Looney, and co-fellows, Lauretta Cooper and Andrew Williams are very excited about the Team's prospects for making it to the Super Sixteen Round at the National Competition this year.

**Community Outreach:** The students, administration, faculty and staff of the Terry Campus work together to provide opportunities for the Kent County Community to participate in campus-sponsored events. Additionally, the campus community also works together to participate in Kent County-sponsored events. Here are several examples of this type of collaboration and teamwork. For the third year in a row, the Terry Campus in partnership with the Central Delaware Chamber of Commerce and the International Association of Administrative Professionals, sponsored the Administrative Professionals' Day event held

DTCC0620

in the Conference and Training Center. The event had 91 participants from the campus and community. Ms. Patricia Cannon, Executive Director of Delaware's Workforce Investment Board, was invited as the special guest speaker. The Early Childhood Department and Corporate and Community Programs in partnership with the Delaware Association of Education of Young Children, the Department of Education and the Department of Services for Children, Youth and Families offered 200 early childhood professionals throughout the state an opportunity to attend workshops highlighting successful current childhood practices, special needs education, and literacy development. The Child Development Center held their first preschool graduation last May, graduating 23 prepared toddlers for kindergarten this fall. The event was standing room only. Currently, the center has an enrollment of 78 children. (See Exhibit A, FY2004 Inservice Powerpoint Presentation, for additional achievements and events.)

**Accountability 5:** Participate in collegewide meetings and committees. Provide insight, direction, and advice at meetings of the Board of Trustees and the President's Council, and at other College forums.

**Comment:** Again this year, I actively participated in regularly scheduled President's Council, Board of Trustees, and collegewide meetings. Major collegewide issues continue to be addressed by the President's Ad Hoc Committee i.e. Collegewide Coordinator's Budgets, to include Marketing, Institutional Advancement, and Planning initiatives, Banner, Portal Page, Blackboard Implementation, Clery Act, Weapons and Violence Free Campus Policy, Graduation Fee analysis, Plan B flexible contracts, Capital Campaign Budget Recommendations, Associate in Arts Program, Wide Area Network, Annual Reclassification Reviews, implementation of IACLEA recommendations, etc.

**Accountability 6:** Provide liaison with private and public income sources to supplement campus programs and services.

**Comment:** As a result of successful training proposals, grant writing, facilities usage and special programs, the campus generated revenues in the amount of $5,879,889. (See Exhibit B, June 30, 200 Fiscal report to the Board of Trustees).

DTCC0621

**Accountability 7:** Maintain continuing awareness of the evolving educational needs of the community and of advancements and techniques utilized at other institutions of higher learning.

Comment: I continue to successfully accomplish this accountability by providing leadership for special community projects, memberships on key community committees, organizations/boards, working with campus advisory boards, conducting formal and informal needs assessments, personal contacts, soliciting input from alumni and campus student organizations, developing partnerships with business/industry, enhancing relationships with sister institutions of higher education, networking and visiting with colleagues at other community colleges, attending conferences, reading professional journals, etc.

**Accountability 8:** Perform other duties as required.

Comment: Again, this past year I served as a mentor to an employee enrolled in the College's Leadership Development program and two campus employees; an Instructor with the PEAK Program and Student Services Admissions Aide. I scheduled meetings to discuss issues, reviewed their progress, assisted in the development of their portfolios, shared personal and professional experiences, provided resources, etc.

**Add any new Principal Accountability not included in the Classification Specification.**

II. **Professional Development Activities** *(List those Professional Development Activities you accomplished during the past year and those you would like to accomplish in the next year.)*

**Accomplished during the past year:** Presented at the National Council on Black American Affairs Leadership Development Institute For African-American Mid-Level Administrators in Community Colleges, Oct. 2002; attend the AACC Fall Board & Commission Meetings, Commission on Diversity and Inclusiveness, Nov. 2002; The College Board, Ninth Annual Community College Showcase, Celebrating the Community College Experience, Nov. 2002; and the Accreditation Quality Assurance Conference with several members of my administrative staff, Dec. 2002. Used Campus Director's Travel Budget to support the

DTCC0622

following initiatives: 3 employees attended the re-certification training for Nonviolent Crisis Intervention Training; registration fees for 3 participants of the AQA Pre-conference Workshop: Assessing Student Learning, and registration fees for 6 staff members to attend the AQA main conference.

**To be accomplished during the next year:** Continue to improve proficiency in the utilization of the most current software and technical equipment. Participate in additional professional development activities to strengthen and enhance my leadership, interpersonal and teambuilding skills, and increase my understanding and knowledge of legal issues which impact community college administrators.

III. **Review of Goals** *(Indicate the progress which has been made in achieving the major goals which were set to be accomplished during this annual review period, and explain the progress which has been made.)*

**Goal 1:** Implement the College's 2001-2005 Strategic Plan

Has this goal been accomplished?        ☒ Yes ☐ No  ☒ In Progress

Explain: Please see Exhibit C, Terry Campus Collegewide Agenda Report 2002-2003.

**Goal 2:** Provide professional development activities for my Administrative Team, which focuses on team building, developing critical thinking skills, and increases organizational synergy.

Has this goal been accomplished?        ☒ Yes ☐ No ☐ In Progress

Explain: I attended the following conferences with key members of my Administrative team: the College Board, Ninth Annual Community College Showcase, Celebrating the Community College Experience, Nov. 2002; and the Accreditation Quality Assurance Conference, Dec. 2002. Additionally, I support, encourage and recommend conferences, seminars, training and higher education of my staff, i.e. doctoral programs, College Leadership Development Program, New Senior Student Affairs Officers Institute, Annual College & University Professional Association Eastern Region Conference; EEO Law & Labor Law Update; Delaware Society of Human Resource Management, Taking Human Resources in the 21st Century; Mid-Atlantic Employers Association, Managing in a Different Climate – Safety & Security in the Workplace; 13th Annual Institutional Effectiveness Intensive Workshop Series, Developing a Comprehensive Program of Institutional Effectiveness Implementation Including

DTCC0623

Assessment and Improvement of Student Academic Achievement and Services in Administrative and Educational Support Units; etc.

**Goal 3:** Implement Phase VI of the ETB Project.

Has this goal been accomplished?        ☒ Yes ☐ No ☐ In Progress

Explain: Funding allocated to support the ETB Project allowed the completion of the Paramedic Program area on the 1st floor of the ETB Building. Dr. Joyce Engstrom, Department Chair and Mr. Zak Royston, Coordinator of the Paramedic Program have relocated to the ETB building; the new location is approximately 4500 square feet, providing more space for clinical lab settings, computer room and offices. The vacated area in the Science and Engineering building will be utilized to support the Nursing expansion. The multipurpose area has also been completed. The room will hold 1000 occupants auditorium style and 650 occupants seated dinner style.

**Goal 4:** Continue to develop strategies to increase campus revenues, contain and reallocate expenditures to ensure fiscal vitality.

Has this goal been accomplished?        ☒ Yes ☐ No ☐ In Progress

Explain: As explained in the accountabilities section, I continue to hold daily, weekly and monthly meetings with all the units on the campus. The units are provided campus/college updates, new and current policies are assessed and implemented, projects/initiatives are reviewed, outcomes are evaluated, and there is continuous explanation of the ever changing campus/college environment resulting in identification of strategies for meeting diverse needs. Daily oversight and direction have resulted in continuous improved fiscal management. Moreover, our carryover balance increased 100%. The Business Manager meets monthly with Deans and Directors to monitor departmental budgets, and ensure compliance with college policies/procedures. Administrative Council worked very hard to reduce their budgets by 2% to meet the Governor's request. The committee has been restructured to ensure appropriate representation. The committee is charged each year to review the current budget and make written recommendations regarding the efficient and cost effective use of fiscal and human resources. In compliance with the IACLEA recommendations, the campus recognized a savings converting a part-time security position to full-time, which reduced security

9

DTCC0624

contractual funds. The campus will continue to implement the IACLEA recommendations, which will include further reduction of contractual allocations for security.

**Goal 5:** Ensure training continues on Banner and the systems chosen by the Collegewide Portal Committee, the oracle portal and blackboard.

Has this goal been accomplished?          ☒ Yes ☐ No ☐ In Progress

Explain: The campus representative of the collegewide Banner User's Group attended the Banner National Conference in New Orleans. The conference participants received a multitude of information on the many components/modules of Banner and obtained valuable techniques through networking with peers from other institutions. Mr. Mike Mills from the President's was invited to provide an update on Portal/Blackboard during the Campus Inservice Event on August 18. Additionally, workshops were conducted the afternoon of August 18th for a Blackboard refresher, and more extensive training was scheduled August 19. The Adjunct Faculty Inservice, which included Blackboard training, was schedule during the evening of August 19.

**Personal**
**Goal 6:** Exhibit more tolerance of others who possess less skills, abilities, intelligence, dedication, work ethic, loyalty etc.

