**Accountability 2:** Evaluate curriculum, specific courses, and various instructional and administrative support services to insure the most effective total educational services are provided to the community.

**Comment:** The reassigning of Arch/Civil to Engineering relocated an under-subscribed program to a more appropriate area where the sharing of resources and recruitment efforts may stimulate growth. In addition, this move establishes Visual Communications as an independent department and gives the department chair and faculty the opportunity to further develop this program.

The integration of technology-specific courses into the basic and pre-tech math and language arts classes was so successful the integration was expanded to all degree-related courses. All campus writing , reading, and math assignments have technology-specific elements.

All programs have been reviewed for measurable outcomes and the assignment of these outcomes will be basis for developing SLOA methods for all courses.

All courses offered in our degree, certificate, and diploma programs now have web-based components and all instructors have been trained on Blackboard. Mandated one-credit Tech Seminars were created and provided to all basic and pre-tech students.

**Accountability 3:** Insure the proper scheduling of courses, efficient utilization of facilities, and the hiring, assignment, and evaluation of qualified staff.

**Comment:** Department Chairs continue to offer courses in non-traditional time blocks. The institution of the 8-week courses has been a great benefit for students. Basic and pre-tech students are now completing pre-college courses in one semester. The scheduling of classes continues to be the duty of the Department Chairs. The rolling of schedules in Banner has been a tremendous aid in the scheduling of classes. A positive and productive relationship has been established between the Registrar, the Dean of Instruction, and Department Chairs. This cooperative relationship has improved the overall scheduling process.

All faculty and professional staff have been evaluated for this year. During the past year it has been necessary to assemble numerous screening committees for new hires in the Instructional Division. Approximately ten instructional and three staff positions have been filled.

**Accountability 4:** Oversee the planning, preparation, and allocation of the Instructional Division's financial resources and budget.

2

DTCC2900

Comment: Through sound fiscal management, the Instructional Division efficiently utilized its budget allocations to advance the department's mission. The past three years have been fiscally challenging. Decreases in budget lines, including a 6% cut in supply money, was necessary to keep the campus and college in line with the Governor's wishes to cut costs.

The Instructional Division – primarily due to the dedication of the Department Chairs and faculty – has operated well within the prescribed limits. It has not been necessary for the division to seek supplemental funding. Items cut from the budget (computers and instructional aids) have been purchased with money acquired through grants, Tech Prep, tobacco funds and other outside sources.

The FY05 budget has been submitted and the allocation hearings for FY04 are complete. The new open and participatory budget process has heightened awareness of the budgeting process, cost of operating the campus, and scarcity of resources. Dr. Johnson is to be commended for introducing this open process.

**Accountability 5:** Develop, implement, evaluate, and continually upgrade the Campus Academic Policy.

Comment: All existing academic policies were followed. Through the Deans of Instruction committee, I participated in the development and reviews of numerous policies impacting students and faculty throughout the college. In addition, I chaired the IACLEA policy committee and submitted a college level plan for developing public safety related policies.

**Accountability 6:** Provide continuing staff development activities to insure professional growth and positive morale among subordinate employees within the Instructional Division.

Comment: Faculty attended a wide range of workshops, conferences, and seminars related to instruction, management, and specific technology areas.

All our faculty have been trained on Blackboard and all have received some appropriate level of SLOA training. Two Department Chairs were scheduled to attend the chairs conference in California, but because of the February snow storm, only one was able to get transportation out of Baltimore.

The principle focus has been on ETC courses. With the exception of new employees, we are near 100% for the basic certificate and many faculty are enrolled in the advanced certificate program. Faculty also continue to pursue higher degrees.

3

DTCC2901

**Accountability 7:** Maintain and/or upgrade the academic standards of the Campus educational programs to insure compliance with all accreditation guidelines.

Comment: Accreditation guidelines for all currently accredited programs have been followed. Human Services, Criminal Justice, Engineering, and business are exploring national accreditation opportunities. The major emphasis on program quality assurance was the completion of the Middle States evaluation. All faculty and staff participated in the process as committee members or chairs. The results of the Middle States exercise have been extremely positive.

All new faculty entered the mentoring program and were assigned trained faculty mentors.

**Accountability 8:** Serves as a participating member of various Campus and College-wide committees and boards, and outside community and higher education forums to continue to develop the delivery of the highest level of education service to the community.

Comment: I serve on numerous committees during the year. I participate in all College-wide DOI meetings; I continue to serve as chair of the Delaware State Police Articulation Committee; I will continue my role as the Public Safety Task Force chair until completion of the IACLEA assessment; I continue to serve on the collegewide U of D Parallel committee, Administrative Counsel, the Excellence in Teaching selection committee, and several Instructional Division workgroups.

**Accountability 9:** Articulate courses and programs with high schools, other colleges, and organizations.

Comment: During the past year, the following articulations have been initiated, finalized, or renewed:

- Engineering with Wilmington College
- Human Services with U of D
- Allied Health with George Washington University
- Visual Communications with Wilmington College
- Nursing with Wilmington College and U of D
- Business – accounting with State of Delaware
- CIS with Wesley College

4
**DTCC2902**

- ECE with Poly Tech and Caesar Rodney High Schools

The high school Tech Prep agreements are growing stronger and the relationship with Poly Tech High school is very positive.

**Accountability 10:** Manage the involvement of the Instructional Division in the recruitment and retention of students.

Comment: Student recruitment and retention efforts were a result of a plan to specifically address retention. Our new enrollment numbers have continued to increase, but our retention rate has not improved. During the past year, our "at-risk-students" (pre-tech) have been mandated into Technology Seminars designed to provide assistance to new students and to create a connection between the student and his or her technology. An additional step has been the outreach efforts of our faculty to contact students outside the classroom and offer assistance, if needed. Department Chairs and faculty participated in college awareness days and other recruitment opportunities in the high schools. Faculty served as judges and assisted with VICA and DECA activities. Faculty advisors support the technology clubs.

In the spring, we presented a program to seniors at Poly Tech. The program included a video created by the faculty solely for recruitment purposes.

The availability of the Academic Center for Transitional Studies has provided a productive learning environment that has had a positive impact on retention.

The link with the ABE/GED programs has resulted in the transition of approximately ten students to campus college-level courses. One of these students was inducted into PTK this year.

**Accountability 11:** Perform other duties as required.

Comment: I have performed multiple functions including representing the college in the community, moving furniture, making repairs to the building, and constructing classrooms. I have represented the Campus Director at meetings, served on screening committees, and participated in campus activities.

**Add any new Principal Accountability not included in the Classification Specification.**

5

DTCC2903

II. **Professional Development Activities** *(List those Professional Development Activities you accomplished during the past year and those you would like to accomplish in the next year.)*

Accomplished during the past year:
- Completed Blackboard training
- Attended SLOA workshops
- Attended the collegewide Department Chairs workshop
- Attended Employee Recognition
- Completed 15 credits toward my D. Ed

**To be accomplished during the next year:** Continue with D. Ed. degree program and participate in workshops and activities related to SLOA.

III. **Review of Goals** *(Indicate the progress which has been made in achieving the major goals which were set to be accomplished during this annual review period, and explain the progress which has been made.)*

Goal 1.  A Transitional Studies Web site was created and is available on the Web

Goal 2.  The Transitional Studies model is defined and established. The Academic Center, the hub for Transitional Studies, is complete.

Goal 3.  The integration of technology elements into the reading, English, and math courses is complete. We were the first campus to complete this.

Goal 4.  Department Chairs completed a recruitment presentation and delivered it in part or as a complete program at local high schools. A major effort was made at Poly Tech to graduating seniors.

Goal 5.  The Delaware State Police articulation is complete. Implementation is awaiting DSP attorney approval. Approval will be sought at the October COPT meeting.

Goal 6.  I served as chair through the IACLEA assessment process and continued until a direction for IACLEA recommendations was established. At that time, I suggested the Public Safety Task Force be replaced by a Public Safety Committee made up of the Public Safety Chiefs for all campuses. That suggestion was approved by President George and the Public Safety Task Force assignment was complete.

DTCC2904

**IV. Future Major Goals** *(List those major goals which you would like to accomplish in the next year.)*

Goal 1.   Further the implementation of SLOA based on the college plan

Goal 2.   Continue to expand recruitment and retention efforts

Goal 3.   Provide advisement training to all faculty and counselors

Goal 4.   Implement new selection process for nursing students entering clinicals, based on the Owens Campus model.

