IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ADDITIONAL PAGES**

The Defendants, pursuant to the provisions of L.R. 7.1.3(a)(4), request leave from the Court to file a Reply Brief in response to Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment (the "Answering Brief") with an additional ten (10) pages.

The basis of this motion is: Plaintiff was granted leave to file additional pages in the Answering Brief. The Answering Brief contains a lengthy statement of facts much of which addresses facts relevant to a previously unalleged claim (i.e. a substantive due process claim). Additional pages are required to respond to the portion of the statement of facts and arguments addressing the substantive due process claim.

Defendants' counsel has consulted with Plaintiff's counsel and he does not object to this request.

                        MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                        /s/ Daniel H. Williams
                        David H. Williams (#616)
                        dwilliams@morrisjames.com
                        222 Delaware Avenue
                        P.O. Box 2306
                        Wilmington, DE  19899
                        (302) 888-6900
                        Attorneys for Defendants

Dated:  August 1, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

**CERTIFICATION PURSUANT TO L.R. 7.1.1**

Defendants' counsel in the above captioned matter certifies that he has consulted with opposing counsel on the matters set forth on the attached motion, by telephone on August 1, 2006, and opposing counsel does not oppose this motion.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorneys for Defendants

Dated: August 1, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, Defendants have requested, pursuant to L.R. 7.1.3(a)(4) for permission to file a reply brief in response to Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment, with an additional ten (10) pages, and good cause having been shown, it is:

ORDERED, that Defendants may file a reply brief in response to Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment with an additional ten (10) pages.

_____
The Honorable Kent A. Jordan

1436119/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his | ) | Trial By Jury Demanded |
| official and personal capacities, and | ) | |
| DELAWARE TECHNICAL AND | ) | |
| COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on August 1, 2006, I electronically filed the attached **DEFENDANTS' MOTION FOR ADDITIONAL PAGES** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> Wilmington, DE 19899-1675

> MORRIS, JAMES, HITCHENS & WILLIAMS LLP
>
> /s/ David H. Williams
> David H. Williams (#616)
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900
> dwilliams@morrisjames.com
> Attorneys for Defendants

Dated: August 1, 2006