IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-KAJ |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**Appendix to Defendants' Reply Brief in Support of Their Motion for Summary Judgment – Volume I**

**Appendix to Defendants' Reply Brief in Support of Their Motion for Summary Judgment – Volume II**

and two copies were hand delivered to the following counsel of record:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899-1675

The original documents are maintained in the case file in the Clerk's Office.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ James H. McMackin (#4284) for David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900

Dated: August 4, 2006          Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-157-KAJ |
| ) | |
| ORLANDO J. GEORGE, JR., in both his ) | Trial By Jury Demanded |
| official and personal capacities, and ) | |
| DELAWARE TECHNICAL AND ) | |
| COMMUNITY COLLEGE, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, David H. Williams, hereby certify that on August 4, 2006, I electronically filed the attached **NOTICE OF FILING WITH THE CLERK'S OFFICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899-1675

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ (signature)
David H. Williams (#616)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
Attorneys for Defendants

Dated: August 4, 2006

DHW/007409-0131/1407956/1