IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-157-KAJ |
| | ) |
| ORLANDO J. GEORGE, JR., in both his | ) Trial By Jury Demanded |
| official and personal capacities, and | ) |
| DELAWARE TECHNICAL AND | ) |
| COMMUNITY COLLEGE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Defendants have requested, pursuant to L.R. 7.1.3(a)(4) for permission to file a reply brief in response to Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment, with an additional ten (10) pages, and good cause having been shown, it is:

ORDERED, that Defendants may file a reply brief in response to Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment with an additional ten (10) pages.

_____
The Honorable Kent A. Jordan

8/10/06
Wilmington, DE

1436119/1