LAW OFFICES

# ABER, GOLDLUST, BAKER & OVER

(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*                          November 15, 2006                          (302) 472-4900
DARRELL J. BAKER, P.A.                                                                TELECOPIER (302) 472-4920
SUSAN C. OVER, P.C.
SHAUNA T. HAGAN
SAAGAR B. SHAH

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19899

RE:    Johnson v. Delaware Technical & Community College, et.al.
   C.A. No.:  05-157 (KAJ)

Dear Judge Jordan:

  The Pre-Trial Conference in the above caption matter is scheduled for December 20, 2006.  According to the scheduling order the Pre-Trial Stipulation is due to be filed on November 20, 2006.  I am writing to request a delay in the submitting of the Pre-Trial Stipulation.

  I am requesting this delay  because on Friday November 10, 2006 my secretary daughter was involved in a major motor vehicle accident (News Journal 11/11/06 p. B-3) and is going to be hospitalized for several weeks.  As a result, I do not regular secretarial services during this weeks and perhaps next week.  This, compel with the fact that the defendant's law firm is moving there offices to a new office building, may prevent the preparation of the Pre-Trial Stipulation, Jury Prayers and related documents to have them ready for filing on the November 20.  The Defendants agrees with my request that, this matter be rescheduled, to the Courts convenience, for the week of November 27, 2006.  I believe this will still provide the Court with a little over three weeks between the submitting of the Pre-Trial Prayers and Stipulation and the actual Pre-Trial conference.

  Thank you for Your Honor's consideration.

        Respectfully,


        /s/ Gary W. Aber
        Gary W. Aber

GWA/ldm
David H. Williams, Esquire