**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARGUERITE A. JOHNSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    Civil Action No. 05-157-*** (MPT) |
| | : |
| ORLANDO J. GEORGE, JR., both in his | : |
| official and personal capacities, and | : |
| DELAWARE TECHNICAL AND | : |
| COMMUNITY COLLEGE, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **4th** day of **January, 2007**.

IT IS ORDERED that a status teleconference has been scheduled for **Tuesday, January 16, 2007 at 11:30 a.m.** with Magistrate Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call.** Counsel are to advise the Magistrate Judge by fax on or before **Thursday, January 11, 2007**, the names of those participating in the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE