# ABER, GOLDLUST, BAKER & OVER

(An association of Law Practices)
702 KING STREET, SUITE 600
PO BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST*       TELPHONE     (302) 472-4900
DARRELL J. BAKER, P.C.   TELECOPIER   (302) 472-4920
SUSAN C. OVER
SHAUNA T. HAGAN
SAAGAR B. SHAH                January 8, 2007

*ALSO ADMITTED IN NEW YORK

Magistrate Judge Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE  19899

      RE:    Johnson v. Delaware Technical & Community College, et.al.
              <u>C.A. No.:  05-157 XXX</u>

Dear Judge Thynge:

      Pursuant to the Court's order, this letter is to constitute a status report concerning the above-captioned matter.

      This is a suit brought by the former Campus Director/Vice-President of Delaware Technical & Community College, Kent County, Terry Campus, alleging violations of her First Amendment Rights and due process rights in her employment.  Defendant denies any such violations occurred and asserts that there was just cause for the plaintiff's discharge.

      At the present stage, discovery is complete, and there is a pending, and fully briefed motion for summary judgment filed by the defendant.  A pretrial in this matter, which had been scheduled was cancelled, although the pretrial, while not filed, has been exchanged by the parties.  The plaintiff has submitted proposed jury instructions to the defendants.  A four (4) day trial was scheduled to begin on January 16, 2007, which was likewise postponed because of Judge Jordan's appointment to the Third Circuit Court of Appeals.

      If Your Honor requires any additional information, please feel free to contact me.

                      Respectfully,

                      /s/ Gary W. Aber

                      Gary W. Aber

GWA/mac
David H. Williams, Esquire

DHW/007409-0131/1504735/1