IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-*** |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

## STIPULATION

Pursuant to 28 U.S.C. § 636(c), the parties hereby consent to Magistrate Judge Mary Pat Thynge's jurisdiction to conduct all civil proceedings as a U.S. District Court Judge in the above-referenced matter.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
_____
Gary W. Aber, Esquire (#754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899-1675
(302) 472-4900
gaber@gablawde.com
Attorneys for Plaintiff

MORRIS JAMES LLP

/s/ James H. McMackin
_____
David H. Williams (#616)
James H. McMackin, III (#4284)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
dwilliams@morrisjames.com
jmcmackin@morrisjames.com
Attorneys for Defendants

Dated: January ___, 2007

IT IS SO ORDERED this _____ day of _____, 2007.

_____
J.