## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-157-MPT |
| ORLANDO J. GEORGE, JR., both in his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : |
| Defendants. | : |

## ORDER

At Wilmington this **29th** day of **January, 2007**.

IT IS ORDERED that a Rule 16 scheduling conference has been scheduled for **February 2, 2007 at 9:15 a.m. Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE