# Morris James LLP

David H. Williams
302.888.6900
dwilliams@morrisjames.com

February 7, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

        RE:    *Marguerite Johnson v. DelawareTechnical & Community College, et al.*
                   C. A. No. 05-157-MPT

Dear Magistrate Judge Thynge:

        Following our recent scheduling conference, I checked with my client as to the trial date. I discovered that the Delaware Technical and Community College Board Retreat is scheduled for a 2 day period which falls within the 4 day period scheduled for trial (i.e. September 17 through September 20, 2007). Defendant Orlando J. George, Jr., and virtually all of the senior administrative staff, are involved in the retreat. I anticipate many such individuals will be witnesses. The difficulty with moving the retreat to a different date is that the retreat is planned far in advance and involves the schedules of all of the Board members and senior administrators.

        For the reasons set forth above, we request that the Court consider rescheduling the trial. Thank you for considering our request.

                                Respectfully,

                                David H. Williams
                                (Bar I.D. #616)

DHW/jam
cc:    Gary W. Aber, Esquire (via e-filing)
        Brian Shirey, Esquire (via regular mail)
        Clerk of the Court (via e-filing)