IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-157-MPT |
| | : |
| ORLANDO J. GEORGE, JR., both in his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **8th** day of **February, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, February 23, 2007 at 8:30 a.m.** with Judge Thynge to discuss rescheduling the trial pursuant to Mr. Williams's February 7, 2007 letter to the Court. **David H. Williams shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE