IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-157 (XXX) |
| v. | ) |
| | ) Trial By Jury Demanded |
| ORLANDO J. GEORGE, JR., | ) |
| in both his official and personal | ) |
| capacities, and DELAWARE | ) |
| TECHNICAL AND COMMUNITY | ) |
| COLLEGE, | ) |
| | ) |
| Defendants. | ) |

## **STIPULATION**

IT IS HEREBY STIPULATED, by the parties, that the time for which the Plaintiff may have to file a Sur Reply Brief on the Defendants' Motion for Summary Judgment, is extended until Wednesday, February 28, 2007

ABER, GOLDLUST, BAKER & OVER       MORRIS, JAMES, HITCHENS & WILLIAMS


   /s/ Gary W. Aber                                    /s/ David H. Williams
GARY W. ABER (DSB #754)              DAVID H. WILLIAMS (DSB #616)
702 King Street, Suite 600                   222 Delaware Avenue, 10th Floor
P.O. Box 1675                                       P.O. Box 2306
Wilmington, DE 19899                         Wilmington, DE 19899
(302) 472-4900                                     (302) 888-6900
Attorney for Plaintiff                             Attorney for Defendants

SO ORDERED, this _____ day of _____, 2007

_____
                                                          J.