**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MARGUERITE A. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-157-MPT |
| | ) |
| ORLANDO J. GEORGE, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**FOURTH AMENDED SCHEDULING ORDER**

This 23rd day of February, 2007, the Court having conducted a teleconference with counsel regarding modification of the Scheduling Order in this case.

IT IS ORDERED that:

1. <u>Trial</u>. This matter is scheduled for a four (4) day jury trial beginning at 9:30 a.m. on September 24, 2007 and at 9:00 a.m. for the remainder of the trial. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of ten (10) hours to present their case.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE