# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MARGUERITE A. JOHNSON,                )
                                        )
        Plaintiff,                      )
                                          )    C.A. No.  05-157 (KAJ)
        v.                              )
                                          )    Trial By Jury Demanded

ORLANDO J. GEORGE, JR.,               )
in both his official and personal     )
capacities, and DELAWARE              )
TECHNICAL AND COMMUNITY               )
COLLEGE,                              )
                                          )
        Defendants.                     )

## APPENDIX TO PLAINTIFF'S SUR REPLY BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

ABER, GOLDLUST, BAKER & OVER
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
302-472-4900
Attorney for Plaintiff

DATED:   February 28, 2007

# TABLE OF CONTENT

Cash Bonuses, Awards      D1

Memo: Re: Report copies      D12

Delaware Loading Resource
  symptoms Bulletin      D13

Library search: "Little Black Sambo"      D15

Affidavit of George S. Johnson      D26

Transcript of Interviews by David Dwyer      VOL. I      D90

Deposition of David Dwyer      D92

Deposition of Orlando J. George, Jr      D99

Deposition of Kathleen R. Powell      D110

Deposition of Daniel L. Simpson      D120

Deposition of Christine M. Travis      D124

Transcript of Termination Hearing of Marguerite Johnson      D126

CONFIDENTIAL

MEMORANDUM

TO:       Lisa Fries

FROM:     Karen L. Stone

DATE:     September 21, 2004

RE:       Lump-sum Cash Bonus—Dr. Marguerite A. Johnson

According to Salary Plan D, Section L, "Vice Presidents who have attained one or more years of College service in a Vice President position may receive, upon the recommendation of the President, an annual supplement of three to eight percent of their annual base salary depending on their years' service in a V.P. position." It further states, "The supplement shall be paid annually as a lump-sum cash bonus or tax-sheltered annuity, at the individual employee's discretion, and is not to be added to the annual base salary."

Dr. George has recommended an eight percent annual base salary supplement for <u>Dr. Marguerite A. Johnson</u>.  She would like the supplement to be paid as a <u>lump-sum</u> cash bonus.  Please process a one-time payment representing <u>eight percent of her fiscal year 2005 annual base salary</u> as soon as possible.

Thank you.

/s
cc:     Dr. Marguerite A. Johnson

D1
DTCC0667



*Orlando J. George, Jr., President*

**DELAWARE TECH**

*Dover✦Georgetown✦Stanton✦Wilmington*

September 20, 2004

Dr. Marguerite A. Johnson
Vice President & Campus Director
Delaware Technical & Community College
Terry Campus
Dover, DE 19903

Dear Peg:

In recognition of your outstanding performance for FY04, I am recommending an annual supplement of 8% of your annual base salary.

According to Board policy, "the supplement shall be paid annually as a lump-sum cash bonus or tax-sheltered annuity, at the individual employee's discretion, and is not to be added to the annual base salary," *Please notify Karen Stone as to which option you choose.*

Congratulations, and thank you for your tireless support of the President.

Warmest regards.

Sincerely,

Orlando J. George, Jr.
President

OJGjr.jr

c: Karen Stone

Delaware Technical & Community College
Office of the President
P.O. Box 897, Dover, DE 19903
Phone: (302) 739-4053 Fax: (302) 739-6225 E-mail: pres@college.dtcc.edu
*Equal Opportunity/Affirmative Action Institution*

D2

MEMORANDUM


TO:       Lisa Fries

FROM:     Karen J. Stone

DATE:     September 23, 2003

RE:       Lump-sum Cash Bonus—Dr. Marguerite Johnson

According to Salary Plan D, Section L, "Vice Presidents who have attained one or more years of College service in a Vice President position may receive, upon the recommendation of the President, an annual supplement of three to eight percent of their annual base salary depending on their years' service in a V.P. position." It further states, "The supplement shall be paid annually as a lump-sum cash bonus or tax-sheltered annuity, at the individual employee's discretion, and is not to be added to the annual base salary."

Dr. George has recommended an eight percent annual base salary supplement for **Dr. Marguerite Johnson**. She would like the supplement to be paid as a **lump-sum** cash bonus. Please process a one-time payment representing **eight percent of her fiscal year 2004 annual base salary** as soon as possible.

Thank you.


/s

cc:    Dr. Marguerite Johnson

**D3**

DTCC0669

**DELAWARE TECH** ◆

*Dover ◆ Georgetown ◆ Stanton ◆ Wilmington*

*Orlando J. George, Jr., President*

September 19, 2003

Dr. Marguerite A. Johnson
Vice President & Campus Director
Delaware Technical & Community College
Terry Campus
Dover, DE 19903

Dear Peg:

In recognition of your outstanding performance for FY03, I am recommending an annual supplement of 8% of your annual base salary.

According to Board policy, "the supplement shall be paid annually as a lump-sum cash bonus or tax-sheltered annuity, at the individual employee's discretion, and is not to be added to the annual base salary." *Please notify Karen Stone as to which option you choose.*

Congratulations and thank you for your tireless support of the President.

Warmest regards.

Sincerely,

Orlando J. George, Jr.
President

OJGjr.jr

c:  Karen Stone

Delaware Technical & Community College
Office of the President
P.O. Box 897, Dover, DE 19903
Phone: (302) 739-4053 Fax: (302) 739-6225 E-mail: pres@college.dtcc.edu
*Equal Opportunity/Affirmative Action Institution*

D4

DTCC0670

CONFIDENTIAL

MEMORANDUM

TO:        Lisa Fries

FROM:      Karen L. Stone

DATE:      September 13, 2002

RE:        Lump-sum Cash Bonus for Dr. Marguerite Johnson

Pursuant to Salary Plan D, Section L, "Vice Presidents and Campus Directors...may receive, upon recommendation of the President, an annual supplement of five percent of their annual base salary."  It further states that "The supplement shall be paid annually as a lump-sum cash bonus or tax-sheltered annuity, at the individual employee's discretion, and is not to be added to the annual base salary."

Dr. George has recommended a five percent annual base salary supplement for Dr. Marguerite Johnson.  She has indicated she would like the supplement to be paid as a lump-sum cash bonus.  Please process a one-time payment representing five percent of her fiscal year 2003 annual base salary with the next payroll.

Thank you.