Has this goal been accomplished?          ☒ Yes ☐ No ☐ In Progress

Explain: Ongoing

**IV. Future Major Goals** *(List those major goals which you would like to accomplish in the next year.)*

**Professional**

**Goal 1:**  Implement the College Agenda for 2002-03.

**Goal 2:**  Eliminate vestiges of policies and procedures, which prevent DTCC from moving to 100% toward the "one college reality".

**Goal 3:**  Implement the Commission on Higher Education, Middle States Self-Study Recommendations.

DTCC0625

**Goal 4:**    Continue to develop strategies to increase campus revenues, contain and reallocate expenditures to ensure fiscal vitality. Convert contractual security and custodian positions to regular full-time positions.

**Goal 5:**    Implement Bid Pack E of the ETB Project.

**Goal 6:**    Identify an appropriate individual to fill the position of Chief of Public Safety, and continue to implement IACLEA recommendations.

**Personal**

**Goal 7:**    Continue to improve interpersonal and communication skills through the application of new strategies obtained through professional development activities. Exhibit more tolerance of others who possess less skills, abilities, intelligence, dedication, work ethic, loyalty etc.

What additional resources, if any, would you need to accomplish the goals stated above?

DTCC0626

**V.  Overall Performance Review** *(Summary of the employee's overall performance by the Supervisor)*

Your achievements have been outstanding, and professionally you have had another great year. You are an invaluable member of the President's team, and the College, faculty, staff, students, and community have benefited from your leadership. This leadership has enabled the Terry Campus to reach new heights of effectiveness and has positioned the Terry Campus as a positive can-do force for quality education and training in Kent County. Special commendation for your leadership of the Middle States effort leading to full accreditation, your increased record enrollment growth, your involvement in the Kent County community, your success in increasing legislative support for the campus and your tireless support of the President. Thank you for your contributions, dedication, effort, hard work, imaginative thinking, and problem-solving skills.

Supervisor's Signature: _____  Date: _9/16/03_

**VI.    Employee's Response/Comments:**

Thank you for your unwavering personal and professional support. I truly benefit from your guidance and vision, which has helped me grow as a leader. The Terry Campus success is a result of administrators, faculty and staff working together as a team to effect positive change.

I acknowledge having read and received a copy of this performance appraisal and understand that the original of this appraisal will be placed in my personnel file.

Employee's Signature: _____  Date: _9-22-03_

DTCC0627

PERFOl __ANCE APPRAISAL AND PLANNIN.. FORM
ADMINISTRATIVE STAFF

*To be completed by the employee and submitted to his/her supervisor within two weeks of receipt.*

**Name:** Dr. Marguerite A. Johnson          **Date:**          August 25, 2004

**Position:** Vice Pres. & Campus Director          **Campus:**     Terry

**Annual Review Period:** From July 1, 2003          **Through**     June 30, 2004

I.  **Principal Accountabilities** *(Evaluate your past performance on each of the below listed Principal Accountabilities taken from your Classification Specification.)*

**Accountability 1:  Provide direction and support to all units of the Campus to ensure a cohesive approach to the goals and mission of the College.**

**Comment:** This accountability continues to be successfully accomplished through daily, weekly and monthly meetings with all Administrators. The Administrative Council is provided campus/college updates, new and current policies are assessed and implemented, projects/initiatives are reviewed, outcomes are evaluated, and there is continuous explanation of the ever changing campus/college environment resulting in identification of strategies for meeting diverse needs.  Where appropriate and available, resources are provided to support specific goals. Each year, implementing the College Agenda, is the first goal addressed by my Administrative Council.  This goal, as well as, campus goals support the College Mission, and Strategic Plan. Open forums were held at the Terry Campus to review the draft copies of the College Vision and Mission Statements. Administrators, faculty and staff were given the opportunity to provide comments and input.

The Corporate & Contract Training Unit serves small and large businesses through designing, developing, and delivering company-specific on-campus, on-site or on WHEELS training.  Courses were conducted through a variety of delivery modes including classroom, laboratory and online.  At our ACT Center we launched over 1,000 new online classes while delivering training to more than 50 employees. In conjunction with the Retail Sales Council of the State Chamber of Commerce, the Retail Skills Center was initiated with a class for Dover Air Force Base dependents.  Procter & Gamble continues to use WHEELS for industrial, electrical and mechanical training, while state agencies like DNREC and State Personnel Office use the vehicle for Outlook Express classes.  Other local employers such as Kent County Counseling, Comcast, National Council on Agricultural Life and Labor (NCALL), First State Community Action Agency, and Westminster Village contracted for technical and professional development classes.

DTCC0651

The Community & Continuing Education Unit continues to serve the community by providing short-term classes in Business, Environment, Health, Medical, Family and the new, Homeland Security Institute. Our newly piloted Fitness Trainer Certificate was popular with a local fitness center offering to hire all 12 graduates. Online classes through Ed2go increased over 100% with registrations from FL, VA, NY and CT. In partnership with the Department of Education Food Service Classes we served over 120 cafeteria workers from Kent County. In collaboration with the National Center for Legal Affairs we awarded Paralegal Certificates to 15 students. We continue to work with Delaware Association of Volunteer Management serving 24 students. In conjunction with the Real Estate Commission, we trained 63 students who secured jobs at employers such as ReMax and Harrington. The Kids Academic Summer Camps exploded with 312 registrations. Some of the popular kids classes included: Entrepreneurship is Your Business, TV Production, CSI, Harry Potter and Etiquette. 27,500 people were served at 2,859 events by the Conferences & Seminars Unit. Customers came to the campus to sponsor, partner or coordinate conferences, seminars, meetings and classes in the campus Conference Centers (CTC/ETB) and other campus facilities. The newly opened ETB Conference Center can accommodate 1,250 customers auditorium style, which make it a focal point for the public and private sector employers of the State. Conference services included event planning and delivery with new partners such as Universal Technical Institute, Local Unions, Market America and Tidewater Utilities. Repeat customer business realized a record high of 88%.

The Workforce Training Unit served a variety of adult and high-school-aged and older youth populations, as identified and requested by federal, state or local funding sources. More than 250 youth were served in Upward Bound, CareerWise, SOAR and PEAK. More than 400 adults were served in occupational skills and employment programs, including Certified Nurse's Assistant, Medical Office Technician and Employment Connections. The overarching goal for all programs is that students will become fully participating and productive members of society, with the skills, behaviors and attitudes necessary for success.

The Admissions and Counseling staff admitted over 2,000 new, transfer, and re-admitted students. Eighteen percent of these students were accepted into nursing programs and/or nursing pools. There was a 37% increase in transfer students, from 368 transfers in

1

DTCC0652

2002-2003 to 505 transfers in 2003-2004. International students were recognized and welcomed during a reception in the Conference and Training Center on December 11, 2003. Eighteen students were enrolled from the following countries: Columbia, China, Ecuador, Germany, Morocco, Nigeria, Pakistan, South Korea, Venezuela, and Zambia. The Student Service Division Counselors and Instructional Division Instructors partnered to teach the new technology seminars that are geared to introduce pre-college students to their chosen field of study. 994 students enrolled in the Transitional Studies Program.

The Audiovisual and Media Services Department expanded the campus's successful broadcast television programming with the production of nearly 100 half-hour episodes of Quizmaster and Academic Challenge. Quizmaster had record participation of 201 students from 30 middle schools in Kent and Sussex counties. HTV completed its 8th successful season, also with a record number of students participating. Incoming calls were up 20% over last year reaching the maximum the equipment currently in place can manage.

The A/V Department also completed its expansion into DVD-Rom production and now offers all materials produced in-house on a choice of digital video, CD-Rom, or DVD-Rom to compliment individual instructor needs. Also, a second digital studio – Studio B – has been completed, located next to the original studio and is ready for use by instructors for production of distance learning materials.

**Accountability 2:  Assure effective personnel action in recruiting, hiring, promotion, staff development, disciplinary and grievance procedures, Equal Employment Opportunity, Affirmative Action, and organization development.**

Comment: Campus and collegewide human resources personnel working together as a team have ensured effective personnel actions in all the aforementioned areas. This year the open enrollment for benefits was available for the first time on-line. HR staff provided one-on-one assistance in person, by telephone and in computer labs to ensure that 100% of eligible employees successfully completed the process on a timely basis. In order to provide greater support to part-time and evening employees, and job applicants, the Human Resources office is now open until 6:00 p.m. Monday through Thursday. Ongoing tasks include regular validation of employee payroll information between the campus and the Office of the President, which include fund lines, IBU/MBU codes, and work hours are verified for

2

DTCC0653

every pay cycle. Faculty and staff from every division/department participated on 29 screening committees for regular full time hires, adhering to college policies/hiring practices. The following statistics illustrate what comprises "business as usual" on behalf of the campus: 195 total new hires (full & part-time); 1369 requests and/or inquiries for employment; 769 part-time contracts; 818 Personnel Data forms; 27 full-time employees retired/resigned; 4620 leave request forms processed. Using tobacco funds allocated by the Governor, the College was able to expand its nursing program at all the campuses. Terry Campus hired six additional nursing faculty and one science instructor to meet the enrollment increase. The Director of the Administrative Services of the Stanton/Wilmington Campus transferred to fill the vacant Terry Campus Director of Administrative Services position resulting from a personnel retirement.