Goal 5.   Identify and eliminate vestiges of policies and procedures which prevent Delaware Tech from moving 100% toward the "one college reality."

Goal 6.   Work collaboratively with the other Deans of Instruction to attain the collegewide Deans of Instruction goals (see attached).

What additional resources, if any, would you need to accomplish the future goals?

Every effort will be made to realize goals within the current budget allocations.

**V.  Overall Performance Review**
*(Summary of the employee's overall performance by the Supervisor)*

Supervisor's Signature:_____     Date:_____

7
DTCC2905

B300

V.   **Overall Performance Review**
     *(Summary of the employee's overall performance by the Supervisor)*

Dan, you have consistently demonstrated the ability to effectively prioritize tasks, estimate time frames, meet deadlines, coordinate work assignments with other team members, and use available resources even during difficult budget reductions. You continue to perform the principal accountabilities of your position in an outstanding manner, which is evident by numerous successful achievements of the Instructional Division, such as Middle States Accreditation, transitional studies model, reorganization of specific departments, etc. Your ability to provide sound fiscal management has enabled the division to meet the challenges of budget reductions without affecting the quality of instruction. Under your leadership, the department chairs and faculty continue to be innovative in approaches to solving problems.

Please re-prioritize your next year's goals as follows:

1. Implement the Collegewide Agenda.
2. Identify and eliminate vestiges of policies and procedures which prevent Delaware Tech from moving 100% toward the "one college reality."
3. Ensure that the Instructional Division collaborates with the Student Services Division to expand effective recruitment and retention efforts.
4. Implement collegewide admissions/clinical guidelines for the Nursing Department once they have been developed and approved by President's Council.
5. Collaborate with the Director of CCP to establish and implement seamless career pathways that include both credit and noncredit curriculum, multiple entry and exit points, and lead to employment and/or transfer to senior institutions.
6. Enhance communication and build rapport with team members.
7. Further the implementation of SLOA based on the collegewide plan.
8. Provide advisement training to all faculty and counselors.
9. Work collaboratively with the other Deans of Instruction to attain the collegewide Instructional Division goals. (see attached)

DTCC2906

B301

**Perform other duties as required:**

As a point of clarification, you have never been required by the Vice President/Campus Director to move furniture, make repairs to the building or construct classrooms. You performed these duties along with specific faculty because you felt that Administrative Services did not respond in a timely manner. In the future, if work is required which cannot be completed in your timeline, you are to inform the Vice President/Campus Director so that temporary help can be hired to complete the task. Under no circumstance, should you or any of your faculty perform tasks which are the responsibility of the Administrative Services Department!

Please identify personal professional development activities you plan to participate in which will enhance your leadership skills.

Thank you for your tireless efforts on behalf of the Campus/College which continue to yield positive results. Your personal and professional support of the Vice President/Campus Director is very much appreciated. I look forward to working with you to accomplish your next year's goals.

Marguerite A. Johnson, Vice President/Campus Director          Date 10-30-03

VI.    **Employee's Response/Comments:**

_I will continue in the D Ed program and I will be seeking additional information and training in the areas of service learning, first year experience and developmental studies. All faculty will be improving our skills in SLOA._

I acknowledge having read and received a copy of this performance appraisal and understand that the original of this appraisal will be placed in my personnel file.

Daniel Simpson, Dean of Instruction          Date 16/04/03

DTCC2907

# PERFORMANCE APPRAISAL AND PLANNING FORM

## ADMINISTRATIVE STAFF

*To be completed by the employee and submitted to his/her supervisor within two weeks of receipt.*

Name: Daniel L. Simpson            Date: August 30, 2001

Position: Dean of Instruction            Campus: Terry Campus

Annual Review Period: From: October 1, 2000            Through: June 30, 2001

I. **Principal Accountabilities** *(Evaluate your past performance on each of the below listed Principal Accountabilities taken from your Classification Specification.)*

**Accountability 1:** Library and Internet research has been introduced as an integral part of all courses. CIS created three new courses (CIS 180, 209 and 260) so professionals will have the opportunity to learn the most current technology available. The Business Department introduced MOUS certificate programs. CIS and Business are finalizing degree and certificate programs in E-Commerce, CRJ has begun the development of a Corrections certificate. ECE continues to maintain a leadership role in the development of a Para-Education degree. The Instructional Division laid the groundwork for a new Transitional Studies initiative.

Comment:

**Accountability 2:** The summer of 2001 was used to develop new online and telecourses. In addition, curriculum revision resulted in the restructuring of the Math curriculum and changes to ENG and RDG courses. In the spring of this year, all technologies introduced new course syllabi that identify collegewide performance objectives and provide students with clearly stated measurable course objectives. All program are currently under evaluation to determine the strength of their enrollment and validate their application in the professional world. Additional LCD projectors and computers were purchased and are used to integrate PowerPoint and web-based information into the classroom. Department Chairs and faculty continue to support student clubs and use the club activities as part of the extended curriculum.

Comment:

RECEIVED

AUG 3 0 2001

Campus Director's Office

B303

1

DTCC2916

**Accountability 3:** Planning sessions with the Department Chairs has resulted in a reduction in the cost of lab services. In 2001-02 and –03, the costs were reduced. Department Chairs currently assure that all faculty are teaching a minimum of 18 hours per week. In addition, studies of human and material resources are in progress and will remain ongoing. The purpose is to assure efficient utilization of all resources. Qualified staff have been hired to fill existing vacancies. Faculty candidates have been selected based on talents and skills that meet the current and future needs of the instructional department.

Comment: _____

_____


**Accountability 4:** In October 2000, when I assumed the duties of Dean of Instruction, the FY2001 budget allocations for the Instructional Division were depleted to a point of concern. In addition, the budget submitted for FY2002 was unrealistic and irresponsible. It was necessary to realign spending for FY2001 and create a new budget for FY2002. Also, the Department Chairs were instructed to cut costs in each department. Full-time instructors were given 18-hour course loads and adjuncts replaced full-time instructors in many night classes. Lab hours were adjusted to meet student usage, and where appropriate peer tutors replaced lab techs. Many other cost-saving measures were implemented to fully utilize human and material resources.

The FY2002 budget is 10% less than the FY2001 budget. In an effort to remain fiscally solvent, we have been working diligently to identify revenue-producing projects and cost-cutting measures. Currently, we have three instructional positions open. We will evaluate and determine the appropriate time to request instructors for these positions.

Comment: _____

_____


**Accountability 5:** All existing academic policies were appropriately applied. The Instructional Division also created policies to assist with the administration of our programs. Instructor Workbooks and Advisor Workbooks were completed and circulated to faculty.

Comment: _____

_____

2

DTCC2917

**Accountability 6:**The Teaching Resource Center continues to offer a wide variety of programs that faculty attend. Faculty also participates in ETC courses, Employee Enrichment workshops and conferences. Two Department Chairs attended the National Department Chairs Conference and shared what they learned with our other Department Chairs.

Comment:

**Accountability 7:**Program Review has been suspended at all campuses until the completion of Middle States. All faculty have been assigned to Middle States committees. The Nursing Department is finalizing its self-study for accreditation. All other departments, not currently accredited by a state or national agency, are exploring accreditation options.

Comment:

**Accountability 8:**Members of the Instructional Division play active roles on campus and college committees. The Dean of Instruction worked with the faculty and staff senates to develop a list of all known committees and members. In cooperation with the Campus Director, we are now in a position to receive credible nominations from faculty and staff for committee membership.

Comment:

**Accountability 9:**CRJ competed an articulation agreement with Dover High School. HMS completed their articulation agreement with Wilmington College. ECE entered into an articulation agreement with Wilmington College that provides baccalaureate options for students seeking four-year degrees. In addition to these, Business, Arch/Civil, CIS and Engineering are engaged in the development of articulation agreements.

Comment:

**Accountability 10:**Instructional Division personnel have presented workshops for professionals, visited schools, participated in mall shows and participated as judges in high

3

DTCC2918

school vocational competitions. They also serve on the Campus Enrollment Management Committee.