/s

D5

DTCC0671

D6



**DELAWARE TECH**

*Orlando J. George, Jr., President*

♦ *Dover* ♦ *Georgetown* ♦ *Stanton* ♦ *Wilmington*

September 11, 2002

Dr. Marguerite M. Johnson
Vice President & Campus Director
Delaware Technical & Community College
Terry Campus
Dover, DE 19901

Dear Peg:

In recognition of your outstanding performance for FY02, I am recommending an annual supplement of 5% of your annual base salary.

According to Board policy, "the supplement shall be paid annually as a lump-sum cash bonus or tax-sheltered annuity, at the individual employee's discretion, and is not to be added to the annual base salary." *Please notify Karen Stone as to which option you choose.*

Congratulations and thank you for your tireless support of the President.

Warmest regards.

Sincerely,

Onnie

Orlando J. George, Jr.
President

OJGjr.jr

c: Karen Stone

*Delaware Technical & Community College*
**Office of the President**
P.O. Box 897  Dover, Delaware  19903
Ph: 302-739-4053  Fax: 302-739-6225  E-mail: pres@outland.dtcc.edu
*Equal Opportunity/Affirmative Action Institution*

D7

DTCC0672

*Peggy's file*

**CONFIDENTIAL**

MEMORANDUM

TO:        Lisa Fries

FROM:    Karen J. Stone

DATE:     August 31, 2001

RE:        Lump-sum Cash Bonus for Dr. Marguerite M. Johnson

Pursuant to Salary Plan D, Section L, "Vice Presidents and Campus Directors...may receive, upon recommendation of the President, an annual supplement of five percent of their annual base salary." It further states that "The supplement shall be paid annually as a lump-sum cash bonus or tax-sheltered annuity, at the individual employee's discretion, and is not to be added to the annual base salary."

Dr. George has recommended a five percent annual base salary supplement for **Dr. Marguerite M. Johnson**. She has indicated she would like the supplement to be paid as **a lump-sum cash bonus**. Please process a one-time payment representing **five percent of her fiscal year 2002 annual base salary** with the next payroll.

Thank you.

/s

D8

DTCC0673



**DELAWARE TECH**

*Orlando J. George, Jr., President*

♦ *Dover* ♦ *Georgetown* ♦ *Stanton* ♦ *Wilmington*

August 28, 2001

Dr. Marguerite M. Johnson
Vice President & Campus Director
Delaware Technical & Community College
Terry Campus
Dover, DE 19903

Dear Peg:

In recognition of your outstanding performance for FY01, I am recommending an annual supplement of 5% of your annual base salary.

According to Board policy, "the supplement shall be paid annually as a lump-sum cash bonus or tax-sheltered annuity, at the individual employee's discretion, and is not to be added to the annual base salary." *Please notify Karen Stone as to which option you choose.*

Congratulations and thank you for your tireless support of the President.

Warmest regards.

Sincerely,

Orlando J. George, Jr.
President
OJGjr.jr

c: Karen Stone

*per Peg 8/31*
*Process as lump sum*
*Payment*

*Delaware Technical & Community College*
**Office of the President**
P.O. Box 897   Dover, Delaware  19903
Ph:  302-739-4053   Fax:  302-739-6225   E-mail:  pres@outland.dtcc.edu
*Equal Opportunity/Affirmative Action Institution*

D9

DTCC0674



**DELAWARE TECH**

♦ *Dover* ♦ *Georgetown* ♦ *Stanton* ♦ *Wilmington*

MEMORANDUM

TO:       Gina Campbell

FROM:     Karen J. Stone

DATE:     September 6, 2000

RE:       <u>Lump-sum Cash Bonus—Dr. Marguerite M. Johnson</u>

Pursuant to Salary Plan D, Section L, "Vice Presidents who have attained one or more years of College service in their current positions may receive, upon the recommendation of the President, an annual supplement of five percent of their annual base salary." It further states, "The supplement shall be paid annually as a lump-sum cash bonus or tax-sheltered annuity, at the individual employee's discretion, and is not to be added to the annual base salary."

Dr. George has recommended a five percent annual base salary supplement for **Dr. Marguerite M. Johnson.** She would like the supplement to be paid as a **lump-sum cash bonus.** Please process a one-time payment representing **five percent of her fiscal year 2001 annual base salary** with the September 30, 2000 payroll.

Thank you.

/s
cc:    Dr. Marguerite M. Johnson

*Delaware Technical & Community College*
**Office of the President**
P.O. Box 897   Dover, Delaware  19903
Ph: 302-739-3737   Fax: 302-739-3345
*Equal Opportunity/Affirmative Action Institution*

D10

DTCC0675



**DELAWARE TECH**

*Community College of the Year*
National Alliance of Business

*Orlando J. George, Jr., President*

August 30, 2000

Dr. Marguerite M. Johnson
Vice President & Campus Director
Delaware Technical & Community College
Terry Campus
Dover, DE 19901

Dear Peg:

In recognition of your outstanding performance for FY00, I am recommending an annual supplement of 5% of your annual base salary.

According to Board policy, "the supplement shall be paid annually as a lump-sum cash bonus or tax-sheltered annuity, at the individual employee's discretion, and is not to be added to the annual base salary." *Please notify Karen Stone as to which option you choose.*

Congratulations and thank you for your tireless support of the President.

Warmest regards.

Sincerely,

Orlando J. George, Jr.
President
OJGjr.jr

c:  Karen Stone

*Delaware Technical & Community College*
♦ Dover ♦ Georgetown ♦ Stanton ♦ Wilmington
Office of the President
P.O. Box 897  Dover, Delaware  19903
Ph: 302-739-4053   Fax: 302-739-6225   E-mail: pres@outland.dtcc.edu
Equal Opportunity/Affirmative Action Institution

D11

DTCC0676

Final / Document Name _Agreed upon Report_

## SantoraBaffone CPA Group

### Control Sheet: Correspondence and Other

Client _____DTCC_____                          Due Date _____

Client Number __11952__

Responsible Person _____                XC: _____

Correspondence Directed To _J. Mc Nesby_        _____

|  | Initials | Date | Rerun Initials | Date |
|---|---|---|---|---|
| Proforma | | | | |
| Verified To PPC | | | | |
| Rough Draft | | | | |
| Typed | DD | 4/8/5 | | |
| Revision | | | | |
| Typed | | | | |
| Revision | | | | |
| Re-Typed | | | | |
| Final Revision/Reviewed | | | | |
| Final Type | | | | |
| Proofed | mls | 4/12/05 | | |
| Post Review | | | | |
| Hard Copy/Assembly | | | | |
| Signature | | | | |
| Delivered/Mailed/Faxed/Filed | | | | |