**Accountability 3: Provide oversight and direction to all Campus financial, budgetary, and facility planning activities.**

**Comment:** Daily oversight and direction have resulted in continuous improved fiscal management. The Business Manager meets monthly with Deans and Directors to monitor departmental budgets, and ensure compliance with college policies/procedures. Administrative Council worked very hard to monitor their budgets without compromising positions, services to students, and maintaining or increasing enrollments.

The Fall 2003 enrollment of 2,304 was a 3% increase (73) students over the previous Fall 2002 enrollment of 2,231. In the Spring of 2004 there were 2,306 registered students. The Fall 2003 to Spring 2004 retention rate was 64% (1,469). Last year the Assessment/Career Center staff administered the Comparative Guidance and Placement Test to approximately 1,396 prospective students.

The Business Office continues to utilize Switchboard, Banner's reporting component, to effectively manage student accounts receivable. The College is currently evaluating web payment products for implementation in FY 2005.

The Bookstore was audited by an independent CPA firm this past spring. Recommendations from the audit are being implemented to enhance internal controls and financial reporting. Further integration of Bookstore software systems was accomplished this year by the successful installation of an interface between the point-of-sale system and

3

DTCC0654

accounting system. Through these improvements and creative merchandising, Bookstore sales surpassed the $1 million mark for the second year in a row, with an 8% increase over last year.

The recent renovations in the Financial Aid Office have provided students with more privacy when discussing their financial aid needs and have eliminated students waiting in the lobby for financial aid services.

Over the past year Corporate and Community Programs enrolled 5,889 students/customers and generated over 2.5 million dollars in revenue for personnel and operational costs. The division focused on corporate-driven training services, community-based partnerships, noncredit-credit career pathway occupational programs, and numerous direct and indirect campus contributions. FY04 Federal and State financial aid funding increased to almost $1.8 million, which was 4.5% above the FY03 funding level.

Currently, the campus budget committee is composed of the Business Manager, Assistant to the Campus Director, Dean of Instruction, Dean of Student Services, Director of Corporate and Community Programs, Director of Human Resources, Registrar, and the Faculty and Staff Senate Presidents. The committee was restructured to ensure appropriate representation. As a result, more faculty and staff attended and participated in the Campus Budget Hearings. The committee was charged to review the current budget and make written recommendations to the Vice President/Campus Director, regarding the efficient and cost effective use of fiscal and human resources. The Vice President/Campus Director continues to work closely with the Business Manager and the Vice President of Finance in development of the campus/college budget.

The Resource Development Officer assisted faculty and staff in preparing grants for refunding. Examples are the renewal of U.S. Department of Education funding of the WHEELS program for $364,259 and the federal Department of Education award for $258,020 for the Student Support Services Program for the 2004-2005 program year. This program has been continuously funded since 1984 is in the final year of a four-year cycle.

Through outstanding support from Terry Campus employees, the annual Employee Giving Campaign achieved 87% participation with contributions totaling $11,037. The 2004 United Way Campaign co-chaired by Ruby Schaffer, our Alumni Coordinator and Jennifer Mosley from the Criminal Justice Department, proved again that Terry Campus employees

4

DTCC0655

are committed to their community by achieving 85% participation with contributions totaling $9,572. These very successful fundraising projects are made possible by the active participation and commitment of Terry Campus employees.

Total grant and contract funding for the fiscal year included over 1.9 million dollars in Federal funds, over 1.7 million dollars in State funds, and $32,051 from private foundations.

**Accountability 4:** **Promote the image of the Campus and the College in the local community through active involvement in organizations, committees, and civic/industry memberships.**

**Comment:** Terry Campus continues to enjoy a very positive image in the community. The Vice President/Campus Director continues to be very actively involved in every aspect of the local community by serving on local/state boards and Kent County Committees. Campus administrators, faculty and staff have also increased their participation in the community, i.e. Rotary, Humanities Forum, Statewide Birth to Three Early Intervention System Interagency Coordinating Council, (appointed by Governor). The Terry Campus Distinguished Alumni Event last fall, honored three graduates who have achieved success in their chosen careers and have made significant contributions to the community and Delaware Tech.

**Memberships:** Tradepoint Delaware Board of Directors, and the Hope Foundation Board of Directors are two new appointments in addition to existing memberships; Dover Downtown Rotary, Central Delaware Chamber of Commerce Board of Directors, Central Delaware Economic Development Council, City of Dover, Executive Advisory Board; Central Delaware Economic Development Council, Delaware State University Institutional Review Board; Greater Dover Boys and Girls Clubs Board; Agenda for Delaware Women; Women Networking in Southern Delaware; Greater Dover Committee; Rotary.

**Local & National Recognition:** Terry Campus students, faculty, staff and administrators continue to be honored and recognized for their outstanding achievements. Following are just some of the special events and honors received this past year. Three Terry Campus employees were recognized during the annual recognition ceremony held this year at the Owens Campus. We are proud of Carolyn Krause, the Excellence in Teaching Award recipient, and Cena Sweeney and Linda Helm, recipients of the Excellence in Service Award. Cena Sweeney was recognized for her recommendations and innovative ideas,

5

DTCC0656

which have resulted in substantial improvements to the accounting effectiveness and bookkeeping efficiency of the Campus and College. As a member of the College Virtual Design Team, Linda Helm assisted in the creation a collegewide library virtual web presence for the four campus libraries through a newly defined dimension of "virtual library services'.

The 32nd Terry Campus commencement ceremony was the largest graduating class in the history of the campus, with 193 graduates receiving 208 awards. This class represented a very diverse group: 145 females and 48 males, which included two sets of twins; and twelve students who had relatives that were Delaware Tech graduates. The oldest student was 61 and the youngest 21. There were 111 students graduating with honors, 16 receiving multiple degrees and diplomas and 11 international students representing eight countries.

The 2004 Terry Campus All-State Academic Team Members were Linda Burrows and Sibyl Hoover. Both Linda and Sibyl were enrolled in the Business Administration, Human Resource Management Technology. These students were honored for their academic excellence, leadership accomplishments, and service to the community. Linda and Sibyl were also candidates for the National All-USA Academic Team Program sponsored by USA Today and Phi Theta Kappa International Honor Society. Dr. Susan Looney received the Robert Giles Distinguished Advisor Award at the Phi Theta Kappa International Convention. Under the leadership of Ms. Nancy Rockey, club advisor or the Eta Delta Chapter of Alpha Beta Gamma, was involved in many campus and community service activities. At the 2004 Annual International Leadership Conference, Linda Burrows was awarded the Dr. Eva Bobrow Memorial Medallion of Excellence given to an officer of the chapter, who has made outstanding contributions. Kimberly Tworig received the Ester J. Cross-Carter Memorial Essay Award for her submission on the topic of helping others.

In 2004, the Delaware Tech SIFE Team received the 1st Runner Up Regional Award, and look forward to another award winning and exciting year. Numerous team members of the 2004 team are returning including executive team members Christine Topolewski, Richard Tomasetti, Debra Smith and Calvin McDonald.

The students, administration, faculty and staff of the Terry Campus partnered with the Kent County Community to sponsor several events, i.e, Annual Administrative Professional's Day luncheon, (Central Delaware Chamber of Commerce and the

6

DTCC0657

International Association of Administrative Professionals). 139 professionals from the campus and community attended the event. Ms. Beverly C. Williams, Entrepreneur and Dover City Council Member, was the special guest speaker.

The Early Childhood Education Department in partnership with the Delaware Association of Education of Young Children, the Department of Education, HeadStart, and the Department of Services for Children, Youth and Families offered early childhood professionals throughout the state an opportunity to attend workshops highlighting successful current childhood practices, special needs education, and literacy development. The conference was the largest one to date with 200 service providers attending. In May the Child Development Center graduated 21 children ready for kindergarten. The center continues to operate at capacity; and has applied for accreditation with the National Association for the Education of Young Children.

The 2004 Terry Campus Student Nurses Association was recipient of the School Spirit award presented at the annual state banquet and the 2003-2004 state president of the Delaware Student Nurses' Association was Karen Gallagher from the Terry Campus.

Under the Leadership of Kim Bates, Human Services Department Chairperson, the Human Services Organization club members attended the regional Human Services conference, and presented a workshop on eating disorders. The Beta Sigma Chapter of Alpha Delta Omega National Honor Society was chartered at the Terry Campus, which inducted 26 Terry Campus students and faculty into the Alpha Delta Omega National Honor Society.