Comment: _____

_____

_____

**Add any new Principal Accountability not included in the Classification Specification.**

_____

_____

_____

_____

**II.  Professional Development Activities** *(List those Professional Development Activities you accomplished during the past year and those you would like to accomplish in the next year.)*

**Accomplished during the past year:** Served on Administrative Retreat Committee; attended campus and college workshops; read all I could to learn the duties of Dean of Instruction

_____

**To be accomplished during the next year:** I have recently entered the Doctoral program at Wilmington College.

_____

**III.  Review of Goals** *(Indicate the progress which has been made in achieving the major goals which were set to be accomplished during this annual review period, and explain the progress which has been made.)*

I assumed the duties of the Dean of Instruction in October of last year. Therefore, I did not set any specific goals. However, I did short range goal setting based on a quick analysis of the status of the Instructional Division. Existing personnel issues have been resolved, the Math Department hs been reorganized, a strategy for transitional studies developed and cost-cutting initiatives implemented. I remained active in community projects as a college representative.

DTCC2919

**IV. Future Major Goals** *(List those major goals which you would like to accomplish in the next year.)*

Goal 1.   Further the development of a Transitional Studies Center

Goal 2.   Increase collaborative efforts with CCP

Goal 3.   Continue to represent the college in community programs and activities

Goal 4.   Continue to work in harmony with the College Deans and Administrators to enhance the quality of our academic program and service to the students

Goal 5.   Provide training opportunities for faculty and promote the ETC Program on and off campus

Goal 6.   Maintain open lines of communication throughout the campus and college and advocate cooperative efforts

What additional resources, if any, would you need to accomplish the future goals?

Whatever resources are made available, will be utilized to the fullest. The absence of resources will not be presented as a reason for not pursuing goals. However, additional human and material resources would greatly enhance the quality of service to our students.

**V. Overall Performance Review**
*(Summary of the employee's overall performance by the Supervisor)*

Supervisor's Signature:_____    Date:_____

DTCC2920

## V.  Overall Performance Review

*(Summary of the employee's overall performance by the Supervisor)*

Thank you for your self-evaluation materials, which were very well prepared. The many achievements outlined resulted in the significant growth and success of the Instructional Division.

As the Acting Dean of Instruction you were faced with the difficult challenge of assuming a campus leadership position in the middle of a semester. During a very complex transitional period, you have adapted well to changes in procedures and policies while maintaining composure and a positive attitude. You have conducted advanced planning, anticipated problems and taken appropriate actions accordingly. As a result, I have received favorable comments from your peers and external constituencies regarding your recognized ability. I commend you for also working competently and harmoniously with campus/college employees to successfully meet departmental, campus and collegewide goals.

Overall, your performance has exceeded normal expectation for this position with quality, quantity and timeliness of work. Moreover, the leadership you have provided this past year has filled a critical void in the Terry Campus administrative team. As an experienced and dedicated administrator, you have willingly shared information/resources, suggested ideas and often assisted other members of the team. Thank you for your continued commitment to excellence as evident through your numerous contributions, dedication, efforts, hard work, visionary thinking and problem solving. As an invaluable member of the campus/college team, I look forward to working with you to accomplish your 2001-2002 goals. Your personal and professional support of the Vice President/Campus Director is very much appreciated.

Marguerite M. Johnson, Vice President/Campus Director

10-17-01

Date

DTCC2921

**VI.    Employee's Response/Comments:**

I have enjoyed my year and look
forward to another year with our
campus leader. It is a great team.

I acknowledge having read and received a copy of this performance appraisal and
understand that the original of this appraisal will be placed in my personnel file.

_Daniel L Simpson_                              10/22/01

Daniel Simpson, Dean of Instruction                Date

DTCC2922

| February | M T W T F S S |  | March | M T W T F S S |
|---|---|---|---|---|
|  | 1 2 3 4 5 6 |  |  | 1 2 3 4 5 6 |
|  | 7 8 9 10 11 12 13 |  |  | 7 8 9 10 11 12 13 |
|  | 14 15 16 17 18 19 20 |  |  | 14 15 16 17 18 19 20 |
|  | 21 22 23 24 25 26 27 |  |  | 21 22 23 24 25 26 27 |
|  | 28 |  |  | 28 29 30 31 |

# 31 JANUARY
### Week 5

**31  MONDAY** 31/334          *Shelby Will call*                    ✔

| SCHEDULE | TO DO |
|---|---|
| 8 |  |
| 9  Connie |  |
| 10  Wilma |  |
| 11 |  |
| 12 |  |
| 1  30- Assessment Center |  |
| 2  Peg Prouse - Integrated Library System |  |
| 3 |  |
| 4 |  |
| 5 |  |

**1  TUESDAY** 32/333      *Call about Police Chiefs meeting*

| 8  Call Di George |
|---|
| 9 |
| 10 |
| 11 |
| 12 |
| 1  12:00 - Black History - DLH |
| 2  2:30 - Dr. Link |
| 3  3:30 Bob, Dan, Ruby - Gala |
| 4 |
| 5 |

**2  WEDNESDAY** /11/12

| 8  7:30 CDED - Sheraton |
|---|
|   Central Delaware Economic Development |
| 9 |
| 10  11:30 - Stephanie Brandt |
| 11 |
| 12  Call Di George |
| 1  7:30 - Zak Royston |
| 2 |
| 3 |
| 4 |
| 5 |

© 2002 Day Runner, Inc. All Rights Reserved.  76205-006          Order No. 361 21507 05

DTCC 4016

IMPORTANT THIS WEEK

*Call Degra*
*Call Tony about*
*Kilroy*

# FEBRUARY 6
2005

## 3 THURSDAY 34/331

SCHEDULE                TO DO

8

9

10

11

12

1

2    1:30 - Charlotte, Showdy, Faulkner

3

4

5

## 4 FRIDAY 35/330

8

9    9:30 - Deb Wicks / Terry - Reschedule

10

11    653-8585

12

1

2

3

4

5

## 5 SATURDAY 36/329

*Mardi Gras - writing*

## 6 SUNDAY 37/328

www.dayrunner.com

DTCC 4017

# 7 FEBRUARY
Week 6

| February | M | T | W | T | F | S | S | | March | M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | | | | 1 | 2 | 3 | 4 | 5 | 6 |
| | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | | | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| | 28 | | | | | | | | | 28 | 29 | 30 | 31 | | | |

## 7 MONDAY 38/327

SCHEDULE · TO DO

11:30 - TER 214 - U of D Open House

2:30 - Riley / Dr. H

Stephanie

## 8 TUESDAY 39/326

7:30 - TRC Mardi Gras - Pancakes

:50 - DPD - Police Chfs

Culinary Arts
Deb Wicks - 653-8585
4:00 - Mardi Gras - TRC

## 9 WEDNESDAY 40/14 Call Dr J

Bob Hearn

WHEELS - Steph, Bob, Shelby, Sio K

© 2002 Day Runner, Inc. All Rights Reserved. 76235-03

Order No. 061-285Y-05

DTCC 4018

IMPORTANT THIS WEEK   *Innovation Committee Email*

# MARCH 6
**2005**

**3** THURSDAY 62/303   *talk to Bob - phones*

SCHEDULE

TO DO

8   Steph B. should call after 3:00 mtg - will

9

10

11   11:30 - Steph Beaudet

12

1

2   2:00 - Interview

3

4

5   1800 HR Debut Hotel Global Economy World Trade Center

**4** FRIDAY 63/302

8

9

10   1030 - Ryus, Pitts

11

12

1

2

3

4

5

**5** SATURDAY 64/301

6:00 - Modern Maturity Ctr - Nurse's Ball

**6** SUNDAY 65/300                    MOTHERING SUNDAY UK

www.dayrunner.com

DTCC 4025



**7 MARCH**
Week 10

| March | M | T | W | T | F | S | S | | April | M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | | | | | | | 1 | 2 | 3 |
| | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| | 21 | 22 | 23 | 24 | 25 | 26 | 27 | | | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| | 28 | 29 | 30 | 31 | | | | | | 25 | 26 | 27 | 28 | 29 | 30 | |

**7  MONDAY** 66/299

SCHEDULE                    TO DO

8
9
10
11   oO Pape's office
12
1
2
3
4
5

**8  TUESDAY** 67/298

9   Heart, Sweeney
10  US Drgen
11
12  Women's Month DLH
1:30 - Middlestates, Bates, Mosley
2
3
4
5

**9  WEDNESDAY** 68/297

8
9
10
11
12   HOPE
1
2
3
4
5

© 2002 Day Runner, Inc. All Rights Reserved.