Enclosures:                                     Additional Information:

_____                                 _15 Copies_

_____                                 _____

_____                                 _____

_____                                 _____

R:\DOC-C\FORMS\Control Sheets\Correspondence.doc          7/02   D12

DTCC1900



# *Spotlight on Education*

**Spring 2005** ✳ D e l a w a r e  L e a r n i n g  R e s o u r c e  S y s t e m
http://lrc.doe.state.de.us
http://www.udel.edu/erc/spotlite.htm/Spotlight.htm

## The Reauthorized Individuals with Disabilities Education Act or IDEA
## Implications for Parents and Teachers

NEW CASTLE COUNTY CENTER
Willard Hall Education Building
University of Delaware
Newark, DE 19716-2940
(302) 831-2335/8148
Director: Margaret Dillner
mpd@udel.edu
Asst. Director: Chris McBride
mcbride@udel.edu

KENT COUNTY CENTER
Education & Technology Building
Delaware Technical & Community
College
Terry Campus-ETB
Dover, DE 19904-1383
(302) 857-1831/1830
Manager: Edwina Travers
etravers@college.dtcc.edu
Staff: Jennifer Stumpf
jstumpf@college.dtcc.edu

SUSSEX COUNTY CENTER
Child Development Center
Delaware Technical & Community
College
Owens Campus
Georgetown, DE 19947-0610
(302) 855-1649
Manager: Debbie Lloyd
dlloyd@college.dtcc.edu
Staff: Vicki Malone
vmalone@college.dtcc.edu



**Inside This Issue**

Statewide Statements          2

News from the Counties        2

[j]uisitions              insert

At long last -- Congress submitted the Reauthorized IDEA to the White House which the President then signed into law on December 3rd. Unless otherwise specified, IDEA changes take effect this coming July 1st. Meanwhile, the most relevant changes for school personnel are highlighted below in outline format:

### HIGHLY QUALIFIED TEACHERS

- Basic requirements (B.A.; certification and/or license) apply to all special education teachers
- Different categories of special ed teachers
  - Consultative (e.g., resource)
  - Elementary
  - Core content
  - Teaching to alternate standards
- Personnel can use HOUSSE standards to demonstrate competence

These provisions are effective immediately, that is, starting December 3, 2004.

### IEPs

- Initial evaluation w/in 60 days unless state has other timeframe
- Elimination of short-term goals and benchmarks except for students taking alternate assessments
- Transition IEPs beginning before age 16
- Excusals from IEP meetings
- Changes to IEPs w/out holding meeting
- School transfers (intra and interstate)
- Multi-year IEP (up to 15 state pilots)

### LEARNING DISABILITIES

- Discrepancy model no longer mandatory (at LEA discretion)
- Need to become familiar with RTI (response to intervention) – what it is; how it works (Look for more guidance when the regulations come out.)

### DISCIPLINE

- Consider "unique circumstances" on case-by-case basis for violations of school code
- Removal to interim alternative educational setting for not more than 45 school days – services must continue
- Retains manifestation determination – may require a Functional Behavior Assessment (FBA) – Sign up for a PBS workshop and find out how to conduct an FBA
- Special circumstances for removal:
  - Weapons
  - Illegal drugs
  - "Infliction of serious bodily injury" (at school or school event)
- Placement during appeal – interim alternative educational setting
- "Stay put" provision eliminated

There's more, but these are the most relevant to school personnel. Stay tuned for the regulations addressing the Reauthorized IDEA. The US Department of Education is currently holding public meetings across the country to collect information on areas that may need to be included in the regulations of the new law. The USDE anticipates these proposed regulations will be published for

*Spotlight on Education* ஃ2    *Spring 2005*

public comment by late spring. Final regulations will be published within the year. The Delaware Department of Education will be working with school districts and charter schools to clarify the implementation of IDEA as the July 1 date approaches.

George Smith, Ph.D.
Education Associate, Instruction & Professional Development
Exceptional Children & Early Childhood Education
Delaware Department of Education

## *State*wide *Statements*

### *BEST WISHES, HARRIET!*

The education community will miss Harriet Donofrio, Delaware Teacher Center Director, who retired in January, 2005. Harriet has worked closely with the Delaware Learning Resource Centers to provide educational resources and services for teachers. Hired by the Delaware Teacher Center in 1989 as Field Agent, Harriett has been Director of the DTC since 1991.



*Harriet Donofrio*

Harriett taught science grades 6-8 in Smyrna District from 1969-1979 and then biology, chemistry and marine resources in Cape Henlopen District from 1979 – 1989. During her 20 years teaching science she won many awards. She was National Marine Educator of the Year, Delaware Teacher of the Year, and a final-four finalist for National Teacher of the Year. Harriet's service to education both in Delaware and nationally is commendable. Among her contributions, she served as a member of the commission that developed the Delaware Science Content Standards. She taught university science methods courses, was a board member of the National Science Teachers Association, and presided as president of Delaware Teachers of Science (DTS), the Delaware Academy of Science (DAS), and Phi Delta Kappa (PDK). She also served as the editor of the DTS and PDK newsletters. Ms. Donofrio has also done teacher workshops nationwide. Both her bachelor's degree in biology and a master's degree in natural science/education were awarded by the University of Delaware.

While we will miss her, we wish her all the best!

---

### NOTICE OF CHANGE IN PUBLICATION

Beginning with the Fall 2005 edition, the print version of *Spotlight on Education* will no longer be available. *Spotlight* will continue to be published online at http://www.udel.edu/erc/spotlite.htm/Spotlight.htm

---

## *News* from the Counties

### *Kent Keynotes*

I guess you could say we've hit the big time, now! As of this printing, the Kent LRC has achieved 10,000 catalogued items! Yes, that's ten thousand resources on our shelves, all ready and waiting for our patrons. We have new videos on Alternative Assessment and Assistive Technology. There are readers in classic titles – *Robin Hood, Call of the Wild, Little Women* - with Comprehension and Language Arts activities included in the same book. In addition, we have several levels of Visualizing and Verbalizing in Reading materials. There are new Cloze Reading materials, Grammar Fun and Everyday Math Skills books as well. We've added several new resources for ADD/ADHD, including the Gilliam Diagnostic Test, and Autism Spectrum Disorders, with some special titles on Asperger Syndrome and teaching support. In our manipulatives area, we've added Alphabet Tubs and Sorts as well as a new set of Brushing Demonstrator Teeth and a fabric Skeleton wall-hanger.