The talents of the students in the Grid Club students, with advisors, Ron Pleasanton, Department Chair and instructor Dallas Hayes, were visible throughout Kent County this past year. They contributed to the success of the Annual Kent County Heart Ball. The theme this year was "Pirates of the Caribbean". It featured a 32-foot pirate ship. This effort garnered a great deal of local press for the college and the visual communications program. Students and staff were also involved in the Festival of Trees fundraising events for Delaware Hospice, both in Dover and Georgetown. The students created the graphics and panels for the "Tree of Remembrance" at each Festival of Trees site. They also created a stage-set for the annual Boys & Girls Club Celebrity Luncheon. The club capped off a great year by hosting the Awards Reception at their annual end of the year show in May. Over 250

7

DTCC0658

works of art, photography, graphics and multimedia were on display in the Science and Engineering Building.

The Criminal Justice Organization advised by Mrs. Jennifer Mosley had a very busy and productive year. The organization participated in numerous fund raising and community service activities. Members volunteered their time to collect donations of children's coats, hats, gloves and scarves for Mother's Coat Closet, and also collected supplies such as diapers, cereal, juice, snacks, bleach, and laundry detergent for Mom's House. The CJO team also participated in a bowl-a-thon and raised $300 for Mom's House, and rang "the bell" for 11 hours for the Salvation Army and raised $743. CJO members participated in Program for Education Alternatives in Kent County (PEAK) to help mentor and tutor students in the After School Program. **(See Exhibit A, FY2005 Inservice Powerpoint Presentation, for additional achievements and events.)**

**Accountability 5:    Participate in collegewide meetings and committees.    Provide insight, direction, and advice at meetings of the Board of Trustees and the President's Council, and at other College forums.**

**Comment:** The Vice President/Campus Director actively participated in regularly scheduled President's Council, Board of Trustees, and collegewide meetings. Major collegewide issues continue to be addressed by the President's Ad Hoc Committee i.e. Collegewide Coordinator's Budgets, to include Marketing, Institutional Advancement, Corporate and Community Programs, and Planning initiatives, Web Payment, FY2005 Fiscal Budget, College Planning Structure, Assessment, Campus Closings: Critical Announcements, College Vision and Mission Statements, Human Resources Branding Statement, Institutional Effectiveness, SLOA and ESOA, Board of Trustees Retreat.

**Accountability 6:    Provide liaison with private and public income sources to supplement campus programs and services.**

**Comment:** As a result of successful training proposals, grant writing, facilities usage and special programs, the campus generated revenues in the amount of $6,245,187, an increase of $365,298 over last year. **(See Exhibit B, June 30, 2004 Fiscal report to the Board of Trustees).**

8

DTCC0659

**Accountability 7:** <u>Maintain continuing awareness of the evolving educational needs of the community and of advancements and techniques utilized at other institutions of higher learning.</u>

**Comment:** <u>I continue to successfully accomplish this accountability by providing leadership for special community projects, memberships on key community committees, organizations/boards, working with campus advisory boards, conducting formal and informal needs assessments, personal contacts, soliciting input from alumni and campus student organizations, developing partnerships with business/industry, enhancing relationships with sister institutions of higher education, networking and visiting with colleagues at other community colleges, attending conferences, reading professional journals, etc.</u>

**Accountability 8:** <u>Perform other duties as required.</u>

**Comment:** <u>The Vice President and Campus Director served as a mentor to an employee of the College's Leadership Development program. Meetings or conference calls were scheduled regularly to discuss mentee issues, review progress, assist with the development of portfolios, share personal and professional experiences, provide resources, etc.</u>

**Add any new Principal Accountability not included in the Classification Specification.**

II.    **Professional Development Activities** *(List those Professional Development Activities you accomplished during the past year and those you would like to accomplish in the next year.)*

**Accomplished during the past year:** <u>Attended the Accreditation, Accountability and Quality Conference sponsored by the National Council for Accreditation of Teacher Education and American Association of Colleges for Teacher Education, Oct. 2003; presented at the National Council on Black American Affairs Mentoring African-American Leaders for the Future and Leadership Development Institute for African-American Midlevel Administrators,</u>

9

DTCC0660

Oct. 2003; attended the AACC Fall Commission meeting on Diversity and Inclusiveness, Nov. 2003; Annual Conference of the Middle States Commission on Higher Education, accompanied by several members of my administrative staff, Dec. 2003; Clemson University Second National Conference on Best Practices in Black Student Achievement, Jan. 2004; American Council on Education 86th Annual Meeting, Feb. 2004; AACC 84th Annual Convention, Apr. 2004; and Black Issues in Higher Education 20th Anniversary Conference and Celebration, Jun. 2004. Participate in the Black Women's Health Study, sponsored by Boston and Howard Universities, and served the second year of a three-year term on the Commission Diversity and Inclusiveness of the American Association of Community Colleges (AACC). National memberships include; National Association for Multicultural Education (NAME), National Association of Foreign Student Advisors (NAFSA) Association of International Educators, American Association for Women in Community Colleges (AAWCC), National Council on Black American Affairs President's Round Table.

   Campus Director's Travel Budget supported the following initiatives: 3 employees attended Stop the Hate Train the Trainer Conference; 3 employees attended Middle States Commission pre-conference seminar, Assessment Plans, Integrating Learning Goals, and Using Data for Improvement; and 2 employees attended the Leadership Development Institute for African-American Midlevel Administrators.

**To be accomplished during the next year:** Participate in professional development activities to strengthen and enhance my leadership, interpersonal, teambuilding skills, and fundraising skills. Will also training, which will increase my understanding and knowledge of legal issues which impact community college administrators. Attend workshops/seminars which assist in the development of diversity plans and initiatives; including organizational assessments and recruiting/retaining a diverse workforce.

**III.     Review of Goals** *(Indicate the progress which has been made in achieving the major goals which were set to be accomplished during this annual review period, and explain the progress which has been made.)*

**Goal 1:  Implement the College Agenda for 2003-04.**

Has this goal been accomplished?          ☒ Yes ☐ No  ☒ In Progress

10

DTCC0661

Explain:  Please see Exhibit C, Terry Campus Collegewide Agenda Report 2003-2004

**Goal 2:   Eliminate vestiges of policies and procedures which prevent DTCC from moving to 100% toward the "one college reality".**

Has this goal been accomplished?        ☒ Yes ☐ No  ☒ In Progress

Explain:  Administrators, faculty and staff participated on collegewide committees and task forces to address current and new policies, procedures and practices. Business Managers collegewide reviewed and enhanced cash receipts internal controls, adding security cameras, uniform cash verification and reports, and discussion of contracting armored car services for bank deposits. Collegewide Deans of Student Services worked collaboratively with the college legal counsel to update and expand the Policy Prohibiting Deadly Weapons and Dangerous Instruments or Devices and Violence-Free College Policy. These policies were included in the College Personnel Handbook.  This same group, with the addition of the College registrars updated and clarified the College Residency Policy, which is contained in the College Student Services Guidelines manual. The Dean of Student Services offices researched, secured contacts, coordinated, and negotiated costs for federally mandated SEVIS training; staff from all four campuses attended.

     The Instructional and Corporate and Community Programs divisions work together to build non-credit to credit career pathways.  The initial focus was on Health Care and Office Administration programs. **Please see Exhibit D, Terry Campus FY2004 Achievement Report,** for additional collegewide efforts, initiatives and achievements.

**Goal 3:  Implement the Commission on Higher Education, Middle States Self-Study Recommendations.**

Has this goal been accomplished?        ☒ Yes ☐ No  ☒ In Progress

Explain:  In December 2003, staff participated in the Student Learning Outcomes Assessment (SLOA) training conducted by Nichols & Nichols at the Terry Campus, and in March 2003, the Educational Support Outcomes Assessment Training (EOSA) at the Owens Campus. A cross reference table of Middle States Self-Study and Evaluation Team recommendations to Deans and Directors to determine which should be addressed as goals or objectives and what

11

DTCC0662

short term/long term actions should be taken. Recommendations were integrated into the Terry FY05 Operational Plan, **Exhibit E.** President's Ad Hoc Council worked together to develop a College Planning and Institutional Effectiveness structure. Outcomes Assessment Coordinators were appointed at each campus to work with the assessment committees.

**Goal 4:   Continue to develop strategies to increase campus revenues, contain and reallocate expenditures to ensure fiscal vitality.   Convert contractual security and custodian positions to regular, full-time positions.**

Has this goal been accomplished?        ☒ Yes ☐ No  ☒ In Progress

Explain:   The campus hired 4 full-time public safety officer positions, and successfully completed the recruitment/selection process converting/eliminating the need for contractual security services. When funding becomes available the campus will convert contractual custodial services to regular full and part-time positions. The consolidation of the Administrator's Verizon Wireless cellular accounts resulted in a substantial savings to the campus. The combined contracted airtime eliminated costly overages, excess time from other accounts are shared and applied. Through contracting a telecommunications consultant, the campus realized a substantial savings for unwarranted charges. The non-budgeted expenses incurred by the Aladdin contract; operating loss subsidy, equipment, renovations and storage building, totaled $100,000. The campus was able to absorb these expenditures without compromising the fiscal stability of the campus due to remaining balances in other budget lines. The Development Council planned the first Terry Campus Gourmet Gala. A major fundraising event to be held on October 23.  Commitments from 18 restaurants and 2 microbreweries, along with numerous sponsorships and pledges have been received. The visual communications chair and his students have provided the graphic design and marketing for the event. Revenue generated will be used to fund unmet student needs not addressed through traditional financial aid programs.