B314

DTCC 4026

IMPORTANT THIS WEEK

# MARCH 13
2005

**10** THURSDAY 69/296    HSO Fundraiser - UNO

SCHEDULE

TO DO

8
9
10
11
12
1    1:15 - Dr. Quinn - 422-3000
2
3    3:30 - Yanos, Spensinato, Banks
4
5    CDC Parent Advisory
      Board

**11** FRIDAY 70/295    Entrepreneur workshop

8
9    Welcome at 0900 hrs.   8:30 - Employee Giving - DS3
10                                    Kickoff
11   Go Renning at Brian
12
1
2
3
4
5

**12** SATURDAY 71/294

**13** SUNDAY 72/293

www.dayrunner.com

B315

DTCC 4027



**14 MARCH**
Week 11

March M T W T F S S
April M T W T F S S

**14 MONDAY** 73/292

SCHEDULE                                    TO DO

8

9

10   10:30 Zak Royston

11

12

1

2

3

4

5

**15 TUESDAY** 74/291        Health Fair

8

9   9:00 - Pres. Council (coopS)

10

11

12

1

2

3

4

5

**16 WEDNESDAY** 75/290

9

10   Interview, Alexandra Hakily
     Admin Council

11

12

1

2   Yanos, Banks, Spampinato

3

4

5

© 2002 Day Runner, Inc. All Rights Reserved. 76235-05

Order No. 061

DTCC 4028



DTCC 4040



DTCC 4053

*Original MK*

# PERFORMANCE APPRAISAL AND PLANNING FORM
## ADMINISTRATIVE STAFF

**Name:** _____ Daniel A. Houghtaling _____     **Date:** _____ September 30, 2004 _____

**Position:** _____ Assistant to the Campus Director _____     **Campus:** _____ Terry _____

**Annual Review Period:** From _____ July 1, 2003 _____ Through __ June 30, 2004 _____

I.     **Principal Accountabilities** (*Evaluate your past performance on each of the below listed Principal Accountabilities taken from your Classification Specification.*)

**Accountability 1:**     **Interact with various deans, directors, and department chairs to develop a cohesive implementation of comprehensive marketing and student recruitment strategies, systems, and programs. Provide counsel, advice, analysis, and assessment of educational and administrative systems and programs.**

Continued ongoing day-to-day interaction with various deans, directors, and department chairs as the campus moved forward with the implementation of collegewide planning and marketing initiatives and other campus priorities. Chair the Terry Campus Planning Council, which was expanded this year to add several new members. Active member of the College Planning Council, which during the past year established a new college/campus planning process/model and developed the updated expanded college mission statement. A new college planning calendar was approved and the process for establishing the college's new strategic direction was approved, with the process to begin this fall. The expanded Campus Planning Council has met to review the new college/campus planning process and will be actively involved in the upcoming environmental scan process once the College Board of Trustees has identified and approved the scan topic areas, which will happen this fall. Participated in the review and update of collegewide and campus planning processes. Continued to provide oversight of campus implementation of these collegewide processes. Continued to provide and seek counsel, advice, information and assessment in the execution of assigned tasks.

**Accountability 2:**     **Plan, market, and implement credit and non-credit distance learning courses for worldwide distribution.**

Continued to work with the Dean of Instruction and ITV Operations Manager to promote distance learning through telecourse, online, CD-ROM, and interactive video courses. The campus has excellent in-house production capabilities and the ITV Operations Manager has been working with the Dean of Instruction to identify courses for development of in-house telecourses and other video media services. HTV completed its ninth season and Quizmasters had over 200 elementary students compete this past year. Comcast used our studio and staff to produce its Academic Challenge program for high school students.

CONFIDENTIAL                                                        DTCC2788

**Accountability 3:**    Facilitate the work of the Enrollment Management Committee to identify and market new and existing programs to meet enrollment objectives and to develop retention strategies.

Continued to oversee campus marketing strategies, campaigns, and publications that impact enrollment and retention objectives. The campus Enrollment Management Committee was reorganized last year under the direction of the Dean of Student Services. The Assistant to the Campus Director has served as a resource person for this group, and will become an active member of the Enrollment Management Committee during the coming year.

**Accountability 4:**    Provide effective management of the Pre-admission System; oversee employees engaged in responding to telephone and mail inquiries from prospective students and corporate clients.

The pre-admission process is managed by the Admissions Office, using Banner software, and is under the supervision of the Dean of Student Services.

**Accountability 5:**    Manage programs and publication development that promote the college/campus including brochures, press releases, and other advertising media encompassing print, radio, TV, and billboards.

Continued to exercise oversight of the Marketing Department. Worked with Deans and Directors, the Marketing Operations Manager, and Ron Pleasanton to review, evaluate, and update the *Course Schedule* format. The updated publication premiered this fall and was well received. The publication will continue to be reviewed for improvements and deadlines will continue to be enforced to make the publication available to students in a timely manner. The previous contract for publication of the *Course Schedule* ended with the summer schedule. Since completion of the State Printing Office bid process, we have a new printer, TaapCo, for the coming year.

The cost of advertising has increased over the past few years. A request for an increase to the advertising budget was approved for FY04 and FY05, which will allow us to maintain advertising at the current level. Ads were decreased in some venues to allow for new marketing with Warner Brothers Network and UPN21. Another new initiative was the purchase of advertising space on the Carmike movie screens at the Dover Mall, which runs prior to each movie.

**Accountability 6:**    Conduct market research and provide analysis and attendant strategies for penetration into new and diverse markets consistent with the goals and philosophy of the college.

I am a member of the Collegewide Marketing Committee, which addresses this initiative on an ongoing basis. Campus advertising campaigns follow the format set forth by Collegewide Marketing in support of the college branding effort. Market research is addressed in collegewide marketing goals. See Accountability 5 – new markets.

2

CONFIDENTIAL

**Accountability 7:**    Compose, edit, and produce planning documents and reports, strategies, and analysis for use in both campus and collegewide programs. Coordinate and supervise the production of campus publications and marketing-oriented videos developed by subordinate staff.

Continued to oversee the production of planning documents and reports. The 2005 Operational Plan and the 2004 Achievement Report have been completed, published, and forwarded to the President's Office.

A Marketing publication timeline was established for 2004-05 and has been adhered to, creating campus publications on a timely schedule. The *Course Schedule* format was revised to create a more contemporary publication. Marketing videos and major campaigns are coordinated collegewide. I am a member of the Collegewide Marketing Committee and maintain oversight of campus marketing operations.

**Accountability 8:**    Develop and administer a centralized campus budget for marketing and recruitment activities.

The centralized marketing budget is prepared annually by the Marketing Department with input, approval, and oversight from this office. I am a member of the Collegewide Marketing Committee, which coordinates various activities for the college and campuses. As a member, I am involved in the preparation of the collegewide marketing budget request. Campus recruitment activities are coordinated through specific requests from individual departments.

**Accountability 9:**    Supervise the planning, development, and implementation of special event programs.

Participated on the Terry Campus Development Council and provided coordination for the first Terry Campus Gourmet Gala fundraising event to be held on October 23, 2004. The event will be a sell-out not only in attendance, but also in program ads and vendors participating. We have exceeded our original goal of $50,000.

This office coordinated another record Employee Giving Campaign and a successful United Way Campaign. The Resource Development Officer, under the supervision of this office, has worked with various campus constituents to develop new and continuing grant projects for submission to federal, state, and private funding sources.

**Accountability 10:**    Make public presentations promoting the college's programs and services and represent the campus on external committees.

Upon request, work with counterparts and other campus and college constituents on collegewide activities. Serve as media contact on campus. Member of the Colonial Rotary, serving as Vice President, member of the Central Delaware Chamber of Commerce Leadership Development Program Committee and co-chair the Annual Chamber Golf Tournament, at the pleasure of the CD/VP serve on the Central Delaware Economic Development Council, serve as Chair of the Kent

CONFIDENTIAL                                    DTCC2790

County Metropolitan Planning Organization's Public Advisory Committee and serve on Downtown Dover's St Patrick's Day Parade committee.