Yes, our shelves are packed with new and inviting things. So, feel free to invite yourself to our center and check them out!

If you're unfamiliar with the LRC, please contact us. We'll be more than happy to schedule an orientation for you or your group at the Terry Campus site. Of course, if you can't make it to our Center, we'll be happy to arrange a visit to you! Call the Kent LRC for more information: 302-857-1730.

### *Kent County Center Hours*

| | |
|---|---|
| Monday - Thursday | 8:00 a.m. – 7:00 p.m. |
| Friday | 8:00 a.m. – 4:30 p.m. |



**Welcome to the**

# Delaware Library Catalog

user ID: [          ]

PIN: [          ]

Login For More Features

**Library Info**
Library Hours
E-Book
Help

*The First State's First Choice*

**Search/Home**    I Need Material    Knowledge Portal    Reserve Desk    My Account    Contact Us
Digital Library    DTCC Library Home Page    Library Book Lists    New Castle County Library Catalog
Wilmington Library Catalog

Go Back | Help | New Search | Previous | Next | Change Display | Kept | Logout

record 1 of 1 for search **words or phrase "little black sambo"**

| Item Information | A Look Inside | Catalog Record |



Keep

Place Hold
Find more by this author
Find more on these topics
Nearby items on shelf

**Continue search in:**
Google

**The story of Little Babaji**
Bannerman, Helen, 1862-1946.

The classic tale follows a boy who outwits the proud tigers in the jungle--a story of courage and pancakes. Brought brilliantly to life with Marcellino's high-spirited illustrations, this deluxe paperback edition is every bit as charming as the original hardcover. Full color. Copyright © Libri GmbH. All rights reserved.

**Publisher:** HarperCollins Publishers,
**Pub date:** 1996.
**Description:** 1 v. (unpaged) :
**ISBN:** 0062050648
**Copy info:** 1 copy available at Delaware Tech Wilmington Campus Library.
1 copy total in all locations.

**A Look Inside:** ▸ Review ▸ Summary ▸ CLCD Review
▸ URL ▸ URL

**Holdings**

| Delaware Tech Wilmington Campus Library | Copies | Material | Location |
|---|---|---|---|
| PZ7.B227 ST | 1 | DTCC Restricted Circulating Book | Children's Collection |

Go Back | Help | New Search | Previous | Next | Change Display | Kept | Logout

D15

Welcome to the

# Delaware Library Catalog

TOP



Your Electronic Library on the Web
Powered by: Sirsi Corporation, Copyright © 2000 - 2004

D16



New Castle County
TIPCat Libraries

○ Login ▣ My List - 0 ❷ Help

Home    Search    My Account

Keyword | Browse | Advanced | Power | Audio Visual | Bestsellers | History

Search:  [Title Keyword ▼]    [sambo]    ➡    Refine Search

> You're searching: **New Castle County's Public Library Online Catalog**

## Search Results

8 titles matched: **sambo**

Sort by: [Select... ▼]
Limit by: [Select... ▼]  ➡

---

1. **Little black Sambo.**

by *Bannerman, Helen, 1862-1946*
Grosset & Dunlap, 1972. 1972.

Show details

| Location | Collection | Call No. | Status | Due Date | Copy/Volume |
|---|---|---|---|---|---|
| APPOQUINIMINK COMMUNITY LIBRARY | Circulation Office | BAN | Checked In | | |

[Add to my list]

[Request Item]

---

2. **Sam and the tigers : a new telling of Little Black Sambo / by Julius Lester ; pictures by Jerry Pinkney.**

by *Lester, Julius*
New York : Dial Books for Young Readers, c1996. c1996.

Show details

| Location | Collection | Call No. | Status | Due Date | Copy/Volume |
|---|---|---|---|---|---|
| BEAR LIBRARY | Children's Picture Book Fiction | LES | Checked In | | |
| BEAR LIBRARY | Children's Picture Book Fiction | LES | Checked In | | |
| BRANDYWINE HUNDRED LIBRARY | Children's Picture Book Fiction | LES | Checked In | | |
| CLAYMONT LIBRARY | Children's Picture Book Fiction | LES | Checked In | | |
| DELAWARE CITY LIBRARY | Children's Picture Book Fiction | LES | Checked In | | |
| ELSMERE LIBRARY | Children's Picture Book Fiction | LES | Checked In | | |
| | Children's Picture Book | | | | |

| Location | Collection | Call No. | Status | Due Date |
|---|---|---|---|---|
| KIRKWOOD HIGHWAY LIBRARY | Fiction | LES | Checked In | |
| NEW CASTLE PUBLIC LIBRARY | Children's Picture Book Fiction | LES | Checked In | |
| NEWARK FREE LIBRARY | Children's Picture Book Fiction | LES | Checked out | 03/14/2007 |

Add to my list

Request Item

3. **The story of Little Babaji / Helen Bannerman ; illustrated by Fred Marcellino.**    Show details

by *Bannerman, Helen, 1862-1946*

[New York] : HarperCollins, 1996. 1996.

| Location | Collection | Call No. | Status | Due Date | Copy/Volume |
|---|---|---|---|---|---|
| BEAR LIBRARY | Children's Picture Book Fiction | BAN | Checked In | | |
| BRANDYWINE HUNDRED LIBRARY | Children's Picture Book Fiction | BAN | Checked In | | |
| CLAYMONT LIBRARY | Children's Picture Book Fiction | BAN | Checked In | | |
| ELSMERE LIBRARY | Children's Picture Book Fiction | BAN | Checked In | | |
| NEW CASTLE PUBLIC LIBRARY | Children's Picture Book Fiction | BAN | Checked out | 03/03/2007 | |
| NEWARK FREE LIBRARY | Children's Picture Book Fiction | BAN | Checked In | | |

Add to my list

Request Item

4. **Weird cartoons [videorecording]**    Show details

Santa Monica, Calif. : Rhino Video, 1986. 1986.