Please see accountability 3 and 6 for additional information.

Page

Has this goal been accomplished?        ☐ Yes ☒ No  ☒ In Progress

12

DTCC0663

Explain:  Due to unresolved issues, it was necessary to terminate our relationship with the contracted architect and seek the services of a new architect.  The new architect will prepare and submit final drawings and bid documents for construction services. It is projected that construction will begin by December 1, 2004. Final completion of project will occur Fall, 2005.

**Goal 6:  Identify an appropriate individual to fill the position of Chief of Public Safety, and continue to implement IACLEA recommendations.**

Has this goal been accomplished?        ☒ Yes ☐ No  ☒ In Progress

Explain:  Through the Human Resources recruitment and selection process, the campus Security Officer Supervisor was promoted to the Chief of Public Safety in October 2003. To date the College Public Safety Task Force has reviewed and implemented 82 of the 97 IACLEA recommendations. Eleven of the recommendations are in progress.

**Goal 7:  Continue to improve interpersonal and communication skills through the application of new strategies obtained through professional development activities.**

Has this goal been accomplished?        ☒ Yes ☐ No  ☒ In Progress

Explain: Ongoing

IV.    **Future Major Goals**  *(List those major goals which you would like to accomplish in the next year.)*

Goal 1.        Implement the College Agenda for 2004-05.

Goal 2.        Continue to eliminate vestiges of policies and procedures, which prevent DTCC from moving to 100% toward the "one college reality".

13

DTCC0664

Goal 3.     Ensure the SLOA/ESOA initiatives are conducted successfully and yield the required data to complete the next level of the accreditation process, which is submission of the Monitoring Report due September 2005.

Goal 4.     Continue to develop strategies to increase campus revenues, contain and reallocate expenditures to ensure fiscal vitality.

Goal 5.     Ensure administrators and supervisors in every division/department receive leadership/supervisory skills training.

Goal 6.     Provide oversight for the new Campus Café, which is now staffed by Delaware Tech employees.

Goal 7.     Utilize the results of the Inservice Workshop, "Making the Shift to Seize Tomorrow", to develop the strategic directions for the campus for the next five years.

Goal 8.     Complete the final phase of the ETB Project.

Goal 9.     Continue to improve interpersonal and communication skills through the application of new strategies obtained through professional development activities.

What additional resources, if any, would you need to accomplish the goals stated above?

14

DTCC0665

V.    **Overall Perform.    e Review** *(Summary of the employee s overall performance by the Supervisor)*

Your achievements have been outstanding, and professionally you have had another great year. You are an invaluable member of the President's team, and the College, faculty, staff, students, and community have benefited from your leadership. This leadership has enabled the Terry Campus to reach new heights of effectiveness and has positioned the Terry Campus as a positive can-do force for quality education and training in Kent County. Special commendation for your leadership in significantly enhancing the programs available to the Kent County community and your successful leadership in tying together the involvement of the campus community, students, faculty & staff with the community at large, your support & leadership with SLOA and ESOA, your leadership with Instruction and CCP to create pathways between the two divisions, your increased record enrollment growth, your involvement in the Kent County community, your success in increasing legislative support for the campus and your tireless support of the President. Thank you for your contributions, dedication, effort, hard work, imaginative thinking, and problem-solving skills,

Supervisor's Signature _____  . Date: _9/24/04_

VI.    **Employee's Response/Comments:**

Thank you for providing the visionary leadership which motivates me to excel and continually look for opportunities to move the college and campus forward. The success of the Terry Campus is the result of administrators, faculty and staff working effectively together as a team to ensure positive change and growth.

As always, your counsel and support are very much appreciated and I look forward to another great year!

_____

_____

I acknowledge having read and received a copy of this performance appraisal and understand that the original of this appraisal will be placed in my personnel file.

Employee's Signature: _____  . Date: _9.-20--04_

14

DTCC0666

*Original PK*

# PERFORMANCE APPRAISAL AND PLANNING FORM
## ADMINISTRATIVE STAFF

**Name:** _____ Daniel A. Houghtaling _____        **Date:** _____ September 30, 2004 _____

**Position:** _____ Assistant to the Campus Director _____        **Campus:** _____ Terry _____

**Annual Review Period:** From _____ July 1, 2003 _____ Through _____ June 30, 2004 _____

I.    **Principal Accountabilities** (*Evaluate your past performance on each of the below listed Principal Accountabilities taken from your Classification Specification.*)

**Accountability 1:**    **Interact with various deans, directors, and department chairs to develop a cohesive implementation of comprehensive marketing and student recruitment strategies, systems, and programs. Provide counsel, advice, analysis, and assessment of educational and administrative systems and programs.**

Continued ongoing day-to-day interaction with various deans, directors, and department chairs as the campus moved forward with the implementation of collegewide planning and marketing initiatives and other campus priorities. Chair the Terry Campus Planning Council, which was expanded this year to add several new members. Active member of the College Planning Council, which during the past year established a new college/campus planning process/model and developed the updated expanded college mission statement. A new college planning calendar was approved and the process for establishing the college's new strategic direction was approved, with the process to begin this fall. The expanded Campus Planning Council has met to review the new college/campus planning process and will be actively involved in the upcoming environmental scan process once the College Board of Trustees has identified and approved the scan topic areas, which will happen this fall. Participated in the review and update of collegewide and campus planning processes. Continued to provide oversight of campus implementation of these collegewide processes. Continued to provide and seek counsel, advice, information and assessment in the execution of assigned tasks.

**Accountability 2:**    **Plan, market, and implement credit and non-credit distance learning courses for worldwide distribution.**

Continued to work with the Dean of Instruction and ITV Operations Manager to promote distance learning through telecourse, online, CD-ROM, and interactive video courses. The campus has excellent in-house production capabilities and the ITV Operations Manager has been working with the Dean of Instruction to identify courses for development of in-house telecourses and other video media services. HTV completed its ninth season and Quizmasters had over 200 elementary students compete this past year. Comcast used our studio and staff to produce its Academic Challenge program for high school students.

DTCC2788

**Accountability 3:**   **Facilitate the work of the Enrollment Management Committee to identify and market new and existing programs to meet enrollment objectives and to develop retention strategies.**

Continued to oversee campus marketing strategies, campaigns, and publications that impact enrollment and retention objectives. The campus Enrollment Management Committee was reorganized last year under the direction of the Dean of Student Services. The Assistant to the Campus Director has served as a resource person for this group, and will become an active member of the Enrollment Management Committee during the coming year.

**Accountability 4:**   **Provide effective management of the Pre-admission System; oversee employees engaged in responding to telephone and mail inquiries from prospective students and corporate clients.**

The pre-admission process is managed by the Admissions Office, using Banner software, and is under the supervision of the Dean of Student Services.

**Accountability 5:**   **Manage programs and publication development that promote the college/campus including brochures, press releases, and other advertising media encompassing print, radio, TV, and billboards.**

Continued to exercise oversight of the Marketing Department. Worked with Deans and Directors, the Marketing Operations Manager, and Ron Pleasanton to review, evaluate, and update the *Course Schedule* format. The updated publication premiered this fall and was well received. The publication will continue to be reviewed for improvements and deadlines will continue to be enforced to make the publication available to students in a timely manner. The previous contract for publication of the *Course Schedule* ended with the summer schedule. Since completion of the State Printing Office bid process, we have a new printer, TaapCo, for the coming year.

The cost of advertising has increased over the past few years. A request for an increase to the advertising budget was approved for FY04 and FY05, which will allow us to maintain advertising at the current level. Ads were decreased in some venues to allow for new marketing with Warner Brothers Network and UPN21. Another new initiative was the purchase of advertising space on the Carmike movie screens at the Dover Mall, which runs prior to each movie.

**Accountability 6:**   **Conduct market research and provide analysis and attendant strategies for penetration into new and diverse markets consistent with the goals and philosophy of the college.**

I am a member of the Collegewide Marketing Committee, which addresses this initiative on an ongoing basis. Campus advertising campaigns follow the format set forth by Collegewide Marketing in support of the college branding effort. Market research is addressed in collegewide marketing goals. See Accountability 5 – new markets.

2

DTCC2789

**Accountability 7:**   Compose, edit, and produce planning documents and reports, strategies, and analysis for use in both campus and collegewide programs. Coordinate and supervise the production of campus publications and marketing-oriented videos developed by subordinate staff.

Continued to oversee the production of planning documents and reports. The 2005 Operational Plan and the 2004 Achievement Report have been completed, published, and forwarded to the President's Office.

A Marketing publication timeline was established for 2004-05 and has been adhered to, creating campus publications on a timely schedule. The *Course Schedule* format was revised to create a more contemporary publication. Marketing videos and major campaigns are coordinated collegewide. I am a member of the Collegewide Marketing Committee and maintain oversight of campus marketing operations.