**Accountability 11:    Provide research and development of data, statistics, and other applicable information to support the structuring of strategic plans.**

This office provides information as requested or seeks information from other individuals as required. This is done in support of campus/college planning initiatives, in response to reports from outside agencies, or as requested by other individuals. The campus Registrar and individuals within the President's Office have provided data and statistics when requested.

**Accountability 12:    Prepare appropriate portion of the collegewide plan and provide evaluation of current plan goals achievement.**

Ongoing. This office is responsible for compiling the Collegewide Agenda Report and the campus Achievement Report annually. These reports reflect campus accomplishments in achieving college strategic and campus long-range and operational goals. Annual progress is evaluated and steps are taken to ensure that changing or unattained goals are addressed.

**Accountability 13:    May oversee institutional advancement and federal programs depending on campus organizational structure.**

Represent the campus on the collegewide Institutional Advancement Committee. Work with individuals applying for new or renewal funding through federal, state, or other programs. This office is responsible for the appropriate processes for grant proposal review, approval, and submission.

The Resource Development Officer, under the supervision of this office, has been working with various campus constituents to develop new and continuing grant projects for submission to federal, state, and private funding sources.

**Accountability 14:    Oversee the Technical Services Department.**

Continued oversight of the Technical Services Department.

**Accountability 15:    Oversee the Audiovisual & Media Services Department.**

Continued oversight of the Audiovisual & Media Services Department. The following courses were added to Terry Campus online offerings in FY04: Visual Programming, Criminology, Cost Accounting I, Auditing, Advanced Accounting, Business Law, Business Communication, and Microeconomics.

**Accountability 16:    Oversee implementation of the campus master plan.**

The campus complex continues to develop, providing a safe, healthy and friendly environment for students, staff and guests. Campus beautification efforts continue. Currently working on a new 101

B322

4

space parking lot for ETB and a loop road redesign with a 96 space expansion of the SET east parking lot. Soliciting Kent County state legislators for funding for the road and parking projects.

CONFIDENTIAL

DTCC2792

**Accountability 17:    Perform other duties as required.**

As directed by the President, Campus Director, and/or collegewide coordinators, serve on special committees and coordinate special projects. This past year I have been actively involved with the Terry Campus Development Council and have taken on a leadership role in the campus's first major community event, Gourmet Gala. I have learned to be flexible and adaptive to accommodate the versatility of each project and prioritize my workload. I am productive and work well with my counterparts and other individuals involved in projects to which I am assigned.

I am involved in various community activities and consistently promote Delaware Tech and the Terry Campus at area events and to various organizations and committees.

**Add any new Principal Accountability not included in the Classification Specification.**

Just prior to the start of the FY05 school year, the campus took over the management and operation of the campus cafeteria. A staff consisting of one supervisor and three workers were hired. Initially, I worked with the new staff to establish operating procedures, the menu and working accounts. Since then, I have taken on the additional responsibility of overseeing the campus cafeteria operations.

Was initially involved in developing the new Collegewide Assessment Model and will be taking an active role within my areas to implement the ESOA model during the coming year.

I.    **Professional Development Activities** (List those Professional Development Activities you accomplished during the past year and those you would like to accomplish in the next year.)

**Accomplished during the past year:**

IEA Annual Conference, New Orleans, LA, July 27-31, 2003
Nichols & Nichols SLOA Workshop, Terry Campus, December 4-5, 2003
Middle States Commission of Higher Education AQA , Philadelphia, PA, December 8-9, 2003
Nichols & Nichols ESOA Workshop, Owens Campus, March 17-18, 2004
PTK International Convention, Minneapolis, MN, March 30-April 3, 2004

Member – Council for Resource Development (CRD)
Member – Association for Supervision and Curriculum Development (ASCD)

I have taken on additional leadership roles within community organizations noted under Accountability 10 above. I have also been actively engaged within the community soliciting funding for our first major fundraising event. A conscientious effort is being made to court individuals that have both financial and in-kind services that will benefit the campus. As this event evolves, more individuals will be invited on campus to discuss our needs and solicit their support.

III.    **Review of Goals** (*Indicate the progress that has been made in achieving the major goals that were set to be accomplished during this annual review period, and explain the progress that has been made.*)

CONFIDENTIAL

NOTE:  <u>A copy of the Assistant to the Campus Director's FY 04 Achievement Report is</u>
<u>included as Appendix 1. This document provides a detailed breakdown of specific objectives</u>
<u>and supplements each area below.</u>

**Goal 1:**     **Continue to work with the Resource Development Officer to improve his skills**
**and performance in obtaining new funding sources for the campus.**

Has this goal been accomplished?     ☐ Yes     ☒ No     ☐ In Progress

With the duties, current responsibilities, and staffing assigned to this office, it is difficult to
provide the daily supervision and mentoring needed by this individual. Although I am available
to assist him, recurring problems have shown this individual does not function well in a
self-supervised position in accomplishing his duties and responsibilities as originally intended.

**Goal 2:**     **Continue to work with the Terry Campus Development Council in**
**implementing one fundraising activity for the coming year and in developing**
**our private giving plan.**

Has this goal been accomplished?     ☒ Yes     ☐ No     ☒ In Progress

Although the members of the Development Council did not play an active role as anticipated in
planning our first event, a lead team made up of Ruby Schaffer, Ron Pleasanton, and I had
resounding success in establishing this event.  We are currently working with other campus
members on final details to make it one of the premiere events in Kent County.

**Goal 3:**     **Work with the Collegewide Planning Committee in developing and**
**implementing an updated campus planning and assessment model.**

Has this goal been accomplished?     ☒ Yes     ☐ No     ☒ In Progress

The model for planning and assessment was approved in FY04.  Timelines for implementation in
FY05 have been established.

**Goal 4:**     **Once the collegewide-planning model is in place, work with the Terry Campus**
**Planning Council, faculty, and staff in implementing the model on campus.**

Has this goal been accomplished?     ☒ Yes     ☐ No     ☒ In Progress

The Terry Campus Development Council was increased to 13 members. The council has met and
members are currently assigned to collegewide environmental scanning groups to help define the
college's new strategic directions.

CONFIDENTIAL                                        DTCC2794

**Goal 5:**     Continue to work with department heads under my supervision to strengthen their departments in terms of accountability with budgets, work orders, and inventories.

Has this goal been accomplished?     ☒ Yes     ☐ No     ☐ In Progress

Improvements have been made in all departments in managing both physical and financial resources. The level of response to provide services has also improved.

**Goal 6:**     Continue to communicate with other campus administrators and the Campus Director on a regular basis.

Has this goal been accomplished?     ☒ Yes     ☐ No     ☐ In Progress

**What additional resources, if any, would you need to accomplish the goals stated above?**

None.

III.     **Future Major Goals** *(List those major goals that you would like to accomplish in the next year.)*

Goal 1:     Work with the Vice President and Campus Director to address and resolve     ←
            recurring issues in the marketing department.

Goal 2:     Work with the Terry Campus Planning Council, faculty, and staff in implementing the new college planning model.

Goal 3:     Evaluate the current structure and work with the Vice President and Campus Director to strengthen and encourage participation of Terry Campus Development Council members.

Goal 4:     Work with key members of the Gala committee and the Vice President and Campus Director to evaluate the Gourmet Gala and make suggestions and recommendations for increasing private giving revenues and improvement of the event. In addition, establish a timeline for the 2nd Annual Gourmet Gala and work on developing/courting major sponsorships.

Goal 5:     Work with members in the Collegewide Planning Council to develop and implement the new campus planning and assessment model.

Goal 6:     Review, formalize and update the campus master plan to include future buildings, parking, acquisitions, walkways and landscaping.

Goal 7:     Continue to communicate with other campus administrators and the Vice President and Campus Director on a regular basis.

C O N F I D E N T I A L                                                              DTCC2795

**V.    Overall Performance Review**
*(Summary of the employee's overall performance by the Supervisor)*

Dan, you have performed some of your principal accountabilities very capably this past year, such as oversight for the implementation of the new planning process and structure, assisting in the refinement and expansion of the budget hearings to ensure greater participation, and identifying and developing enhancements to the course schedule.