| Location | Collection | Call No. | Status | Due Date | Copy/Volume |
|---|---|---|---|---|---|
| BEAR LIBRARY | Children's Videocassette | 791.433 W | Checked In | | |

Add to my list

Request Item

5. **True & false unicorn [sound recording] ; Canción de nuestro tiempo ; Halavan himmeän alla / Rautavaara.**    Show details

D18

by *Rautavaara, Einojuhani, 1928-*
Helsinki : Ondine, p2003. p2003.

| Location | Collection | Call No. | Status | Due Date | Copy/Volume |
|---|---|---|---|---|---|
| BEAR LIBRARY | Compact Disc Music | C RAUTAVAARA | Checked In | | |
| APPOQUINIMINK COMMUNITY LIBRARY | Compact Disc Music | C RAUTAVAARA | Checked In | | |
| NEWARK FREE LIBRARY | Compact Disc Music | C RAUTAVAARA | Checked In | | |

Add to my list

Request Item

## 6. The story of Little Black Sambo / story by Helen Bannerman ; illustrations by Christopher Bing.

Show details

by *Bannerman, Helen, 1862-1946*
Brooklyn, N.Y. : Handprint Books, 2003. 2003.

| Location | Collection | Call No. | Status | Due Date | Copy/Volume |
|---|---|---|---|---|---|
| BRANDYWINE HUNDRED LIBRARY | Children's Picture Book Fiction | BAN | Checked In | | |
| NEW CASTLE PUBLIC LIBRARY | Children's Picture Book Fiction | BAN | Checked In | | |
| NEWARK FREE LIBRARY | Children's Picture Book Fiction | BAN | Checked In | | |

Add to my list

Request Item

## 7. Black Manhattan [sound recording] : theater and dance music of James Reese Europe, Will Marion Cook, and members of the legendary Clef Club.

Show details

by *Paragon Ragtime Orchestra*
New York, NY : New World Records, p2003. p2003.

| Location | Collection | Call No. | Status | Due Date | Copy/Volume |
|---|---|---|---|---|---|
| NEWARK FREE LIBRARY | Compact Disc Music | MA BLACK MANHATTAN | Checked In | | |

Add to my list

Request Item

8.

D19

## Pancakes for supper! / Anne Isaacs ; illustrated by Mark Teague.    Show details

by *Isaacs, Anne*
New York : Scholastic Press, 2006. 2006.

| Location | Collection | Call No. | Status | Due Date | Copy/Volume |
|----------|-----------|---------|--------|----------|-------------|
| BRANDYWINE HUNDRED LIBRARY | Children's New Book | ISA | Checked out | 03/04/2007 | |
| CLAYMONT LIBRARY | Children's Picture Book Fiction | ISA | Checked out | 03/19/2007 | |
| NEW CASTLE PUBLIC LIBRARY | Children's New Book | ISA | Checked out | 03/17/2007 | |
| NEWARK FREE LIBRARY | Children's New Book | ISA | Checked out | 03/20/2007 | |
| WOODLAWN LIBRARY | Children's New Book | ISA | Checked In | | |

[Add to my list]

[Request Item]

Add/Remove MyList (max=100, ie. 1,2 5-20) | 1-8 |    [Add] [Remove]

Format: ⦿ HTML ○ Plain text ○ Delimited ○ MLA ○ Chicago

Email items: (max=100, ie. 1,2 5-20) | 1-8 |

Subject: | My Search |

Email to: | |    [Send]

Horizon Information Portal 3.08_RC1_57.01

POWERED BY

# DYNIX.

© 2001-2004 Dynix All rights reserved.

D20



**Welcome to the**

# Delaware Library Catalog

user ID: [ ]

PIN: [ ]

[ ]

**Library Info**
Library Hours
Policies & Procedures
E-Book Help
Apply for a Card
MORE

### The First State's First Choice

Español

**Search/Home**   Find It Fast!   Kids' Library   I Need Material   Internet & More   My Account
Contact Us   Library Booklists   Magazines & More (DelAWARE)   New Castle County Library Catalog
DTCC Library Home Page   Wilmington Library Catalog   Ask a Librarian

[Go Back]  [Help]  [Limit Search]  [New Search]  [ ]  [ ]  [Kept]  [Logout]

## Search Results

**words or phrase "little black sambo" search found *8* titles.**

**#1**          **BANN 1972**                          **1972**

**Little Black Sambo**
Bannerman, Helen, 1862-1946. n 50021994-1.

1 copy available at Dover Public Library in Juvenile Easy Collection

**#2**          **BAN**                                **1976**

**The little black sambo story book**
Bannerman, H.

1 copy available at Milton Public Library in Juvenile Easy Collection

**#3**          **CRU**                                **1992**

**Mgambo and the tigers**
Crump, Fred, Jr.

1 copy available at Frankford Public Library in Juvenile Easy Collection

**#4**          **BAN**                                **1996**

**The story of Little Babaji**  *1st ed.*
Bannerman, Helen, 1862-1946.



6 copies available at Greenwood Public Library, Delaware Tech Wilmington Campus Library, Millsboro Public Library, Selbyville Public Library, Delmar Public Library, and Laurel Public Library



**Continue search in:**
Google

**You Found Titles in Categories:**
American Literature
Children's Literature

D21

Case 1:05-cv-00157-MPT    Document 143    Filed 02/28/2007    Page 24 of 38

**#5**    **LES**           **1996**

**Sam and the tigers : a new telling of Little Black Sambo**  *1st ed.*
  Lester, Julius.

6 copies available at Georgetown Public Library, Milford Public Library, South Coastal Library, Milton Public Library, Millsboro Public Library, and Selbyville Public Library



**#6**    **BAN**           **2003**

**The story of Little Black Sambo**  *1st ed.*
  Bannerman, Helen, 1862-1946.



4 copies available at Greenwood Public Library, Milton Public Library, Frankford Public Library, and Delmar Public Library

**#7**    **WEB**           **2004**

**Brown gold [electronic resource] : milestones of African-American children's picture books, 1845-2002**
  Martin, Michelle H., 1966-

1 copy available at Delaware Division of Libraries in Online Resources

**#8**    **E FIC ISAA**        **2006**

**Pancakes for supper!**  *1st ed.*
  Isaacs, Anne.



1 copy available at Greenwood Public Library in Juvenile Easy Collection





Go Back   Help   Limit Search   New Search   Kept   Logout

**Search Again**

◉ Catalog  ○ Google

Search for: little black sambo    library: ALL

language: ANY

location: ANY

genre: ANY

audience: ANY

match on: Keywords

D22



Login    My List - 0    Help

Wilmington Institute Library

Home    Search    My Account    Community Resources

Basic    Advanced    Power    History

**Search:**    General Keyword    little black sambo    Refine Search

> You're searching: **Wilmington Institute**

## Search Results

Sort by: Select...