**Accountability 8:**   Develop and administer a centralized campus budget for marketing and recruitment activities.

The centralized marketing budget is prepared annually by the Marketing Department with input, approval, and oversight from this office. I am a member of the Collegewide Marketing Committee, which coordinates various activities for the college and campuses. As a member, I am involved in the preparation of the collegewide marketing budget request. Campus recruitment activities are coordinated through specific requests from individual departments.

**Accountability 9:**   Supervise the planning, development, and implementation of special event programs.

Participated on the Terry Campus Development Council and provided coordination for the first Terry Campus Gourmet Gala fundraising event to be held on October 23, 2004. The event will be a sell-out not only in attendance, but also in program ads and vendors participating. We have exceeded our original goal of $50,000.

This office coordinated another record Employee Giving Campaign and a successful United Way Campaign. The Resource Development Officer, under the supervision of this office, has worked with various campus constituents to develop new and continuing grant projects for submission to federal, state, and private funding sources.

**Accountability 10:**   Make public presentations promoting the college's programs and services and represent the campus on external committees.

Upon request, work with counterparts and other campus and college constituents on collegewide activities. Serve as media contact on campus. Member of the Colonial Rotary, serving as Vice President, member of the Central Delaware Chamber of Commerce Leadership Development Program Committee and co-chair the Annual Chamber Golf Tournament, at the pleasure of the CD/VP serve on the Central Delaware Economic Development Council, serve as Chair of the Kent

3

DTCC2790

County Metropolitan Planning Organization's Public Advisory Committee and serve on Downtown Dover's St Patrick's Day Parade committee.

**Accountability 11:    Provide research and development of data, statistics, and other applicable information to support the structuring of strategic plans.**

This office provides information as requested or seeks information from other individuals as required. This is done in support of campus/college planning initiatives, in response to reports from outside agencies, or as requested by other individuals. The campus Registrar and individuals within the President's Office have provided data and statistics when requested.

**Accountability 12:    Prepare appropriate portion of the collegewide plan and provide evaluation of current plan goals achievement.**

Ongoing. This office is responsible for compiling the Collegewide Agenda Report and the campus Achievement Report annually. These reports reflect campus accomplishments in achieving college strategic and campus long-range and operational goals. Annual progress is evaluated and steps are taken to ensure that changing or unattained goals are addressed.

**Accountability 13:    May oversee institutional advancement and federal programs depending on campus organizational structure.**

Represent the campus on the collegewide Institutional Advancement Committee. Work with individuals applying for new or renewal funding through federal, state, or other programs. This office is responsible for the appropriate processes for grant proposal review, approval, and submission.

The Resource Development Officer, under the supervision of this office, has been working with various campus constituents to develop new and continuing grant projects for submission to federal, state, and private funding sources.

**Accountability 14:    Oversee the Technical Services Department.**

Continued oversight of the Technical Services Department.

**Accountability 15:    Oversee the Audiovisual & Media Services Department.**

Continued oversight of the Audiovisual & Media Services Department. The following courses were added to Terry Campus online offerings in FY04:  Visual Programming, Criminology, Cost Accounting I, Auditing, Advanced Accounting, Business Law, Business Communication, and Microeconomics.

**Accountability 16:    Oversee implementation of the campus master plan.**

The campus complex continues to develop, providing a safe, healthy and friendly environment for students, staff and guests. Campus beautification efforts continue. Currently working on a new 101

4

DTCC2791

space parking lot for ETB and a loop road redesign with a 96 space expansion of the SET east parking lot. Soliciting Kent County state legislators for funding for the road and parking projects.

DTCC2792

**Accountability 17:    Perform other duties as required.**

As directed by the President, Campus Director, and/or collegewide coordinators, serve on special committees and coordinate special projects. This past year I have been actively involved with the Terry Campus Development Council and have taken on a leadership role in the campus's first major community event, Gourmet Gala. I have learned to be flexible and adaptive to accommodate the versatility of each project and prioritize my workload. I am productive and work well with my counterparts and other individuals involved in projects to which I am assigned.

I am involved in various community activities and consistently promote Delaware Tech and the Terry Campus at area events and to various organizations and committees.

**Add any new Principal Accountability not included in the Classification Specification.**

Just prior to the start of the FY05 school year, the campus took over the management and operation of the campus cafeteria. A staff consisting of one supervisor and three workers were hired. Initially, I worked with the new staff to establish operating procedures, the menu and working accounts. Since then, I have taken on the additional responsibility of overseeing the campus cafeteria operations.

Was initially involved in developing the new Collegewide Assessment Model and will be taking an active role within my areas to implement the ESOA model during the coming year.

**I.**    **Professional Development Activities** (List those Professional Development Activities you accomplished during the past year and those you would like to accomplish in the next year.)

**Accomplished during the past year:**

IEA Annual Conference, New Orleans, LA, July 27-31, 2003
Nichols & Nichols SLOA Workshop, Terry Campus, December 4-5, 2003
Middle States Commission of Higher Education AQA , Philadelphia, PA, December 8-9, 2003
Nichols & Nichols ESOA Workshop, Owens Campus, March 17-18, 2004
PTK International Convention, Minneapolis, MN, March 30-April 3, 2004

Member – Council for Resource Development (CRD)
Member – Association for Supervision and Curriculum Development (ASCD)

I have taken on additional leadership roles within community organizations noted under Accountability 10 above. I have also been actively engaged within the community soliciting funding for our first major fundraising event. A conscientious effort is being made to court individuals that have both financial and in-kind services that will benefit the campus. As this event evolves, more individuals will be invited on campus to discuss our needs and solicit their support.

**III.**    **Review of Goals** (*Indicate the progress that has been made in achieving the major goals that were set to be accomplished during this annual review period, and explain the progress that has been made.*)

6

DTCC2793

**NOTE:** **A copy of the Assistant to the Campus Director's FY 04 Achievement Report is included as Appendix 1. This document provides a detailed breakdown of specific objectives and supplements each area below.**

**Goal 1:** **Continue to work with the Resource Development Officer to improve his skills and performance in obtaining new funding sources for the campus.**

Has this goal been accomplished?    ☐ Yes    ☒ No    ☐ In Progress

With the duties, current responsibilities, and staffing assigned to this office, it is difficult to provide the daily supervision and mentoring needed by this individual. Although I am available to assist him, recurring problems have shown this individual does not function well in a self-supervised position in accomplishing his duties and responsibilities as originally intended.

**Goal 2:** **Continue to work with the Terry Campus Development Council in implementing one fundraising activity for the coming year and in developing our private giving plan.**

Has this goal been accomplished?    ☒ Yes    ☐ No    ☒ In Progress

Although the members of the Development Council did not play an active role as anticipated in planning our first event, a lead team made up of Ruby Schaffer, Ron Pleasanton, and I had resounding success in establishing this event. We are currently working with other campus members on final details to make it one of the premiere events in Kent County.

**Goal 3:** **Work with the Collegewide Planning Committee in developing and implementing an updated campus planning and assessment model.**

Has this goal been accomplished?    ☒ Yes    ☐ No    ☒ In Progress

The model for planning and assessment was approved in FY04. Timelines for implementation in FY05 have been established.

**Goal 4:** **Once the collegewide-planning model is in place, work with the Terry Campus Planning Council, faculty, and staff in implementing the model on campus.**

Has this goal been accomplished?    ☒ Yes    ☐ No    ☒ In Progress

The Terry Campus Development Council was increased to 13 members. The council has met and members are currently assigned to collegewide environmental scanning groups to help define the college's new strategic directions.

DTCC2794

**Goal 5:**    Continue to work with department heads under my supervision to strengthen their departments in terms of accountability with budgets, work orders, and inventories.

Has this goal been accomplished?    ☒ Yes    ☐ No    ☐ In Progress

Improvements have been made in all departments in managing both physical and financial resources. The level of response to provide services has also improved.

**Goal 6:**    Continue to communicate with other campus administrators and the Campus Director on a regular basis.

Has this goal been accomplished?    ☒ Yes    ☐ No    ☐ In Progress

**What additional resources, if any, would you need to accomplish the goals stated above?**

None.

**III.    Future Major Goals** *(List those major goals that you would like to accomplish in the next year.)*

Goal 1:    Work with the Vice President and Campus Director to address and resolve recurring issues in the marketing department.

Goal 2:    Work with the Terry Campus Planning Council, faculty, and staff in implementing the new college planning model.

Goal 3:    Evaluate the current structure and work with the Vice President and Campus Director to strengthen and encourage participation of Terry Campus Development Council members.

Goal 4:    Work with key members of the Gala committee and the Vice President and Campus Director to evaluate the Gourmet Gala and make suggestions and recommendations for increasing private giving revenues and improvement of the event. In addition, establish a timeline for the 2nd Annual Gourmet Gala and work on developing/courting major sponsorships.

Goal 5:    Work with members in the Collegewide Planning Council to develop and implement the new campus planning and assessment model.