Your strengths continue to be in the coordination of special projects, specifically the Gourmet Gala. You have worked enthusiastically and cooperatively with team members to orchestrate our first major fundraiser. Your ability to produce workable ideas, concepts and techniques will result in an outstanding event. Also, the oversight you have provided to the new cafeteria operation has yielded, thus far, very much improved food service in quality, customer service, and cleanliness. Your efforts in these two projects has been commendable.

However, I continue to be disappointed in the lack of improvement shown in staff performance, productivity and quality in the marketing and grant writing areas under your supervision. In some instances your excuses rather than corrective action have made conditions worse. Also, after explaining to you on numerous occasions the importance of not sharing confidential information and including this as a goal in your 2002-2003 evaluation, you once again failed to comply: i.e. revealed information regarding a major donor contributor with a collegewide administrator. This disclosure could have negatively impacted one of our major sponsors. It is imperative that you take responsibilities for your actions and correct this behavior immediately. Your credibility is essential to your effectiveness as an administrator.

Finally, Dan, the 2002-2003 goals you addressed were not the ones I approved. Please re-read your last year's evaluation and acquaint yourself with the 10 goals I identified and asked you to address. You continue to list essential functions of your position as goals. Include the following and reprioritize your future goals:

Goal 1. Implement the President's College Agenda for 2004-05.

Goal 2. Continue to eliminate vestiges of policies and procedures, which prevent DTCC from moving to 100% toward the "one college reality".

B327

DTCC2796

Goal 3. Continue effective communications within the College matrix organization.

Goal 4. Work with the Assessment Coordinator and the planning council to ensure that SLOA and ESOA are implemented and utilized to successfully prepare the Middle States report due fall, 2005.

Goal 5. Demonstrate the ability to make sound judgments consistently, which withstand technical scrutiny. In situations requiring judgment, please adhere to the following guidelines:    a) Weigh all options and choose the best course of action when dealing with difficult situations or decisions and always consider the impact of your decision.

b) Exercise a high degree of discretion when dealing with confidential information.

c) Exercise logical thinking to foresee consequences of actions for the Campus, College and public, as well as Vice President/Campus Director.

d) Advise the Vice President/Campus Director of all potential landmines immediately.

e) Distinguish between those situations appropriate for your handling and those requiring referral to the Vice President/Campus Director and other college personnel to address.

Goal 6. Enhance effective communication with the Vice President/Campus Director and members of the campus/college administrative team.

Thank you for your support and your numerous efforts on behalf of the campus/college. The achievement of the 2004-2005 goals outlined by the Vice President/Campus Director must become your priority. I am committed to your professional development and I look forward to working with you to achieve your goals.

Marguerite A. Johnson, Vice President/Campus Director                    10-29-01

                                                                                                    Date

CONFIDENTIAL                                                                 DTCC2797

Attachment to Performance Appraisal and Planning Form 7/01/03 through 6/30/04
Daniel A. Houghtaling
November 9, 2004

Response to 2003 – 2004 Goals

1.  Implement the Collegewide and Campus Agendas.

Both the Collegewide and Campus Agendas were addressed by all campus divisions
in the Campus 2004 Operational Plan and in the current Campus Long Range Plan.
Accomplishments and achievements documenting our implementation of both
agendas are presented in the 2003 Campus Achievement Report. This office
coordinates and reviews all submissions to the yearly Campus Operational Plan and
Achievement Report to insure College and Campus agendas are addressed.

2.  Eliminate the last vestiges of policy and procedures, which prevent DTCC from
    moving 100% toward the "one college reality."

I have actively participated and communicated with my counterparts on the
Collegewide Marketing Committee, Collegewide Institutional Advancement
Committee, Collegewide Planning Committee, Collegewide IT Committee, and
Collegewide Institutional Effectiveness Committee in addressing "one college
reality."

3.  Provide greater communication and oversight to Marketing, Audiovisual Services,
    Technical Services, and Institutional Development.

Regular conversations are held with supervisors to discuss issues/problems and/or
obtain input/feedback pertaining to their departments. A monthly division meeting is
held with department supervisors following the monthly campus administrative
council meeting. Information from the administrative council meeting, relevant to the
staff, is shared with department supervisors. Other divisional information is given at
this time, and each supervisor provides an update of happenings/issues within their
department. In the future, minutes from these meetings will be forwarded to the
VP/CD.

4.  Critically and thoroughly review staff assignments for quality and accuracy before
    signing off and recommending to the VP/CD for signature.

During the past year, I have made every effort to increase my vigilance in this area.
As a result, the *Course Schedule* has been reformatted for a more contemporary
appearance, and the contents have been carefully scrutinized for accuracy.

CONFIDENTIAL                                                    DTCC2798

5. Demonstrate a thorough knowledge of organizational policies and procedures and protocol and foresee consequences of actions for the college/campus community, as well as yourself.

It is a priority to read and understand all new organizational policies and procedures. At times, existing policy is reviewed as it pertains to current situations. The College's new legal council is prompt in reviewing policy and in answering questions. The VP/CD is informed immediately of situations that may compromise the College/Campus.

6. Exercise a high degree of discretion when dealing with confidential or discretionary information.

Emphasis on discretion is always a priority.

7. Electronically distribute Campus publications i.e. Connected, TCJ, etc.

*Connected* and the *Terry Campus Journal* are placed on EDGE. In addition, other Campus announcements are placed on EDGE as recommended or approved by the VP/CD.

8. Provide leadership for the implementation of SLOA and ESOA.

I have actively participated on the Collegewide SLOA/ESOA Committee. The Collegewide model was developed and implementation on the Campus has begun. Separate workshops were conducted for faculty and staff to introduce them to SLOA and ESOA. A Campus coordinator was appointed to work with faculty and staff as they develop expanded mission statements for their units and propose assessments for the coming year.

9. Provide leadership to the newly formed Campus Planning Council and ensure participation of members through regular scheduled meetings.

The Campus Planning Council was expanded to include a greater representation of individuals from campus divisions. Several meetings were held to keep members informed of the progress of the Collegewide Planning Council. The Collegewide Planning Council was charged with developing a new college-planning model to include institutional effectiveness. The model has been completed and approved. Implementation at the Campus level will begin this fall.

CONFIDENTIAL

DTCC2799

10. Link the Campus Council to the Collegewide goals of updating the current College mission statement to an expanded form to provide guidance to operating divisions as recommended by Nichols and Nichols.

A new College expanded mission statement was approved and is to be used in developing new College/Campus Plans and implementation of the Outcomes Assessment Model. Nichols and Nichols conducted workshops for faculty and staff to introduce them to their Five Column Model.

11. Participate in professional development activities, which will enhance your leadership skills.

Attended the annual AQA sponsored by CHE in December. Attended a three-day workshop sponsored by Nichols and Nichols to learn more about planning and implementing institutional effectiveness. Attended two presentations conducted by Nichols and Nichols, one on SLOA and the other on ESOA.

## VI. Employee Response/Comments:

As a member of several committees within the college organizational matrix, I am required to communicate with vice presidents and assistant vice presidents in matters relating to their matrix areas. I have a strong professional commitment to the VP/CD, campus and the college, and I continuously strive to ensure that the integrity of the institution and matters requiring confidentiality are not compromised in any way.

Daniel A. Houghtaling, Assistant to the Campus Director                    11/9/04
                                                                          /Date

CONFIDENTIAL                    DTCC2800

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARGUERITE A. JOHNSON,                )
                                      )
          Plaintiff,                  )
                                      )     C.A. No.  05-157 (KAJ)
     v.                               )
                                      )     Trial By Jury Demanded
ORLANDO J. GEORGE, JR.,               )
in both his official and personal     )
capacities, and DELAWARE              )
TECHNICAL AND COMMUNITY               )
COLLEGE,                              )
                                      )
          Defendants.                 )

## AFFIDAVIT OF GARY W. ABER

STATE OF DELAWARE          )
                           )ss
COUNTY OF NEW CASTLE       )

     I, Gary W. Aber, being duly sworn do depose and say as follows:

     1.     Prior to the termination hearing in this matter the plaintiff attempted on several occasions to contact a witness, who David Dwyer had interviewed, and Dan Simpson had interviewed, prior to that witnesses deposition.  After numerous phone calls, that went unreturned, I was contacted by an attorney representing Wake College, and Carol Hines.  He indicated that he would allow no conversation with Ms. Hines prior to her deposition.  Attached hereto as Exhibit "A" is a letter from me to David Williams, Esquire, memorializing those efforts, and Mr. Williams' prior contact with that attorney.