**2 titles matched: little black sambo**    Limit by:    Select...

means this library owns a copy

1. **Sam and the tigers / by Julius Lester ; pictures by Jerry Pinkney.**
   by *Lester, Julius.*
   New York : Dial Books for Young Readers, c1996.

   Add to my list    Request Item

2. **The story of little Babaji / by Helen Bannerman ; illustrated by Fred Marcellino.**
   by *Bannerman, Helen, 1862-1946.*
   New York : HarperCollins, c1996.

   Add to my list    Request Item

means this library owns a copy

Add/Remove MyList (max=100, ie. 1,2 5-20) 1-2    Add    Remove

Format:    HTML    Plain text    Delimited    MLA    Chicago

Email items: (max=100, ie. 1,2 5-20) 1-2

Subject: My Search

Email to:    Send

Horizon Information Portal 3.06.A

D23



DelTechtive

Library Home
Page

Home    Search

Basic    Student    Advanced    Power    History

My List - 0    Help

**Search:**    General Keyword    bannerman    GO    Refine Search    Return to results | Previous | Next

> You're searching: **Delaware Technical & Community College**

## Item Information

▸ Holdings

---

More by this author
- Bannerman, Helen, 1862-1946.
- Marcellino, Fred.

Subjects
- Tigers -- Juvenile fiction.
- India -- Juvenile fiction.

Browse Catalog
by author:
- Bannerman, Helen, 1862-1946.
- Marcellino, Fred.

by title:
- The story of Little ...

The story of Little Babaji / Helen Bannerman ; illustrated by Fred Marcellino.

by Bannerman, Helen, 1862-1946., Marcellino, Fred.

[New York] : HarperCollins, 1996.

| | |
|---|---|
| Subjects | ● Tigers -- Juvenile fiction. |
| | ● India -- Juvenile fiction. |
| ISBN: | 0062050648 |
| Description: | 1 v. (unpaged) : col. ill. ; 17 cm. |
| Edition: | 1st ed. |
| Contents: | "Michael di Capua Books." A little boy in India loses his fine new clothes to the tigers, but while they dispute who is the grandest tiger in the jungle he takes his fine clothes back again. |

Add to my list

### Copy/Holding information

| Location | Collection | Call No. | Copy | Status |
|---|---|---|---|---|
| Wilmington Campus Library | Wilmington Children's Collection | PZ7.B227 St | c. 1 | Checked In |

Format:    HTML    Plain text    Delimited

Subject:    The story of Little Babaji / Helen Banne

Email to:    _____    Send

MARC Display

Horizon Information Portal 3.04
POWERED BY

D Y N I X.



**amazon.com.** 🛒 VIEW CART | WISH LIST | YOUR ACCOUNT | HELP

| WELCOME | YOUR STORE | BOOKS | APPAREL & ACCESSORIES | ELECTRONICS | MUSIC | DVD | COMPUTER & VIDEO GAMES | ZSHOPS | ▶ SEE MORE STORES |

| ADVANCED SEARCH | BROWSE CATEGORIES | SELLER HELP | YOUR ACCOUNT | SELLER ACCOUNT |

# aszabo@cfl.rr.com zShop  ▸ View storefront



zShops / Books / Other

SEARCH

all zShops

GO!

**ITEM INFORMATION**

**Explore this item**

item info

item purchase info

**Share your thoughts**

e-mail a friend about this item

## Bannerman, Helen: LITTLE BLACK SAMBO

*No photo available*

**Price: $250.00**

**Description:** Hard Cover. Good/No Jacket. illus. - Publisher: Chicago: Saalefield Pub. Keywords: MAGIC/OCCULT/MYSTICISM

**Merchant: ssdbooks:**
★★★★☆ (91)

**READY TO BUY?**

**Buy now from Seller**
(select address & credit card next)

**Seller:** aszabo@cfl.rr.com
zShop

Payments Guaranteed 100% Safe

How zShops buying works

### Details:

Hard Cover. Good/No Jacket. illus. -

Publisher: Chicago: Saalefield Pub.
Keywords: MAGIC/OCCULT/MYSTICISM

**Item Purchase Information:**
**Quantity:** 1
**Accepted Payment Methods:** Amazon Payments.
**Location:** Melbourne, FL, United States
**Shipping Terms:** Buyer pays. Will ship internationally.

**Customer Service Policy:** SHIPPING WITHIN 24 HOURS OF PAYMENT. RETURNS WITHIN 10 DAYS OF MAILING, OVERSEAS DELIVERY WITHIN 7-42 DAYS DEPENDING ON POSTAL RATE SELECTED---- POSTAL RATES --- FIRST BOOK $3.50 ALL ADDITIONAL BOOKS $1.50 EACH. PRIORITY MAIL $6.00 EXCEPT EXTRA HEAVY BOOKS. INTERNATIONAL $9.00 EXCEPT EXTRA HEAVY ITEMS---WE WILL E-MAIL YOU IF ANY RATE EXCEEDS THE EXTRA I AM WILLING TO COVER AS PART OF DOING BUSINESS IN A PROFESSIONAL AND TIMELY

D225

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MARGUERITE A. JOHNSON,                     )
                                           )
          Plaintiff,                       )
                                           )
     v.                                    )          C.A. No.  05-157 (KAJ)
                                           )
ORLANDO J. GEORGE, JR.,                    )          Trial By Jury Demanded
in both his official and personal          )
capacities, and DELAWARE                   )
TECHNICAL AND COMMUNITY                     )
COLLEGE,                                   )
                                           )
          Defendants.                      )

### AFFIDAVIT OF GEORGE S. JOHNSON

STATE OF DELAWARE            )
                             )ss
COUNTY OF                    )

I, George S. Johnson, being duly sworn do depose and say as follows:

1.    I am the husband of the plaintiff, Marguerite Johnson.

2.    In order to determine how long it would take to type the "Cook Book" which was a part of the 1999 reunion, for which my wife acted as chairman, I retyped the entire document.  A copy of the retyped document is attached hereto as Exhibit No. 1.