Goal 6:    Review, formalize and update the campus master plan to include future buildings, parking, acquisitions, walkways and landscaping.

Goal 7:    Continue to communicate with other campus administrators and the Vice President and Campus Director on a regular basis.

DTCC2795

**V.     Overall Performance Review**
*(Summary of the employee's overall performance by the Supervisor)*

Dan, you have performed some of your principal accountabilities very capably this past year, such as oversight for the implementation of the new planning process and structure, assisting in the refinement and expansion of the budget hearings to ensure greater participation, and identifying and developing enhancements to the course schedule.

Your strengths continue to be in the coordination of special projects, specifically the Gourmet Gala. You have worked enthusiastically and cooperatively with team members to orchestrate our first major fundraiser. Your ability to produce workable ideas, concepts and techniques will result in an outstanding event. Also, the oversight you have provided to the new cafeteria operation has yielded, thus far, very much improved food service in quality, customer service, and cleanliness. Your efforts in these two projects has been commendable.

However, I continue to be disappointed in the lack of improvement shown in staff performance, productivity and quality in the marketing and grant writing areas under your supervision. In some instances your excuses rather than corrective action have made conditions worse. Also, after explaining to you on numerous occasions the importance of not sharing confidential information and including this as a goal in your 2002-2003 evaluation, you once again failed to comply: i.e. revealed information regarding a major donor contributor with a collegewide administrator. This disclosure could have negatively impacted one of our major sponsors. It is imperative that you take responsibilities for your actions and correct this behavior immediately. Your credibility is essential to your effectiveness as an administrator.

Finally, Dan, the 2002-2003 goals you addressed were not the ones I approved. Please re-read your last year's evaluation and acquaint yourself with the 10 goals I identified and asked you to address. You continue to list essential functions of your position as goals. Include the following and reprioritize your future goals:

Goal 1. Implement the President's College Agenda for 2004-05.

Goal 2. Continue to eliminate vestiges of policies and procedures, which prevent DTCC from moving to 100% toward the "one college reality".

B283

DTCC2796

Goal 3. Continue effective communications within the College matrix organization.

Goal 4. Work with the Assessment Coordinator and the planning council to ensure that SLOA and ESOA are implemented and utilized to successfully prepare the Middle States report due fall, 2005.

Goal 5. Demonstrate the ability to make sound judgments consistently, which withstand technical scrutiny. In situations requiring judgment, please adhere to the following guidelines:    a) Weigh all options and choose the best course of action when dealing with difficult situations or decisions and always consider the impact of your decision.

b) Exercise a high degree of discretion when dealing with confidential information.

c) Exercise logical thinking to foresee consequences of actions for the Campus, College and public, as well as Vice President/Campus Director.

d) Advise the Vice President/Campus Director of all potential landmines **immediately.**

e) Distinguish between those situations appropriate for your handling and those requiring referral to the Vice President/Campus Director and other college personnel to address.

Goal 6. Enhance effective communication with the Vice President/Campus Director and members of the campus/college administrative team.

Thank you for your support and your numerous efforts on behalf of the campus/college. The achievement of the 2004-2005 goals outlined by the Vice President/Campus Director must become your priority. I am committed to your professional development and I look forward to working with you to achieve your goals.

Marguerite A. Johnson, Vice President/Campus Director          10-29-01
                                                                Date

B284

DTCC2797

Attachment to Performance Appraisal and Planning Form 7/01/03 through 6/30/04
Daniel A. Houghtaling
November 9, 2004

Response to 2003 – 2004 Goals

1. Implement the Collegewide and Campus Agendas.

Both the Collegewide and Campus Agendas were addressed by all campus divisions in the Campus 2004 Operational Plan and in the current Campus Long Range Plan. Accomplishments and achievements documenting our implementation of both agendas are presented in the 2003 Campus Achievement Report. This office coordinates and reviews all submissions to the yearly Campus Operational Plan and Achievement Report to insure College and Campus agendas are addressed.

2. Eliminate the last vestiges of policy and procedures, which prevent DTCC from moving 100% toward the "one college reality."

I have actively participated and communicated with my counterparts on the Collegewide Marketing Committee, Collegewide Institutional Advancement Committee, Collegewide Planning Committee, Collegewide IT Committee, and Collegewide Institutional Effectiveness Committee in addressing "one college reality."

3. Provide greater communication and oversight to Marketing, Audiovisual Services, Technical Services, and Institutional Development.

Regular conversations are held with supervisors to discuss issues/problems and/or obtain input/feedback pertaining to their departments. A monthly division meeting is held with department supervisors following the monthly campus administrative council meeting. Information from the administrative council meeting, relevant to the staff, is shared with department supervisors. Other divisional information is given at this time, and each supervisor provides an update of happenings/issues within their department. In the future, minutes from these meetings will be forwarded to the VP/CD.

4. Critically and thoroughly review staff assignments for quality and accuracy before signing off and recommending to the VP/CD for signature.

During the past year, I have made every effort to increase my vigilance in this area. As a result, the *Course Schedule* has been reformatted for a more contemporary appearance, and the contents have been carefully scrutinized for accuracy.

DTCC2798

5. Demonstrate a thorough knowledge of organizational policies and procedures and protocol and foresee consequences of actions for the college/campus community, as well as yourself.

It is a priority to read and understand all new organizational policies and procedures. At times, existing policy is reviewed as it pertains to current situations. The College's new legal council is prompt in reviewing policy and in answering questions. The VP/CD is informed immediately of situations that may compromise the College/Campus.

6. Exercise a high degree of discretion when dealing with confidential or discretionary information.

Emphasis on discretion is always a priority.

7. Electronically distribute Campus publications i.e. Connected, TCJ, etc.

*Connected* and the *Terry Campus Journal* are placed on EDGE. In addition, other Campus announcements are placed on EDGE as recommended or approved by the VP/CD.

8. Provide leadership for the implementation of SLOA and ESOA.

I have actively participated on the Collegewide SLOA/ESOA Committee. The Collegewide model was developed and implementation on the Campus has begun. Separate workshops were conducted for faculty and staff to introduce them to SLOA and ESOA. A Campus coordinator was appointed to work with faculty and staff as they develop expanded mission statements for their units and propose assessments for the coming year.

9. Provide leadership to the newly formed Campus Planning Council and ensure participation of members through regular scheduled meetings.

The Campus Planning Council was expanded to include a greater representation of individuals from campus divisions. Several meetings were held to keep members informed of the progress of the Collegewide Planning Council. The Collegewide Planning Council was charged with developing a new college-planning model to include institutional effectiveness. The model has been completed and approved. Implementation at the Campus level will begin this fall.

DTCC2799

10. Link the Campus Council to the Collegewide goals of updating the current College mission statement to an expanded form to provide guidance to operating divisions as recommended by Nichols and Nichols.

A new College expanded mission statement was approved and is to be used in developing new College/Campus Plans and implementation of the Outcomes Assessment Model. Nichols and Nichols conducted workshops for faculty and staff to introduce them to their Five Column Model.

11. Participate in professional development activities, which will enhance your leadership skills.

Attended the annual AQA sponsored by CHE in December. Attended a three-day workshop sponsored by Nichols and Nichols to learn more about planning and implementing institutional effectiveness. Attended two presentations conducted by Nichols and Nichols, one on SLOA and the other on ESOA.

**VI. Employee Response/Comments:**

As a member of several committees within the college organizational matrix, I am required to communicate with vice presidents and assistant vice presidents in matters relating to their matrix areas. I have a strong professional commitment to the VP/CD, campus and the college, and I continuously strive to ensure that the integrity of the institution and matters requiring confidentiality are not compromised in any way.

Daniel A. Houghtaling, Assistant to the Campus Director          /Date

DTCC2800

# PERFORMANCE APPRAISAL AND PLANNING FORM
## ADMINISTRATIVE STAFF

*To be completed by the employee and submitted to his/her supervisor within two weeks of receipt.*

**Name:** Daniel L. Simpson      **Date:** October 25, 2002

**Position:** Dean of Instruction      **Campus:** Terry Campus

**Annual Review Period: From:** _July 1, 2001_      **Through:** _June 30, 2002_

I. **Principal Accountabilities** *(Evaluate your past performance on each of the below listed Principal Accountabilities taken from your Classification Specification.)*

**Accountability 1:** Direct the development and implementation of the Campus Instructional programs and courses.

Comment: During Academic Year 2002, the Instructional Division developed a transitional studies model that was implemented in Fall 2003. This multi-faceted instructional plan was designed to improve student retention and grades. The work is the result of a committee of Instructional Division personnel and chaired by the DOI.

**Accountability 2:** Evaluate curriculum, specific courses, and various instructional and administrative support services to insure the most effective total educational services are provided to the community.

Comment: The Terry Campus Instructional Division was the first in the college to introduce integrated studies into the curriculum. All basic and pre-tech students experience elements of their technology integrated into their math, English, and reading courses. By the fall of 2003, this technology integration will include math, reading, and English courses at all levels.