_____
GARY W. ABER

SWORN TO A SUBSCRIBED before me this _18_ day of _July_,
2006.

NOTARY PUBLIC

My Commission expires on _April 25, 2006_

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARGUERITE A. JOHNSON,           )
                                 )
        Plaintiff,               )
                                 )      C.A. No.  05-157 (KAJ)
    v.                           )
                                 )      Trial By Jury Demanded
ORLANDO J. GEORGE, JR.,          )
in both his official and personal )
capacities, and DELAWARE         )
TECHNICAL AND COMMUNITY          )
COLLEGE,                         )
                                 )
        Defendants.              )

## AFFIDAVIT OF MARGUERITE A. JOHNSON

STATE OF DELAWARE        )
                         )ss
COUNTY OF                )

I, Marguerite A. Johnson, being duly sworn do depose and say as follows:

1.      I regularly received the maximum merit bonus, authorized by the President of Delaware Technical & Community College, Orlando George, for each year that I held the office of Vice-President/Campus Director of the Terry campus.   However, I did not receive a bonus for the school year of 2004, during which time I was excluded from campus and being investigated.

2.      The operation of the "IT" Department was critical to Delaware Technical & Community College, because Delaware Technical & Community College had off campus interactive computerized classes, which operational service which would have been provided by and maintained by the "IT" Department.

3.   In June 2006, I attempted to retrace the trip I made to Wake College in 2002, which served as a basis for the claims of inappropriate travel, in the Santora & Bafone report. In reconstructing that travel, I traveled from the Raleigh Durham Airport to the same hotel that I occupied in 2002, which was a distance of 13 miles. I then traveled by taking Route 440 South to East 40 to Exit 29A, making a right turn onto South Saunders Road, and continuing 10 miles to the college. That mileage was 23.5 miles. The return trip from Wake College to Embassy Suites was another 23.5 miles, and the travel from Embassy Suites back to the Raleigh Durham Airport was the same 13 miles as upon my arrival. The total miles for that trip, as shown by a National Rent-a-Car receipt (See Exhibit 1 attached) was 73 miles.

4.   During the 2002 trip I made to Wake College, I followed the same path described in ¶3 above. The only difference in the mileage driven, was that I made two trips to Wake College, on successive days, as well as two trips to a Steinmart, approximately 2.5 miles from the Embassy Suites. On my initial trip I did get lost on the freeway on two occasions. The total mileage for the 2002 trip was 145 miles, a few extra miles than the mileage shown in ¶3 due to the trips to Steinmart, and my being lost on the highway.

5.   I have reviewed the computer files, which have been supplied to me by the defendants from my former secretary, Kathy Powell's computer. Many of those letters and documents had been forwarded to me by email, which were then merged/transferred to my former secretary's computer, and not prepared by her.

_Marguerite A. Johnson_

MARGUERITE A. JOHNSON

SWORN TO A SUBSCRIBED before me this _17 TH_ day of July 2006.

_____
NOTARY PUBLIC

My Commission expires on _____

Gary W. Aber, Esquire
Notarial Officer of
The State of Delaware
29 DEL.C § 44323

# EXHIBIT 1

**≋National.**

FA # 209738077

Invoice # 20007745974

Renter Name NORRIS MILBURN
2714 SILVERSIDE RD
WILMINGTON          DE  19810

07-JUN-2006 03:55 PM

RALEIGH-DURHAM ARPT
1 RENTAL CAR RD
RALEIGH          NC  27623

Phone (919)840 4350

E I DUPONT DENEMOURS & COMPANY INC
Contract ID     5000480

Return Location
RALEIGH-DURHAM ARPT

07-JUN-2006 04:00 PM

| Charges | No | Unit | Price/Unit | Amount |
|---|---|---|---|---|
| Vehicle #        69411601 | | | | |
| Model            IMPALA | TIME & DISTANCE | 1 | Days | 35.00 | 35.00 * |
| Class Driven     FCAR   We hope you enjoyed your upgrade. | UNLIMITED MILES/KM - TIME & DIST | | M/Kms | 0.00 | 0.00 * |
| Class Charged    ICAR | CDW / LDW | 1 | Days | 0.00 | 0.00 * |
| License#         T97378718 | ADDITIONAL DRIVER | 1 | Days | 8.00 | 8.00 * |
| State/Province   NORTH CAROLINA | CONCESSION FEE RECOVERY 11.11 PCT | | | 43.00 | 4.78 * |
| M/Kms Driven     73 | TTA VEHICLE RENTAL TAX 5 PCT | | | 46.89 | 2.34 |
| M/Kms Out        2 | WAKE CO. RENTAL VEHICLE TAX 1.5% | | | 46.89 | 0.70 |
| M/Kms In         75 | HIGHWAY USE TAX 28.000 % | | | 47.78 | 3.82 |

Rate Info

...ages

* Taxable Items
Subject to Audit
Your Emerald Club Number is 569117135

| | | | | |
|---|---|---|---|---|
| Total Charges | | | | USD 54.64 |
| Payments | | | | |
| American Express        1001 | | | | |
| AUTH:   155504  07-JUN-2006   54.64 | | | Payment | -54.64 |

Customer service Number 1-800-466-3334

| | |
|---|---|
| Amount Due | USD 0.00 |

# EXHIBIT 2



2860 Slater Road
Morrisville, NC 27560-8436

March 28, 2006

Dr. Marguerite Johnson
1022 Quail Run
Camden-Wyoming, DE  19934

Re: Copy of rental ticket

Dear Dr. Johnson:

Please find enclosed a copy of your rental ticket from our Raleigh-Durham Airport location from October 2002.  The mileage is reflected in the top left corner of the ticket (145 miles total; "out" at 1215 and "in" at 1360).

If you need any further assistance regarding this matter, please contact me directly at (919) 657-8980.

Sincerely,

Lisa A. Metcalfe
Executive Administrative Assistant
Phone: (919) 657-8980
Fax:    (919) 657-8998
Email: lisa.a.metcalfe@erac.com

```
IN  09:44AM 10/26/02                    ENTERPRISE LEASING COMPANY - SOUTHEAST         RENTAL AGREEMENT
OUT 10:56AM 10/23/02                    1015 TRADE COURT            919-840-9555        D19221A
                                        RDU AIRPORT                                     PAGE 1 OF 1
  24-HOUR DAY                           RENTAL TYPE   R     NC 27623-9217 53AP
                                                           SOURCE  NATRES - 999

UNIT 1
UNIT # QX3927                           RENTER                                SUMMARY OF CHARGES
LIC# 143909                             MARGUERITE JOHNSON
MODEL  DEVI                             100 CAMPUS DRIVE               MILES
COLOR    STERLIN                        DOVER                DE         NO CHARGE
IN    1360                              LOCAL:
OUT   1215                              (H) 302-857-1126 (W) 302-857-1126

                                                                       3 DAYS    @   55.95     167.85
                                        DR. LICENSE XXXXXX
                                        STATE DE   EXPIRE   9/23/03     DROP                     20.00
                                        DOB  9/23/48 HT          WT
                                        EYES            HAIR
                                        S.S.#
                                        EMPLOYER

                                        BILL TO N  CUST #


                                        DAMAGE WAIVER     102302/102602    3 DAYS DW @   15.99     47.97
                                        PERSONAL ACC.INS. 102302/102602    3 DAYS PAI @    2.00      6.00

                                        ADDITIONAL DRIVER                  SLP             29.97
                                        NO OTHER DRIVER PERMITTED          TTP/GRTX        15.33

                                                                          SURCHARGE%  7.25         17.10

CLAIM INFO                              PERMISSION TO LEAVE STATE
POL/CLAIM/PO#                           YES     NO X                       AP/ACC          29.90

INSURED                                                                   TOTAL CHARGES            334.12
                                        CUSTOMER SIGNATURE ON FILE         DEPOSITS
                                                                          REFUND
                                        PAYMENT INFORMATION
LOSS DATE                               AMOUNT PD.BY TYPE     DATE  AUTH
THEFT        ACCIDENT

TYPE CAR

CLAIM INFO
NAME
THEFT        ACCIDENT

SHOP
PHONE 999-999-9999
NAME

               CLOSED TICKET PAYMENT INFO              OPENED BY #4190R
                                                       CLOSED BY #1628R
```