3.    After retyping the Cook Book, I then applied the "Word Count" tool contained in Microsoft Office.  That tool showed that the word count was 14,891 words.

GEORGE S. JOHNSON

D26

SWORN TO A SUBSCRIBED before me this ___20rd___ day of ~~July~~ Feb 2007.

_____
NOTARY PUBLIC

My Commission expires on ___3/19/07___.

THERESE A. DONOVAN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 19, 2007

D27

# EXHIBIT 1

## Introduction

We have titled this "The McConnell McClurking/McLurkin Cook "Kin" Book," drawing upon the rich experiences and the value of our family kinship.

These recipes are traditional and some are high in fat and calories. If you wish, you can easily make low fate substitutions (smoke turkey is an excellent replacement for ham when cooking vegetables) and reduce the amount of sugar and salt used. You will eventually pass on new traditions; however, the old ones will be safely recorded for "remembrance." The recipes in this book combine to evoke the smell, emotions, and yes even the taste of the McConnell McClurkin/Mclurkin family in a way that cannot be adequately captured in a simple narrative of its history.

We are indeed, deeply grateful to the family members who contributed treasured recipes on these pages. Our hope is that you will continue the McConnell-McClurkin/McLurkin food legacy into the new millennium and celebrate all our meals together.

Co-Chair, Delaware Family Host Committee

Table of Contents

Breads and Rolls……………………………….5

Soups and Salads………………………………9

Appetizers & Side Dishes………………………13

Entrees & Main Dishes…………………………19

Desserts………………………………………37

Collection of Tips……………………………….55

"A family can't fail – it isn't possible to let that much love die…"

**Breads**

**And**

**Rolls**

D29

We thank you Heavenly Father for every earthly good, for health, for shelter, and for our daily food. Oh give us hearts to thank you for every blessing sent and whatsoever you send make us content. Amen

**Cinnamon Rolls**
Barbara Johnson

1 ¼ c butter, melted and divided
2 c very hot water
½ c firmly packed brown sugar
2 eggs
½ tsp. salt
2 pkgs. Active dry yeast
7 c flour (all purpose)
Ground cinnamon
Chopped nuts
¼ c milk or cream
1 tsp. vanilla
confectionery sugar

Lightly grease baking sheets. Combine ½ cup melted butter, the hot water, ½ cup firmly packed brown sugar, the eggs, salt and yeast, whisk or mix together with a fork until blended. Add 4 cups flour, mixing well, add remaining cups flour. ½ cup at a time, mixing well by hand, until dough is smooth and not sticky. Let dough rise in warm place about 45 to 60 minutes until doubled. Punch down and divided in half. Roll each portion into a rectangle ½ inch thick. Spread each half with ¼ cup melted butter, cinnamon and nuts. Roll up and pinch long edges closed. Cut each roll into 8 to 12 slices. Place on prepared baking sheets and let rise to doubled. Bake 18 to 20 minutes at 375. Cool in medium bowl, combine ¼ cup melted butter, the milk and vanilla. Add confectionery sugar to make a spreadable icing. Frost cooled rolls.

Hint HINT HINT HINT HINT HINT HINT HINT HINT HINT HINT HINT

1.    Water should be hot tap, not boiled
2.    Eggs should be slightly beaten and mixed in quickly so that the hot water will not cook them.
3.    Initial dough does not have to be firm, if you know what I mean, some times we use too much flour and it results in a heavier end product. So just remember that you can add more flour after the dough is divided and rolled out.
4.    Dough is doubled when you press it with your fingertips and leave a print.
5.    Okay now we are going to go crazy. If you sprinkle brown sugar and then lightly pour light corn syrup over the rolls before you put them in warm place to double, you will be thrilled with the sticky sweet out come.

6.    Finally, icing should be placed on hot rolls if you desire that cinnamon effect. Also, if you like, add a tablespoon of black coffee to the icing to give you a caramel tasting icing.

**Mexican Cornbread**
Louise Hunter

1 ½ cup corn meal
1 small can creamed corn
1 cup sour cream (8 oz.)
¼ cup cooking oil
2 tsp. salt
1 cup grated sharp cheese
2 or 3 jalapeño peppers
2 or 3 tbsp. chopped bell pepper

Mix all ingredients except cheese. Pour half in hot greased pan. Sprinkle 12 cheese over this.  Add remaining mixture and cover with rest of cheese. Bake at 350 degrees for 40 minutes. Serves 10.

**Zucchini Bread**
Louise Hunter

3 cup flour
1 ½ cup sugar
1 cup nuts
4 ½ tsp. Double-acting baking powder
1 tsp. salt
4 eggs
2 tbsp. milk
2/3 cup salad oil
2 cup zucchini, shredded
2 tsp. Lemon peel

In large bowl, with fork, mix flour, sugar, nuts baking powder, salt. In a separated bowl, beat eggs slightly, then stir in oil, zucchini and lemon peel. Stir liquid mixture into flour mixture until moistened, spread evenly in loaf pans. Bake 1 hour at 350 degrees.

Let us with a good mind, praise the Lord for he is kind, all things living he does feed. This full hand supplies their need. For his mercies shall endure ever faithful, ever sure. Amen.

D31

**Banana Nut Bread**
Louise Hunter

1 ¾ cup flour
1 ½ ts6p. baking powder
¾ tsp. Salt
½ tsp. Baking soda
2/3 cup sugar
1/3 cup shortening
2 eggs
2 tbsp.milk
1 cup mashed rip bananas (3 medium)
¼ cup chopped walnuts

Stir together flour, baking powder, salt and soda; set aside. In small bowl, cream sugar and shortening till light and fluffy. Add eggs one at a time, and milk; beat well. Add flour mixture and mashed banana alternately to creamed mixture, beating smooth after each addition. Fold in nuts. Turn into lightly greased 8x4x2 –inch loaf pan. Bake at 350 degrees till a wooden pick inserted near center comes out clean, 60 to 65 minutes. Cool 10 minutes; remove from pan. Cool on wire rack. Wrap and store overnight. Makes 1 loaf.