Technology seminars were developed and implemented for all basic and pre-tech students. These one-credit courses contain elements of previous courses (Mastering College Life and Career and Life Planning) as well as technology-related information. All tech seminars are mandatory for first-year basic and pre-tech students.

Technology areas added more online courses and implemented new instructional methods that include case studies, group projects, and problem-based instruction.

**Accountability 3:** Insure the proper scheduling of courses, efficient utilization of facilities and the hiring, assignment, and evaluation of qualified staff.

DTCC – TERRY CAMPUS PERSONNEL

'03 JAN 8 PM 4:

Comment: Besides the traditional semester schedule, courses were scheduled in weekend modules and eight-week blocks, which has been especially helpful to basic and pre-tech students.

Faculty staffing was kept in line with a staffing plan that provided sufficient classroom coverage while offering some relief from the fiscal challenge we faced.

**Accountability 4:** Oversee the planning, preparation, and allocation of the Instructional Division's financial resources and budget.

Comment: In response to mandated budget cuts, the Instructional Division returned over $70,000 from its allocations. The Division continued to function through sound fiscal management and was able to finish the year with a $15,000 surplus that was used to fund a science position for Fall 2002.

**Accountability 5:** Develop, implement, evaluate, and continually upgrade the Campus Academic Policy.

Comment: All existing academic policies were appropriately applied. The Instructional Division also created policies to assist with the administration of our programs.

**Accountability 6:** Provide continuing staff development activities to insure professional growth and positive morale among subordinate employees within the Instructional Division.

Comment: Access to workshops, seminars, and credit courses was offered to all faculty and staff. Two Department Chairs attended the *Chairs Academy* program in Kansas City. Other faculty members attended conferences, seminars, and workshops related to Middle States, their technology, and those required to maintain certification.

**Accountability 7:** Maintain and/or upgrade the academic standards of the Campus educational programs to insure compliance with all accreditation guidelines.

Comment: Two years ago, the Nursing Department was floundering. The NLN accreditation process was underway, but going nowhere. Las October, the NLN accredited both the PN and RN programs with the highest scores possible and used DTCC Terry Nursing Department as a model program.

DTCC2911

**Accountability 8:** Serves as a participating member of various Campus and College-wide committees and boards, and outside community and higher education forums to continue to develop the delivery of the highest level of education service to the community.

Comment: I served on numerous committees during the year. I participated in all College-wide DOI meetings; chaired the Delaware State Police Articulation Committee and Public Safety Task Force for the College; chaired the Transitional Studies Committee; served as an active member of the College-wide Financial Management Committee; and also served on a Middle States sub-committee, the Employee Recognition Committee and other campus committees and workgroups.

**Accountability 9:** Articulate courses and programs with high schools, other colleges, and organizations.

Comment: Our articulation efforts in all technology areas continue. These include new programs and the renewal of existing programs.

**Accountability 10:** Manage the involvement of the Instructional Division in the recruitment and retention of students.

Comment: Within the Instructional Division, a recruitment program was developed and will be implemented in Spring 2003. Retention was addressed in faculty and Department Chair meetings and became a principal element in the Transitional Studies Model.

One additional nursing instructor and a science instructor were hired to increase the nursing student population.

**Accountability 11:** Perform other duties as required.

Comment: The Human Services and Business Departments moved into new quarters on the second floor of the Educational Technology Building and the Math Department moved to the Terry Building.

**Add any new Principal Accountability not included in the Classification Specification.**

3

DTCC2912

**II. Professional Development Activities** *(List those Professional Development Activities you accomplished during the past year and those you would like to accomplish in the next year.)*

**Accomplished during the past year:** Completed the Administrative Leadership Program Institute for Community College Development at Cornell University; attended 3rd National Conference on Research in Developmental Education in Charlotte, NC; completed Banner and Pipeline training; completed 18 hr sin course work at Wilmington College towards Ed D degree

**To be accomplished during the next year:** Continue Ed D degree program; attend MiddleStates training as required; attend appropriate workshops and seminars

**III. Review of Goals** *(Indicate the progress which has been made in achieving the major goals which were set to be accomplished during this annual review period, and explain the progress which has been made.)*

Goal 1.  Transitional Studies model design stage is complete and implementation sequence is on schedule.

Goal 2.  Collaborated with CCP in ETC presentation and Department Chairs are formulating plans to extend technology subjects into CCP courses.

Goal 3.  Continued to represent the College in Rotary and the Boys & Girls Club

Goal 4.  We have realized a sharp decline in student complaints to this office. The enrollment has increased by nearly 11%. Although it is difficult to say with any degree of certainty, it is likely the outreach and the "student first" efforts are reflected in these favorable trends.

Goal 5.  The DOI has integrated training elements into the Department Chair meetings. Videos, presentations of management theory, and open discussions have been well-received. In addition, faculty have been granted the opportunity to attend training on and off campus. The DOI has advocated the ETC courses and faculty are participating in greater numbers.

Goal 6.  My participation in campus and collegewide initiatives provides opportunities to meet and interact with people throughout the college. This open line of communication has proven to be an excellent opportunity to learn.

4

DTCC2913

**IV. Future Major Goals** *(List those major goals which you would like to accomplish in the next year.)*

Goal 1. ___Create a Transitional Studies website___

Goal 2. ___Define Transitional Studies Model___

Goal 3. ___Complete integrated studies initiative to include all levels of English, reading, and math___

Goal 4. ___Construct and implement a high school recruitment initiative for Department Chairs___

Goal 5. ___Complete State Police articulation___

Goal 6. ___Continue as the Public Safety Task Force chair and begin implementation of IACLEA recommendations___

What additional resources, if any, would you need to accomplish the future goals?

___Because of current budget cuts, the Instructional Division will make every effort to move ahead without increases in financial or material resources.___

**V. Overall Performance Review**
*(Summary of the employee's overall performance by the Supervisor)*

_____

_____

_____

_____

_____

Supervisor's Signature:_____    Date:_____

DTCC2914

V.    **Overall Performance Review**
      *(Summary of the employee's overall performance by the Supervisor)*

_____    You have performed the principal accountabilities of your position very capably this past year, displaying resourcefulness in methods used to achieve success.

_____    You can be relied upon to complete assignments with little or no supervision. Your ability to produce workable ideas, concepts and techniques has resulted in greater productivity, increased resources, and most importantly monetary savings for the campus.

_____    Your accessibility, quick responsiveness to requests for information and assistance, and demonstration of effective utilization of available resources, has resulted in positive outcomes for the Terry Campus. Please include the following as your first goal under Section IV of your evaluation: Continue effective communication within the college matrix organization.

_____    Thank you for your tireless efforts on behalf of the campus/college and your support of the Vice President and Campus Director. I look forward to working with you to accomplish your 2002-03 goals.

_____    12-16-02
Marguerite M. Johnson, Vice President/Campus Director    Date

VI.    **Employee's Response/Comments:**

*Once again, I am delighted to have been part of Dr. Johnson's team. I thoroughly enjoy working here and look forward to another productive year. My #1 priority will be to enhance communications through the matrix system.*

I acknowledge having read and received a copy of this performance appraisal and understand that the original of this appraisal will be placed in my personnel file.

_____    1/23/03
Daniel Simpson, Dean of Instruction    Date

B293

DTCC2915

PERFORMANCE APPRAISAL AND PLANNING FORM
ADMINISTRATIVE STAFF

*To be completed by the employee and submitted to his/her supervisor within two weeks of receipt.*

| Name: | Daniel L. Simpson | Date: | September 15, 2003 |
|---|---|---|---|
| Position: | Dean of Instruction | Campus: | Terry Campus |

Annual Review Period: From: __July 1, 2002__    Through: ___June 30, 2003___

I.   **Principal Accountabilities** *(Evaluate your past performance on each of the below listed Principal Accountabilities taken from your Classification Specification.)*

**Accountability 1:** Direct the development and implementation of the Campus Instructional programs and courses.

Comment: During Academic Year 2003, the Instructional Division advanced development of the Transitional Studies model through the completion of the Academic Center. In addition, technology-related materials were integrated into pre-tech and full technology students' assignments in math and language arts. A Student Learning Outcomes Assessment (SLOA) plan was initiated. Outcomes were identified and charted at the technology program level. This was accomplished prior to the Middle States visit. The Instructional Division successfully completed the Middle States evaluation with little evaluator comment.

The Nursing department was expanded. Four additional instructors were hired and the student population increased to over 500 students or 23% of the campus population. One additional science instructor and a re-certification instructor were added to the Allied Health department. Two new degree programs were introduced in Math Secondary Education and Para Educator. The Criminal Justice department added a certificate program in case management and CIS, English, and Business developed new courses in support of their efforts to strengthen our degree programs. The Arch/Civil program was reassigned to Engineering and Visual Communications became an independent department. This was done to provide better instruction and maximize resources by grouping programs based on similarity of functions. The paramedic program was moved to the ETB building. The space will provide enhanced instructional opportunities for all trainees.

1

DTCC2899