B341

```
-- ADDENDUM --
Group 53  Branch AP  Ticket 192214
Social Security Number 000000000
Unit 1  *03CADIEEVISTERLIN
Ticket Total    334.12
Credit Card Name VISA
Credit Card Number XXXXXXXXXX7364
Credit Card Total    334.12
Cash Total          .00
Check Total         .00
Bill To Total       .00
Balance Due      334.12
```

Out 10/23/02  In 10/26/02

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARGUERITE A. JOHNSON,                    )
                                          )
            Plaintiff,                    )
                                          )        C.A. No.  05-157 (KAJ)
      v.                                  )
                                          )        Trial By Jury Demanded
ORLANDO J. GEORGE, JR.,                   )
in both his official and personal         )
capacities, and DELAWARE                  )
TECHNICAL AND COMMUNITY                    )
COLLEGE,                                  )
                                          )
            Defendants.                   )

### AFFIDAVIT OF HARRY N. SMITH

STATE OF NORTH CAROLINA  )
                          )ss
COUNTY OF                 )

      I, Harris N. Smith, being duly sworn according to law do depose and say as
follows:

      1.    In October 2002 I did not meet with Marguerite Johnson.

      2.    I have spoken with Marguerite Johnson to determine the time in October
2002 when she was in Raleigh.  During that time, I was away at a food show.

      3.    I never spoke or met directly with Marguerite Johnson at any time during
October of 2002.

      4.    The Smith family did not have any family reunions in Raleigh in 2001.
There was a family reunion meeting, which is an organizational meeting, which was
held in September 2001.

HARRIS N. SMITH

B343

I, _Cheryl Leigh Steinmeyer_ a notary for the aforesaid county and state hereby certify that Harris N. Smith personally appeared before me this _7th_ day of _July_ 2006 and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal this _7th_, day of _July_, 2006

NOTARY PUBLIC

My Commission expires on _6/27/07_.

B344

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARGUERITE A. JOHNSON,           )
                                 )
              Plaintiff,          )
                                 )        C.A. No.  05-157 (KAJ)
       v.                         )
                                 )        Trial By Jury Demanded
ORLANDO J. GEORGE, JR.,          )
in both his official and personal )
capacities, and DELAWARE          )
TECHNICAL AND COMMUNITY           )
COLLEGE,                          )
                                 )
              Defendants.         )

## AFFIDAVIT OF PATSY KELLY WATERS

STATE OF DELAWARE          )
                           )ss
COUNTY OF *New Castle*)

I, Patsy Kelly Waters, being duly sworn according to law do depose and say as follows:

1.      I am presently employed as an Administrative Assistant by Delaware Technical & Community College.

2.      I have been employed by Delaware Technical & Community College since 1973 in the positions of Secretary, Secretary I, Secretary II, Administrative Secretary, and now Administrative Assistant.

3.      During the years of my employment, I worked Herndon Simms, Director of Continuing Education, Dr. Pam Bailey, Director of Continuing Education, Dr. Marguerite Johnson, Director of Continuing Education, Esther Camiel, Director of Continuing Education, Danny King, Director of Continuing Education, Dr. Sue Zawislak, Director of Corporate & Community Programs, Dr. Virginia Moxley, Dean of Student Services, Dr.

Pat Ramone, Dean of Student Services, and Regan Hicks-Goldstein, Dean of Student Services, where I am presently employed.

4.      During my tenure at Delaware Technical & Community College, I have performed personal tasks for my various superiors, including, typing, proof reading, and copying the following type of documents:  Resumes, reference letters, thank you letters, holiday invitations, dissertation segments, announcements/invitations, and tag sale/yard sale tickets/stickers.

5.      In addition I have made travel arrangements for my various superiors' vacations, doctor appointment, restaurant/dinner reservations, assisted with wedding plans, assisted with divorce proceedings and communicated with my various superiors' husbands, wives, boyfriends, and girlfriends.

6.      During these personal services to my superiors, I have had to deal with, doctors, lawyers, realtors, bankers, bill collectors, travel agents, florists, bakeries, car mechanics, car dealerships, morticians, school teachers, babysitters, partners,  federal express and UPS services.

7.      The above-referenced personal matters performed by me for my various superiors occurred over the entire length of my employment with Delaware Technical & Community College.

PATSY KELLY WATERS

I, _Gary Aber_, a notary for the aforesaid county and state hereby certify that Patsy Kelly Waters personally appeared before me this _16th_ day of _July_ 2006, and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal this _16TH_, day of _July_ , 2006

_____
NOTARY PUBLIC

My Commission expires on _____.

Gary W. Aber, Esquire
Notarial Officer of
The State of Delaware
29 DEL.C § 44323

B347



**President's Office**

950 Main Street, Hartford, CT 06103
TEL (860) 906-5100

*www.ccc.commnet.edu*

*A Member of the Connecticut Community-Technical College System – An Equal Opportunity Employer*

November 21, 2005

Mr. Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
First Federal Plaza
702 King St., Suite 600
Wilmington, DE 19801

Dear Attorney Aber:

I have known Dr. Marguerite Johnson more than 20 years based on our professional relationship as colleagues affiliated with the National Council for Black American Affairs, an affiliate of the American Association of Community Colleges. In addition to my professional responsibility as President of Capital Community College, I am presently serving as the National President of the National Council for Black American Affairs Board of Directors.

For more than two decades, I have had the opportunity to observe Dr. Johnson's participation as a workshop leader in conducting professional development workshops for mid-level and senior level administrators from the community college sector. Her presentations addressed those areas critical to the success of implementing educational programs that support the teaching/learning mission of these institutions. Dr. Johnson has a distinguished professional career where she has provided effective leadership in shaping the vision of the institution. In addition, her professional expertise extends to the areas of instructional/administrative leadership, fundraising, enrollment development, accreditation experience, student services, facilities planning, and community partnership.

I am writing this letter of support on behalf of Dr. Johnson, whom I understand was suspended from her administrative post at Delaware Technical and Community College and subsequently terminated. As president of an institution and having the responsibility for hiring senior level administrative personnel, termination from an executive level post present s a major hurdle for this individual for future employment. I am also aware that such disruption in employment usually reflects negatively on the individual's professional accomplishment despite their record of accomplishments. Therefore, I am submitting this letter to affirm that such action taken by her former employer is a deterrent to her seeking a comparable position.

Please contact my office if you require additional information.

Sincerely,

*Calvin E. Woodland*

Calvin E. Woodland
President

B348

**Governing Board**

Sheila A. Grilli, *President*
John T. Nejedly, *Vice President*
David N. MacDiarmid, *Secretary*
Jo Ann Cookman
Tomi Van de Brooke

**The Colleges of
Contra Costa**

*pathways to success*

**Chancellor**
Helen Benjamin

**College Presidents**
Contra Costa College   McKinley Williams, Acting
Diablo Valley College   Mark G. Edelstein
Los Medanos College   Peter Garcia

November 22, 2005

Mr. Gary Aber
Aber, Goldlust, Baker, & Over
First Federal Plaza
702 King St., Suite 600
Wilmington, DE  19801

Dear Mr. Aber:

I learned recently of the suspension and later termination of Dr. Marguerite Johnson as Vice President/Campus Director by the administration of Delaware Technical and Community College.  I write this letter out of concern for her and the impact of this action on prospects for her future employment.  In her leadership role as Vice President/Campus Director, Dr. Johnson performed a variety of duties which resulted in the successful operation of the college. She made an incredible difference there.

I have been an educator for thirty-four years, in higher education for the last twenty as an administrator.  I have participated in all aspects of the educational process including hiring, suspending and terminating employees.  I know very well the outcomes experienced by employees who have been terminated:  even though they may have very strong and impressive work histories, having been suspended followed by an involuntary termination of employment proves to be impossible to overcome in most cases.  When the fact that Dr. Johnson's thirty years of service to the district ended in termination is known to any prospective employer, her chances of being hired will diminish.

Sincerely yours,

*Helen Benjamin*

Helen Benjamin, Ph.D.
Chancellor