**Crumbs of happiness…**
**Make a loaf**
**Of contentment!**

**Corn soufflé**
Louise Hunter

1 stick margarine, melted
2 eggs
1 (8oz.) sour cream
1 can whole kernel corn
1 can cream corn
1 package Jiffy corn bread mix

Beat until fluffy margarine, eggs, sour cream. Add remaining ingredients. Combine well. Bake 350 degrees for approximately 45 minutes.

**Soup**

**And**

**Salads**

4

D32

Father, we thank you for this food, for all your love so great and good. Feed all you hungry ones today. Bless all the world with us, we pray.  Amen

**Sauerkraut Salad**
Luegenia L. McClurkin

1 No. 2 can sauerkraut
1 c sugar
1 tsp. salt
2 c celery
1 c onion
1 green bell pepper
Small jar pimento

Drain sauerkraut. Mix with sugar and salt. Let stand 2 hours. Chop celery, onion, green bell pepper and pimento. Mix all together and let stand in refrigerator for 12 hours before serving.  Keep for a month in refrigerator.

**Seafood Combination Soup**
Kamphon Milburn

2 ½ c water
2 stalks lemon grass/citronella, cut into 1-in slices
6 thin slices galangal
6 kaffir lime leaves, torn in half
3-4 green Thai chili peppers
2 green jalapeno peppers
4 oz. white fish fillets, cut into 1/2 –in x 2-in pieces
4 oz. squid, cleaned, scored and sliced
4 oz. large shrimp/prawns, with shells
4 oz. small crabs (2 small crabs), cleaned and cut in half with top shell removed
4 oz. mussels
4 oz. clams
3 oyster mushrooms, sliced
¼ c fish sauce
¼ c lime juice

In a large saucepan heat the water, lemon grass, galangal, lime leaves and peppers to boiling. Add the prepared fish fillets, squid, crabs, mussels, clams and mushrooms and boil for 30 seconds. Reduce the temperature and add the fish sauce and lime juice and stir carefully. Remove to and attractive serving bowl. Yields: 4 servings.

**Chicken Salad**
Gladys Coleman

2 c. boiled chicken, shopped fine or 1/4- in cubes

D33

½ c mayonnaise
2/3 c chopped crisp celery
2 hard boiled eggs, chopped
Salt and pepper to taste

Mix well and chill 60 minutes. Serve on lettuce or make into sandwiches.

**Shrimp Salad**
Margaret Sims

1 sm. can shrimp (1 ½ cups)
½ cup sweet cucumber pickle diced
½ cup sweet pepper, diced, (red or green)
½ cup olives diced, optional
1 cup celery hearts cut fine
2 cups short cut macaroni, cooked (cold)
½ cup mayonnaise (more if desired)
2 tbsp. minced onion, optional
½ tsp. salt
dash pepper

Combine all ingredients. Toss lightly until well coated with mayonnaise. Serve with lettuce or without. Garnish with a dash of paprika. Any other meat may be used in place of shrimp, if desired


**Broccoli Salad**
Samantha McClurkin-Hill

2 bunches green onions, chopped into small pieces
2 stalks fresh broccoli, cut into small pieces
¾ cup sunflower nuts
¾ cups raisins
½ lb. bacon, fried crisp and crumbled dressing
1 ¼ cups salad dressing, such as Miracle Whip
1 cup sugar

Combine green onions, broccoli, sunflower nuts, raisins, and bacon in a bowl. Combine dressing ingredients. Pour over broccoli mixture and stir.

**Water Gate Salad**
Louis Hunter

1 box instant Pistachio Pudding mix
½ cup chopped nuts
½ cup small marshmallows

D34

9 oz. cool whip
1 can crushed pineapple drained

Mix all ingredients well. Can be made a day early.

**Carrot Salad**
Louise Hunter

2 boxes orange Jell-O
1 box lemon Jell-O
3 cups boiling water
3 cups cold water
1 can crushed pineapple

In large bowl dissolve Jell-O according to direction in hot water, stir well and add cold water, stir well. Add pineapple and let congeal slightly. Peel 2 carrots and grate. Add to mixture before it sets; stir well. May put in a mold if desired. Serves 12 persons. Keep well for a week.

**Sunshine Salad**
Louise Hunter

1 lb. cottage cheese
1 cup sour cream
1 cup crushed pineapple, well drained
1 can mandarin oranges, drained
½ package miniature marshmallows

Mill all ingredients together, chill. Make a day early

**Fruit Salad**
Louise Hunter

1 med. Cool whip
1 sm. can fruit cocktail, drained
1 sm. can crushed pineapple
1 med. container cottage cheese
1 box Jell-O, strawberry (or preference)
Mix all ingredients together, adding Jell-O last. Mix well with a spoon. Chill and serve

**Cold Weather Soup**
Louise Hunter

3 lbs. beef chuck
3 lbs. beef bones

D35

3 qt. Water
1 onion
1 tbsp salt
½ tsp. coarse black pepper
3 tbsp. oil
2 onions, sliced
2 garlic cloves minced
1 tbsp. parsley chopped
4 celery stalks sliced
2 cups shredded cabbage
2 cups sliced carrots
1 can tomatoes
1 can kidney beans
½ noodles
¼ tsp Oregano
½ cup Parmesan cheese
1 package Lipton's onion soup
1 package Lipton's beef noodle soup
1 package potato vegetable beef soup

Simmer the first six ingredients three hours in a large, old-fashioned kettle. Simmer the next five ingredients in a frying pan and add to the cooked beef broth. Add the remaining ingredients and cook until all vegetables are tender. Add more water if necessary.

**Clam Curry Soup**
Louise Hunter

2 chopped peeled large onions (3 leeks may be used)
2 tbsp. bacon fat (or butter)
2 ¼ tsp. Curry powder
2 chopped peeled large apples
4 bouillon cubes
4 cups boiling water
2 qt. clams with juice
2 tbsp. flour
2 tbsp. water
2 cups canned or fresh tomatoes

Saute' onions in fat in deep kettle until brown. Add curry powder, apples, bouillon cubes and 4 cups boiling water. Simmer about 1 ¾ hours. Add clams and tomatoes, and 2 tbsp. flour and 2 tbsp. water. Warm over low heat until thickened. Serve at once. (Chicken may be substituted for the clams).

**Cole Slaw**
Peggy Johnson

8

D36