1 small head cabbage, shredded fine
1 bell pepper, green
½ cup Hellman's mayonnaise
2 tbsp. sugar
1 tsp. salt
1 tbsp. cider vinegar

Combine vegetables in a bowl. In a separate bowl, combine remaining ingredients, combine both bowls and toss lightly.

**Easy Garden Vegetable Dip**
Louise Hunter

2 envelopes Lipton Spring Vegetable Cup-a-Soup
½ to 1 pint sour cream

In small bowl, blend Cup-a-Soup with sour cream. Chill. Serve with you favorite veggies, chips or carved bread.

Be present at our table, Lord. Be here and everywhere adored. Your people bless and grant that we may strengthened for your service be. Amen.

**Appetizers**

**&**

**Side**

**Dishes**

Thank you for the world so sweet, thank you for the food we eat. Thank you for the birds that sing, thank you, God, for everything. Amen

**Barbecue Sauce**
Luegenia L. McClurkin

½ c Wessen oil
¾ c chopped onion
¾ c tomatoes
¾ c water
3 Tbsp. sugar

9

D37

3 tbsp. Worcestershire sauce
2 tbsp. salt
2 Tbsp. mustard
1/3 c lemon juice
½ Tbsp. pepper

Cook onion in oil. Mix all other ingredients together. Add onion (after cooked to tender strips). Simmer 15 minutes, then pour over chicken (preferable skinless) and bake. (25) 3-Tsp. servings.

## Baked Macaroni and cheese
Luegenia L. McClurkin

2 tbsp. cornstarch
1 tsp. salt
½ tsp. dry mustard (optional)
¼ tsp. black pepper
2 c milk
2 Tbsp. butter or margarine
3 eggs

Mix above ingredients well.

2 c (8 oz.) shredded American cheese (divide)
8 oz. Mueller elbows macaroni

1 ¾ c cooked 7 minutes and drained. Lay macaroni, lay cheese and the above ingredients. Pour over cheese macaroni. Top with cheese. Bake at 350 degrees for 45 minutes or until brown.

## Fresh Spring Rolls
Kamphon Milburn

12 spring roll wrappers
12 leaves green leaf lettuce/Chinese lettuce
3 chinese sausages, cut into ½-in cubes
1 c fried tofu
1 cucumber, peeled, cut into 1/2 –in cubes
2 c beans sprouts, blanched
2 c spinach, blanched
½ c peanut sauce

Steam the spring roll wrappers. Place one wrapper on a flat surface, then place a 6-in square piece of lettuce leaf on the lower portion of the wrapper. Arrange twelfth of each of the Chinese sausage, tofu, cucumber, bean sprouts and spinach on top of the lettuce leaf. Roll the bottom of the wrapper up, bring the sides in and continue to roll all the way

D38

up. Repeat for the rest of the wrappers. Slice the rolls and serve with peanut sauce.
Yields: 4 servings

## Pineapple Curry
Kamphon Milburn

2 c coconut milk
1 c crushed fresh pineapple
2 Tbsp. red curry paste
¼ c fish sauce
1 ½ tbsp. sugar
8 oz. shrimp/prawns, shelled and deveined

Combine all the ingredients except the shrimp in a large saucepan and heat to boiling.
Add the shrimp preheat to boiling and cook for about 3 minutes or until done.

## Beefy Cheese Ball
Gladys Coleman

3 (8 oz.) pkgs. Cream cheese
3 pkgs. Water thin beef
1 med. onion, grated
2 ½ Tbsp. Worcestershire sauce
2 tsp. seasoning salt

Mix cheese and 2 ½ pkgs. beef, chopped up and other ingredients together. Shape into
ball and wrap ½ pkg. of beef into a round ball.

## Cornbread Dressing
Ruby Smith

6 c crumbled cornbread (or loaf bread)
4 c biscuits, crumbled
1 c chopped celery
¾ c finely chopped onion
1 c butter
1 tbsp. salt
1/3 tsp. pepper
4 to 6 c chicken broth
2 tsp. sage
Combine cornbread and biscuit crumbs; add seasoning beaten eggs and liquid
ingredients. Place in greased pan. Bake at 400 degrees oven until done.

## Steamed Cabbage
Louise Hunter

D39

1 Medium cabbage (cut fine)
½ cup red bell pepper (chopped fine)
½ cup green bell pepper (chopped fine)
2 tbsp. fatback drippings
1 tsp. sugar to taste
salt and pepper to taste

Steam for about 15 minutes


**Bourbon Dogs**
Louise Hunter

1 (16 oz.) package Hillshire Farm Lil'l Links, any variety
2 cup ketchup
¾ cup brown sugar
¾ cup bourbon
1 tbsp. onion
½ cup water

Combine ingredients and heat for 25 minutes in saucepan or 300 degree oven. Hillshire
Farm Lil'l Links may be heated separately, if desired.  Makes approximately 50
appetizers.

**Sausage Balls**
Louise Hunter

1 lb. Neese's sausage
1 (10 oz.) package mild or sharp cheddar cheese, grated
3 cup biscuit mix
1 tsp. paprika

Have sausage and cheese at room temperature.  Combine: mix well. Add paprika and
biscuit mix.  Roll into small balls. Bake at 350 degrees for 15-20 minutes. Yield:  about
100. Serves 25 – 30.


**Cheese Balls**
Louise Hunter

10 oz. Cheddar cheese
2 large packages cream cheese
1 tsp Salt
2 tbsp. diced onions
½ cup bell pepper

D40

1 (8 oz.) crushed pineapples, drained
1 cup chopped nuts

Blend together all ingredients with 2/3 cup of chopped nuts. Let set and then form into 2 balls. Roll in 1/3 cup of nuts.

## Cheese Roll
Louise Hunter

2 lbs. Velveeta Cheese
1 large package cream cheese
1 cup chopped pecans
¼ cup wine
1 garlic clove
10 drops Tabasco sauce

Cheese should be at room temperature, cream together with potatoes mashed, stir in other ingredients. Roll in ½ chili powder, and ½ paprika. Make 2 large rolls. Wrap in wax paper and store in refrigerator until used.

## Candied Sweet Potatoes
Louise Hunter

½ cup brown sugar
1 ½ cup granulated sugar
1 ½ tbsp. flour or cornstarch
½ tsp. Salt
1 cup cold water
2 tbsp. butter or margarine
2 tbsp. corn syrup
1 tsp. vanilla
3 large sweet potatoes, cooked, peeled, cut into ½ inch slices

In 2 quart saucepan, combine brown sugar, granulated sugar, flour and salt; add water, butter, corn syrup and vanilla. Cook, stirring occasionally over medium heat until mixture boils, removed from heat. Arrange potatoes in 11 ¾ x 7 ½ inch baking disk. Pour sugar mixture over potatoes, bake at 325 degrees, 1 ½ to 2 hours.

## Cheese Straws
Louise Hunter

1 jar Kraft Old English sharp cheese
1 box Jiffy pie crust mix

13

D41

Mix with hands and add a little cayenne pepper, if desired. Put in cookie press or shape in desired shapes. Bake at 325 degrees for 10 minutes or until they are brown.

**Little Ham Biscuits**
Louise Hunter

3 sticks margarine
2 medium onions grated
2 tbsp. mustard
2 tbsp. poppy seed

Cook above mixture until margarine melts.

5 packages Pepperidge Farm or other small dinner rolls
2 packages Swiss cheese
1 lb. boiled ham

Take dinner rolls, slice and spread with cooked mixture. Cut Swiss cheese and boiled ham to fit rolls. Bake at 350 degrees until cheese in melted – about 15 minutes. Make 100 servings.

**Mamma's Fried Corn**
Johnny Hunter

6 ears fresh corn on the cob
½ green bell pepper

½ red bell pepper
2 tbsp. cooking oil or bacon grease
Cut corn from the cob. Scrape the cob gently with the side of the knife to get all the milk from the cob. Chop the bell peppers into small pieces. Heat the cooking oil or bacon grease over medium heat. Stir in corn and pepper. Cook for approximately 20 minutes, stirring often. Be careful not to over cook. Season with salt and pepper to taste.

**Mom Lizzie's Potato Salad for a Crowd**
Peggy Johnson

10 to 12 large potatoes
2 large celery ribs, minced
1 small onion, minced or onion powder
8 to 10 hard-boiled eggs chopped
2 cups Hellman's mayonnaise
½ cup diced sweet pickles
1/8 tsp. celery seed

D42

1/8 tsp. mustard
1/8 tsp. cayenne pepper
1/8 tsp. sugar
1/8 tsp. paprika
Seasoned salt to taste

Place potatoes in a large pot and cover with cold water. Bring to a boil over high heat. Reduce heat to moderate-high, and cook, covered, until tender, approximately 20 to 30 minutes. Drain, and set aside to cool. Peel and dice into small cubes. In a large bowl, combine celery, minced onion or onion powder, diced pickles, diced eggs (leave one egg to sliced for topping), add mayonnaise and mustard. Mix all the ingredients together. Add and fold in the potatoes into the mixture. If dry, add in more mayonnaise. Mix gently, and refrigerate at least 3 hours prior to serving.


## Steve's Barbecue Marinade

Steve Johnson

1 cup vegetable oil
2 bay leaves, crushed
1 teaspoon curry powder
½ teaspoon curry powder
1/8 teaspoon marjoram
1/8 teaspoon savory spice
¼ teaspoon dried thyme
½ teaspoon turmeric
1 ¼ teaspoon lemon pepper
1/8 teaspoon ground nutmeg
1 ¾ teaspoons seasoned salt
1 tablespoon paprika
1 teaspoon paprika
1 teaspoon ground cumin
1 red bell pepper, seeded
 and chopped
2 tablespoons Liquid Smoke

¾ teaspoon garlic powder
½ teaspoon onion powder
¼ teaspoon cayenne pepper
1 lemon
1 large onion, sliced
7 garlic cloves minced
3 ½ cups water
1 tablespoon vinegar
5 fresh jalapeno peppers, sliced

Pour oil into large bowl. Add dry spices and garlic. Add remaining ingredients and mix well. Warm oil for 30 seconds in microwave or on top of the stove. The warmth enhances the release of spices' flavor. Add meat to bowl and marinate overnight. Reserve marinade to use in making Steve's Barbecue Sauce


## Steve's Barbecue Sauce

Steve Johnson

15

D43

1 ¼ cup tomato juice
2 tomatoes, quartered
¼ cup Worcestershire sauce
3 tbsp. liquid smoke
2 ½ cups malt liquor beer
½ cup hot pepper sauce
2 tbsp. maple syrup
½ tsp. ground allspice
½ tsp. ground cloves
¾ tsp. dry mustard
4 ½ tsp. paprika
1 tsp. lemon pepper
2 lemon slices
1 ½ tsp. cayenne pepper
4 tbsp. cornstarch

In a medium pot, combine Steve's Barbecue Marinade and all other ingredients except the cornstarch. Over high heat, bring this mixture to a boil. Reduce heat to low and simmer 1 hour. Place in a blender or processor to puree vegetables: then return mixture to pot to thicken. Combine cornstarch and ½ cup water, add to sauce, stir and simmer 10 minutes longer. This sauce is lip-smacking, bread sopping good.

**Hot Appetizer Pie**
Louise Hunter

1 (8oz.) cream cheese softened
1 tbsp. milk
1 (2 ½ oz.) jar dried beef, snipped
2 tbsp. minced onion
2 tbsp. minced green pepper
½ cup sour cream
½ cup chopped walnuts
Pepper to taste

Blend cream cheese and milk, stir in beef, onions, and green peppers. Stir in sour cream and spoon into shallow baking dish. Sprinkle with nuts and bake 15 minutes at 350 degrees. Serve hot with crackers. Leftovers may be chilled, shaped into a cheese ball or log and rolled into crushed nuts.

**ENTREES**

**&**

**MAIN DISHES**

D44

**O' give thanks to the Lord for He is good. For His mercy endures forever. Amen**

**Barbecued Venison**
Luegenia L McClurkin

1 c flour
1 ½ tsp. salt
½ tsp. garlic salt
¼ tsp. pepper
oil
Venison steaks
3 Tbsp. vinegar
¼ c chopped onions
3 Tbsp. brown sugar
½ c catsup
1 Tbsp. Worcestershire sauce
½ c water

Use enough ham or tenderloin steaks for your family. Roll steaks in mixture of the flour, salt, garlic salt, and pepper. Brown in oil in skillet. Place in baking dish. Combine remaining ingredients. Cook in saucepan for 5 minutes. Pour over steaks, then cover. Bake at 300 degrees for 2 hours or until tender.

**Chitterlings**
Louise Hunter

Place chitterlings in warm water. Cut out excess fat and scrape out grit one at a time. Wash thoroughly and put in heavy boiler.

Add:

3 cup water
2 garlic cloves
2 small peppers
salt
lemon juice
black pepper to taste

Cover and cook on medium heat until they begin to steam, then reduce heat and cook on low for approximately 3 hours, stirring occasionally.

**Barbecue Sweet and Sour**
Luegenia L. McClurkin

17

D45

3 lbs. ground chuck
2/3 c vinegar
2/3 c Worcestershire sauce
2/3 c catsup
2 onions, chopped
2/3 tbsp. brown sugar
3 tsp. prepared mustard

Brown together chuck and onions. Mix all other seasonings together and pour over meat and onions. Simmer, stirring occasionally, for 30 minutes. Serve over noodles or rice. Yields: 8 servings

## Country-Style Chicken Kiev
Phyllis McClurkin

2/3 c unsalted butter
½ c fine dry bread crumbs
2 Tbsp. Parmesan cheese
1 Tbsp. basil
1 Tbsp. oregano leaves
½ tsp. salt
½ tsp. garlic salt
4 chicken breasts
¼ c apple juice
¼ c chopped green onion
¼ c chopped parsley

Melt butter in heavy 2-quart saucepan. Mix crumbs, cheese and seasoning on waxed paper. Dip chicken beasts in butter; roll in crumb mixture to coat. Arrange skin side up in 9-inch square baking pan.

Bake on center oven rack at 375 degrees for 50 to 60 minutes or until brown and tender. Mix apple juice, green onion and parsley with remaining butter. Pour over and around chicken. Bake for 3 to 5 minutes or until sauce is heated through. Spoon sauce over chicken. Yield: 4 servings.

## Classic Pot Roast
Janie McClurkin

1 3 to 4 lb. lean beef roast
2 lg. onions, sliced
1 lemon, sliced
2 Tbsp. sugar
1 Tbsp. ginger
12 black peppercorns

D46

1 ½ c red wine
2 Tbsp. shortening
2 Tbsp. flour

Place roast beef in deep bowl. Add next 3 ingredients and seasonings. Add wine. Roast should be more than half covered with wine. Marinate, covered in refrigerator for 18 to 24 hours, turning roast occasionally.

Drain, reserving marinade. Brown roast on all sides in shortening in skillet or heavy kettle. Add reserved marinade. Simmer, covered, for 3 to 4 hours, adding additional wine if necessary.

Remove roast to serving plate; strain juices into saucepan. Blend flour with a small amount of water. Stir into juices. Cook until thickened, stirring constantly. Slice roast; arrange on serving plates. Pour gravy over top. Yield: 4 servings

## Whole Fish with Garlic Sauce
Kamphon Milburn

1 whole fish, about 1 lb., cleaned, head retained
½ c all-purpose/plain flour
4 c oil, for deep-frying

Sauce
8 garlic cloves
¼ c chopped green jalapeno pepper
¼ c chopped real jalapeno pepper
¼ c chopped green onions/scallions/spring onions
¼ c chopped cilantro/coriander root

3 Tbsp. oil
1/3 c fish sauce
3 Tbsp. sugar
3 Tbsp. lime juice
¼ tsp. white pepper
6 kaffir lim leaves, torn in half
¼ c sweet basil leaves

Cut three slashes to the bone on both sides of the fish, then coat with flour on both sides. This will prevent it from sticking to the skillet and will also make the skin crisp. Heat the oil in a wok or large skillet to 350 degrees. Carefully lay the fish in the oil and deep-fry for approximately 5 minutes. Turn the fish with the aid of a large spatula and deep-fry the other side for 5 minutes. Remove from the oil and set on the large plate. Heat a medium skillet on medium-high heat, then add the oil and the blended sauce ingredients. Stir and cook for 3 minutes. Add the fish sauce, sugar, lime juice and pepper and cook for a

19

D47

further 2 minutes. Stir in the lime leaves and the basil. Pour the sauce over the fish and serve.  Yields: 4 servings

Easy Lasagna
Gladys Coleman

1 ½ lbs. ground beef
1 lg. jar spaghetti sauce
1 can Hunt's tomato sauce
1 sm. Onion, chopped
3 c mozzarella cheese
2 c milk cheddar cheese
1 box Mueller's lasagna

Cook ground beef and onion. Drain and add tomato sauce. Cook Mueller's lasagna as directed on box.  In a 9X13 inch dish, layer 3 times, lasagna, beef and cheese. Top the last layer with extra cheese. Bake at 350 degrees for 20 to 30 minutes.

**Meat Loaf Barbecue Style**
Tawana Coleman

1 ½ lbs. ground beef
½ c fresh bread crumbs
1 onion, chopped
1 egg, beaten
1 ½ tsp. salt
2 (8 oz.) cans tomato sauce
¼ tsp. pepper
½ c water
3 Tbsp. vinegar
3 Tbsp. brown sugar
2 Tbsp. prepared mustard
2 tsp. Worcestershire sauce

Mix together beef, crumbs, onion, egg, salt, pepper and ½ can of tomato sauce. From into loaf and put in shallow pan. Combine the rest of the sauce and all the ingredients. Pour over loaf and bake in moderate oven at 350 degrees for 1 hour and 15 minutes. Baste occasionally.

Easy Supper Dish
Margaret Sims

2 tbsp. butter or margarine

20

D48

2 cups tomato juice
1 onion, chopped fine
1 tsp. salt
1 tsp. sugar
½ tsp. black pepper
1 cup uncooked elbow macaroni
½ lb. ground beef, uncooked
1 cup rated or cubed cheese

Melt butter in saucepan over low heat. Add macaroni and stir to coat thoroughly with abutter. Add 2 cups tomato juice and bring to a rapid boil. Stir in ground beef. Add salt, pepper, and sugar. Cover, reduce heat and cook 15 to 20 minutes. Remove cover and stir. Sprinkle cheese over top. Remove from heat, cover so cheese will melt. A tossed or fruit salad will compete the meal.


**Buffet Chicken Scallop**
Margaret Sims

2 med. onion, chopped (1 cup), optional
1 large green pepper, chopped (1 cup)
2 tbsp. butter or margarine
1 (16 oz.) pkg. herb-seasoned stuffing mix
4 cups chicken broth
6 eggs, beaten
3 (10 ½ oz.) cans condensed cream of celery soup
8 cups diced cooked chicken (2lbs.)
1 cup long grain rice, cooked
1 (4 oz.) can diced pimento, drained
2 (10 ½ oz.) cans condensed cream of chicken soup
1 cup dairy sour cream

Cook onions and green pepper in butter until tender but not brown. In a large mixing bowl, toss together stuffing mix, broth, eggs, and celery soup; add chicken, rice, onion, green peppers, and pimento. Mix well. Turn into tow greased baking dishes. Bake at 325 degrees for 30 to 40 minutes.
In saucepan, combine chicken soup and milk, heat and stir until smooth. Stir in sour cream; heat through but do not boil. To serve, cut casserole into squares. Spoon sauce over each serving. Serves 24. Recipe can be divided in half and can also be frozen.


**Broccoli Ham Quickie**
Margaret Sims

1 lb. broccoli, chopped
boiling salted water

D49

6 eggs, slightly beaten
1 (3-oz.) pkg. cream cheese, softened
1 cup shredded American cheese

½ to 1 cup finely diced cooked ham
2 tbsp. diced onion
½ tsp. salt
1/8 tsp. pepper
1 unbaked 9-inch pie shell or pastry lined shallow, oblong casserole
¼ cup grated Parmesan cheese

Cook broccoli in ½ cup boiling salted water 10 to 15 minutes, then drain. In a large bowl combine eggs, cream and American cheeses. Beat until smooth. Stir in broccoli, ham, onion, salt and pastry shell. Sprinkle top with Parmesan cheese. Bake at 425 degrees 30 to 35 minutes or until done. Allow to stand 10 minutes before slicing. Makes six servings.

### Crisp Fried Catfish
Louise Hunter

6 med. Catfish, cleaned and dressed
1 tsp. salt
¼ tsp. pepper
1 (2 oz.) bottle hot sauce
2 cup self-rising corn meal
Vegetable oil
Fresh parsley sprigs, optional
Fluted lemon halves, optional

Sprinkle catfish with salt and pepper. Marinate in hot sauce for 1 to 2 hours in the refrigerator. Place corn meal in a paper bag; drop in catfish, one at a time, and shake until completely coated. Fry in deep hot oil over high heat until fish float to the top and are golden brown; drain well. Serve hot. Garnish with parsley and lemon halves, if desired. Serves 6.

### Seet and Sour Beef
Louise Hunter

1 tbsp. shortening
2 lbs. Cubed lean stewing beef
½ tsp. salt
2 cup canned tomatoes
1/3 cup brown sugar
1/3 cup vinegar
½ cup finely chopped onion
½ bay leaf

22

D50

1 green pepper, cut into thin strips

Melt shortening in large skillet; brown beef on all sides. Add salt, tomatoes, brown sugar, vinegar, onion, and bay leaf cover skillet; lover heat. Let simmer about 2 hours, until beef is tender. Add peppers strips to beef; cook 10 minutes to blend all flavors. J Serve with hot rice or needles.  Yields: 6 to 8 serving.


## Old Fashion Chicken and Dumpling

Louise Hunter

1 5-7 lb. stewing chicken or hen
4 quarts water

Season with salt, pepper, season all salt and poultry seasonings. Cook for about 2 hours on low heat until tender. Remove chicken from pot, but you may place some of it back in the pot if you like.

## Dumplings:

1 cup chicken broth
2 eggs
3 cup all purpose flour or more if needed

Mix together, roll out on floured board. Cut in small squares or strips. Drop in boiling chicken broth. Cook until tender.  Do not stir. You may add hot water or chicken flavor soup base if needed.


## Shrimp Creole
Louise Hunter

1 lb. fresh or frozen, peeled and deveined shrimp
2 tbsp. vegetable oil or bacon fat
1 cup chopped celery
1 cup chopped green pepper
1 cup chopped onion
1 garlic clove, crushed
2 tsp. paprika
1 tsp. leaf thyme
2 tsp. salt
2 (1 lb. each) cans tomatoes, cut up
½ cup water
¼ tsp. hot pepper sauce
1 bay leaf

D51

1 tbsp. cornstarch
2 tbsp. water

Cook shrimp according to package directions. Rinse in cold water and drain. Cut shrimp in half lengthwise; set aside. In a 3-quart saucepan sauté celery, green pepper, onion and garlic in oil until tender. Stir in paprika, thyme, and salt. Add cut up tomatoes with liquid, water, hot sauce and bay leaf. Bring to a boil; cover and simmer 15 minutes to blend flavors. Stir in shrimp. Blend together cornstarch and water until smooth; stir into sauce. Bring to a boil while stirring constantly; boil 2 minutes. Serve in pastry shells or over rice or pasta. (Allow 1 pastry shell or approximately 2/3 cup cooked rice or pasta per person). Makes 6 to 8 servings.

**Pepper Steak with Rice**
Louise Hunter

3 cups hot, cooked rice
1 lb. lean round steak, cut ½ inch thick
1 tbsp. paprika
2 tbsp. butter or oleo
2 cloves garlic, crushed
1 ½ cups beef broth
1 cup sliced green onions, including tops
2 green peppers, cut in strips
2 tbsp. cornstarch
¼ cups each water and soy sauce
2 large fresh tomatoes, cut in eighths

While rice is cooking, pound steak to ¼ inch thickness. Cut into ¼ inch wide strips. Sprinkle meat with paprika and allow to stand while preparing other ingredients. Using a large skillet, brown meat in butter. Add garlic and broth. Cover and simmer for 30 minutes. Stir in onions and green peppers. Cover and cook for 5 minutes more. Blend cornstarch, water, and soy sauce. Stir into meat mixture. Cook, stirring, until clear and thickened, about 2 minutes. Add tomatoes and stir gently. Serve over beds of fluffy rice. Serves 6.

**Grilled Cheese Ole**
Louise Hunter

6 slices white bread
butter
1 can whole green chilies
3 thin slices large tomato
4 oz. Monterey Jack cheese
salt and pepper to taste

24

D52

Butter bread; place buttered slides together. Top with 1 seeded chili pepper; a tomato slice, salted and peppered; and 1/3 of the cheese, sliced. Place sandwich, buttered sides out on grill or in a frying pan. Grill until golden brown and cheese is melted.  Serves 3.

## Chicken and Dumpling
Louise Hunter

2 ¼ cups Bisquick
2/3 cup milk
1 whole chicken, cup up
salt and pepper to taste

Boil chicken until tender and done.  Set aside to cool; then, remove from bones.  Save broth for dumplings.

Dumplings:

Mix Bisquick and Milk well in bowl. Roll out real good on floured board. Cut in long strips, about and inch wide. Drop in boiling broth and continue to boil on high for about 10 minutes. Change stove settings to low and cook for about 5 minutes more. Stir in cooked deboned chicken. Simmer a few minutes.

## Pork Chops Cacciatore
Louise Hunter

6 loin, rib or shoulder pork chops
1 large onion, cut in 6 slices
2 tbsp. brown sugar
1 envelope spaghetti sauce mix
2 cans (about 1 lb. each) tomatoes

Brown chops in large frying pan; arrange in single layer in shallow 8 cup baking dish. Top each chop with onion slice, sprinkle with brown sugar.

Blend spaghetti sauce mix into drippings in frying pan; stir in tomatoes, heat to boiling. Spoon around chops and onions and cover.

Bake in 350 degree oven for 1 hour, uncover, bake 15 minutes longer; or until chops are tender.

## Stuffed Pork Chops
Louise Hunter

D53

1 tbsp. butter
½ cup chopped onions
¼ cup celery, chopped
¼ cup water
½ cup catsup
2 tbsp. vinegar
1 tbsp. Worcestershire sauce
1 tbsp. brown sugar
½ tsp. Salt
1/8 tbsp. pepper

Melt butter and add all other ingredients. Heat for 20 minutes. Brown pork chops in pan. Place 1 tablespoon sauce on each chop. Place in foil in a baking pan and allow 1 slice onion and green pepper on each chop. Bake at 425 degrees for 45 to 50 minutes.

## Baked Stuffed Pork Chops
Louise Hunter

8 lean center-cut pork chops, 1 ½ to 2" thick
Herb stuffing
½ cup milk

Trim excess fat from chops and insert a thin sharp knife from center edge to bone and move it to cut a pocket. Fill with herb stuffing, pressing it in with the tips of the fingers. Close opening with a toothpick. Brown chops on both sides and on edges in a heavy skillet greased with 2 tablespoons of olive oil; this should take about 10 minutes. Place chops in casserole, one layer deep, and tuck any remaining stuffing in between. Add milk, cover tightly and bake in a moderately hot oven, 375 degrees, for about 1 ½ to 2 hours. Makes 8 servings.

## Herb Stuffing

1 cup finely chopped onion
1 cup finely cut celery leaves
1 cup chopped parsley
3 tbsp. butter
¾ cup milk
2 cups herb-flavored stuffing mix
¼ tsp. Dried thyme
1 tsp. Salt
½ tsp. Pepper

## Juicy Barbecue Spareribs
Louise Hunter

26

D54

12 to 15 lbs. Spareribs
1 (10 oz.) bottle Worcestershire sauce
1 (8 to 12 oz.) bottle soy sauce
1 large bottle barbecue sauce
dash of hot sauce (or more if you like spicy ribs)
several cloves of garlic, chopped or dry garlic flakes
1 large can pineapple juice
½ bottle A.-1 sauce

For more sauce (more ribs), just add more pineapple juice.

This should be done at least ½ day before cookout. Preheat oven to 400 degrees. Cut ribs into portions. Salt and pepper, and put them in a large pot or pan, several layers if necessary. Pour all the different sauces over the ribs, pineapple juice last. Sauce should about cover the ribs. If not, you may turn them while they bake. Bake until sauce comes to a boil. If you do this in the morning for an evening party, just leave them in the oven after you turn the heat off. If you bake them the day before, they need to be refrigerated. Just before barbecuing, drain ribs out of sauce and place on grill. They will brown very fast and are done as soon as browned. This may also be used for a small amount of ribs, just decrease sauce ingredients or mix a large batch of sauce and use it as you go, but keep it refrigerated.


**Baked Lasagna**
Louise Hunter

1 lb. ground beef
2 ½ cup water
½ tsp. black pepper
½ tsp. Garlic salt/powder
Pinch of oregano
Swiss cheese
2 (6 oz.) can tomato paste
1 ½ tsp. Salt
½ cup chopped onion
2 tsp. Black pepper
1 cup tomato catsup
1 tbsp. Worcestershire sauce

Brown beef and onion. Drain grease; add tomato paste, spices, etc. and simmer at least 25 minutes. Cook lasagna for 12 minutes. Stir gently, drain. Add drained grease to prevent sticking. Cool. In large shallow greased baking dish, spread several spoons of sauce, the alternate layers of lasagna, sauce and cheese, and ending with the cheese. Bake for 20 minutes in 350 degree oven. Makes 6 to 8 servings.

D55

**Brunswick Stew**
Louise Hunter

1 (4lb.) hen
1 beef soup bone
2 cans tomatoes
2 cups cubed white potatoes
1 cup chopped celery
2 cans small green butter beans
2 cups onions, chopped fine
2 cups small grain corn
1 tbsp. salt
1 tsp. Black pepper
1 cup tomato catsup
1 tbsp. Worcestershire sauce

Boil hen until tender; cut chicken in ½ inch cubes. Save the stock. Cook soup bone until meat is tender. Remove from heat; cool and cut meat fine. Put stock from chicken and beef bones in heavy pot. Add chicken, beef and all other ingredients except corn.

Cook over low heat, stirring constantly or it will scorch. When quite thick, add the corn, and cook 10 minutes longer and serve while hot. Corn bread, hush puppies, crackers or rolls may be served with this stew.

**Spaghetti Sauce with Meatballs**

Steve Johnson

½ cup onion, diced
½ cup green bell pepper, diced
1 tbsp. fresh diced garlic
14/5 oz. diced tomatoes
2 cans (6 oz.) Contadina Italian Paste
16 oz. Contadina Tomato Sauce
8 oz. mushroom slices or pieces
1 package of Spatini Sauce mix
1 (28 oz.) jar Ragu Meat Flavored sauce
1 ½ tbsp. oregano
1 tbsp. olive oil
2 tbsp. season salt
4 tbsp. sugar

28

D56

¼ cup of cream Sherry wine
¼ cup of Parmesan cheese, grated

Saute' fresh onion, green bell pepper, oregano, garlic and mushroom in a sauce pan for 2 minutes in olive oil. Add diced tomatoes and sauté for another minute. Add seasoning salt and black pepper. Then transfer to a larger pot and start to add tomatoes sauce, Ragu meat sauce, and paste. Mix the Spatini sauce mix in 1 ½ cup of water. Add to the sauce. Allow to simmer for 2 minutes. Add cream sherry and sugar. Allow to simmer on low flame for one hour, stir frequently to prevent the sauce from sticking to bottom of pan. Once the meatballs are browned drain grease. Then add the meatballs to the sauce. Add a tablespoon of Parmesan grated cheese to the sauce and mix it in thoroughly.

**Meatballs:**

1 ½ hamburger
1 tablespoon Goya Adobo seasoning
¼ cup green bell pepper diced
¼ cup onion diced
½ cup bread crumbs
1 egg

Mix all of the above with the hamburger, than make small or large meatballs. Cook them in the oven for ½ hour at 350 degrees.

**Willie's Southern Fried Chicken**
Willie Mac Smith

3 ½ lbs. fryer chicken, cup up
seasoning to your preference (suggest: salt, pepper, paprika)
2 – 3 cup milk
2 eggs beaten
cooking oil (vegetable oil)
1 stick of margarine
mixing bag flour
Old Timely "Black Skillet"

Prepare overnight:

Sprinkle chicken with seasoning. Mix milk and beat eggs together well-place chicken in milk/egg mixture. Place in covered dish overnight or several hours before.
Heat oil and; margarine to 350-360 degrees. Place flour in plastic bag. Add chicken pieces from milk mixture a few at a time; shake well to coat. Add chicken to hot oil; cover – cook 15 minutes on each side or until cooked through and golden brown. Drain on paper towels; keep warm. Repeat with remaining chicken.

D57

**Ira's Savory Chicken in-a-Bag**
Ira Wilson

1 whole chicken
1 stick margarine
1 chicken roasting and seasoning bag w/gravy
1 onion
cup-up Vegetables (2 carrots, 1 stalk of celery, 304 w. potatoes)
salt, pepper, paprika
3 cups of water

Preheat oven to 350 degrees
Season chicken well; dust seasoning bag with flour –
Reserve seasoning from roasting bag package – place bag in a 13 x 9 or larger baking pan.  Place chicken in bag – cut up ½ stick up margarine and ½ of onion  and place in cavity of chicken. Add vegetable around the outside of chicken; and remaining margarine and onion. Mix reserved seasonings from seasoning bag with 2 cup of water, pour inside bag over chicken and vegetables. Tie bag, cut 4-6 small holes in top of bag to allow steam to escape.

Bake for 1 hour 10 minutes.  Remove from oven. Let stand 5 minutes. Cut open bag carefully – HOT!! Remove bag from chicken allowing contents to pour into baking pan. Add water or thicken gravy as desire.

This recipe serves good with rice. Cut-up Chicken parts work well too!!

**Glazed County Ham**
Peggy Johnson

1 10 to 15-pound Virginia or Smithfield country ham

10 whole cloves
10 whole allspice
5 whole peppercorns
1 cinnamon stick
2 apples, peeled and quartered
2 bay leaves
¼ cup brown sugar
1 quart apple cider
½ navel orange
whole cloves sufficient garnish ham
¾ cup honey
¼ cup molasses

30

D58

¼ cup cornmeal
½ cup brown sugar
3 tablespoons dry mustard
½ tsp. ground allspice
¼ tsp. ground cloves
1/8 tsp. ground cinnamon

Cover ham with cold water and soak 24 to 36 hours before cooking. Using a stiff brush, scrub away any mold from ham surface. Discard soaking water; rinse ham and place it in a large roasting pan. Add whole gloves, next 7 ingredients, and cold water to cover; bring to a boil over high heat. Reduce heat to low; cover and simmer 20 to 25 minutes per pound or until the ham reaches an internal temperature of 150 degrees F. Add the apple cider and orange during the last ½ hour of cooking. Drain liquid from ham. Remove skin while ham is still warm, leaving fat intact. Trim excess fat, and score in a diamond pattern. Place a whole clove in the center of each diamond. Combine honey and molasses; brush all over ham. Combine cornmeal with next 5 ingredients and use to dust the ham. Place ham in preheated 425-degree oven long enough to glaze. Slice very thin.

**Salmon Croquettes II**
Peggy Johnson

2 16 ounce cans salmon, drained, skinned, and deboned
½ cup chopped onion
¼ tsp. celery salt
¼ tsp. salt
1 ½ tsp. pepper
¾ cup heavy cream
3 tbsp. all-purpose flour
¼ cup vegetable oil
parsley springs and lemon wedges for garnish

In a bowl, mix together salmon, onion and seasonings. Blend in cream. Mix thoroughly; form 6 or 8 patties and dust with flour. Cook patties over medium heat in hot vegetable oil until cooked through and golden, approximately 10 minutes on each side. Garnish with parsley sprigs and lemon.

Lizzie's Devilish Catfish Stew
Peggy Johnson

3 to 4 pan-ready catfish
salt and pepper
¾ to 1 tsp. red cayenne pepper
all purpose flour
¼ cup vegetable oil
1 large onion, sliced thin

D59

2 ½ cup hot water

Wash fish, dry ,and season to taste with salt, pepper, and cayenne pepper. Dust with flour, shaking off any excess. Heat oil in a large, heavy skillet over medium heat.  Oil is sufficiently hot when a drop of water dances on its surface.  Add fish to the pan, turning frequently to prevent burning. When fish are done, remove them to a paper towel-covered plate and keep warm. After all fillets have been cooked, add the onion to the pan and sauté until transparent. Add approximately 3 to 4 tablespoons flour to the pan. Cook until the flour browns, then add the water. Reduce heat and cook until gravy begins to cook and thicken.  Season to taste with additional salt, pepper, and cayenne pepper. Return fillets to pan and cook an additional 10 to 15 minutes over low heat. Great with white rice or hominy grits.

**Broccoli Casserole**
Luegenia L. McClurkin

2 pkg. frozen broccoli
1 can mushroom soup
½ c grated cheese
1 Tbsp. chopped onion
½ c crushed Ritz crackers

Cook and drain broccoli. Combine broccoli with soup, cheese and onion. Bake at 400 degrees for 20 minutes. Add crackers and brown.

**Cabbage Casserole**
Pattie McClurkin

1 c (or more) shredded cabbage
1 ½ c crushed cornflakes
½ c melted margarine
¼ tsp. salt
½ c mayonnaise
1 c milk
1 can cream of celery soup
1 c shredded cheese
1 c crushed cornflakes
Combine cabbage with cold water to cover in bowl. Let stand for 30 minutes. Mix 1 ½ cups cornflake crumbs and melted margarine in 9x13-inch baking dish, spreading mixture evenly. Drain cabbage well. Layer over cornflake mixture. Sprinkle with salt.

Combine mayonnaise, milk and soup in saucepan. Heat until bubbly. Pour over cabbage. Top with cheese and 1 cup cornflake crumbs. Bake at 325 degrees for 35 minutes.  Yield: 8-10 servings

D60

## Broccoli Casserole
Gladys Coleman

1 pkg. frozen chopped broccoli
½ stick butter
3 eggs, beaten
½ c mayonnaise
1 c sharp cheese
1 sm. onion, chopped
1 can cream mushroom soup

Cook broccoli as package directs; drain. Add mayonnaise to hot broccoli. Mix remaining ingredients together; add broccoli. Place in buttered dish. Bake at 3350 degrees for about 30 minutes.

## Potato Casserole
Margaret Sims

6 medium potatoes, peeled and sliced
6 slices American cheese, chopped
1 medium onion, sliced thin
½ tsp. black pepper
1 can cream of mushroom soup
1 green pepper, thinly sliced
1 tsp. salt

Grease a large casserole dish with margarine. Place a layer of potato slices, cheese, onion and pepper into casserole. Repeat layers until you have used all. Pour cream of mushroom soup over layers of potatoes, cheese, onions and pepper. Bake at 350 degrees for one hour or until potatoes are tender.

## Squash Casserole
Louise Hunter

2 lbs. Squash
1 med. Onion
1 med. Carrot
1 can crème of chicken soup
1 pt. Sour cream
1 stick of butter or margarine
2 cup Pepperidge Farm hero seasoning
salt and pepper to taste

D61

Mix all ingredients with a spoon and pour into a 11 ¾ x 7 ½ Pyrex dish, add ½ cup herb seasoning sprinkled on top. Bake at 400 degrees for 15 minutes.

**Eggplant Casserole**
Louise Hunter


1 med. Eggplant
1 onion, chopped
1 bell pepper, chopped
1 large can tomatoes
2 tbsp. oil
½ cup bread crumbs, buttered

Preheat oven to 300 degrees. Peel and cube eggplant. Saute eggplant, onion and pepper in oil and cook until tender. Add salt, pepper and garlic salt to taste. Add tomatoes and simmer for 15 minutes. Put in buttered casserole and top with crumbs. Bake for 30 minutes.

**Company Sausage and Egg Casserole**
Louise Hunter


2 lbs. bacon, sausage or ham
11 slices bread, crust removed and cubed
12 eggs
4 cup milk
2 tsp. mustard (dry)
1 tsp. salt
2 cup shredded cheddar cheese (medium sharp)

Cook meat, drain and break into pieces. Beat eggs, Add salt, mustard, milk; ten beat. Grease 9 x 13 inch glass dish. Place bread cubes 9in dish; then add meat, cheese. Pour egg mixture over. Refrigerate overnight covered. Stir in dish before baking at 350 degrees in a covered dish 1 hour. When bubbly, check with toothpick.

**Shrimp and Crab Casserole**
Louise Hunter


1 can crab meat
2 lb. shrimp, peeled
1 can cream of celery soup
1 can cream of mushroom soup
1 stick margarine
2 ½ cups cooked rice, warm
1 bell pepper, chopped

D62

1 onion, chopped
2 ribs celery, chopped
Cook seasoning in margarine until tender; add shrimp and crab meat, cook about 20 minutes. Add soup; stir well. Combine with rice. Pour into a greased casserole and bake at 350 degrees for 30 minutes. Top with cheese if desired

## Company Chicken Casserole
Louise Hunter

8 chicken breasts
1 jar small Russian dressing
1 package Lipton dry onion soup mix
1 small jar apricot preserves

Bake covered at 325 degrees for 1 ½ to 2 hours. Serve with rice.

## Chicken Casserole
Louise Hunter

6 large chicken breast
1 can cream of mushroom soup
1 small can evaporated milk
1 small can cut mushrooms
1 cup chopped carrots
1 chopped bell pepper
1 tbsp. chopped pimento
1 cup egg noodles

Cook chicken breast. Cool and cut into chunks. Mix all ingredients with chicken in a casserole dish. Bake at 325 degrees for 1 hour.

**No Matter where I serve my guests they seem to like my kitchen best!**

## DESSERTS

**Come Lord Jesus, be our guest and let these gifts to us be blessed. Amen**

## Old Fashioned Coconut Pie
Luegenia L. McClurkin

1 c coconut

D63

1 c sweet milk
1 Tbsp. flour
1 c sugar
3 eggs, beaten
½ stick butter (browned)
Nutmeg

Mix above ingredients in order and pour into uncooked pie shell. Dust nutmeg over the top, if desired. Bake at 350 degrees for approximately 30 minutes or until set. Makes two (2) pies.

## Pound Cake
Luegenia L. McClurkin

3 c sugar
3 ½ c flour (plain)
2 tsp. flavoring vanilla or lemon
2 sticks butter or margarine
½ c Crisco
8 large eggs
½ c milk

Cream butter and Crisco. Add eggs one at a time. Add vanilla, milk, and flour (alternately). Bake at 300 degrees for 1 ½ hours.

## Million Dollar Pound Cake
Luegenia L. McClurkin

1 lb. butter
3 c sugar
6 eggs
4 c all-purpose flour
½ tsp. baking powder
1 c sweet milk
1 Tbsp. vanilla extract
1 Tbsp. lemon extract

Cream butter and sugar. Add extracts. Mix well. Add eggs (one at a time). Do not over beat. After eggs are added, add flour and milk. Sift flour three (3) times. Bake at 325 degrees for 1 hour 40 minutes in tube pan.

D64

Lemon Gold Cake
Janie McClurkin

2 ½ cake flour
1 tbsp. baking powder
1 ½ c sugar
1 tsp. salt
½ c oil
6 eggs, separated
2 tsp. lemon juice
1 tsp. grated lemon rind
¾ c cold water
1 tsp. cream of tartar
3 c confectioners' sugar
1 Tbsp. margarine, softened
2 Tbsp. lemon juice
2 tsp. grated lemon rind
Pinch of salt

Sift flour; baking powder, sugar and 1 tsp. salt into bowl. Make a well in center. Place oil, egg yolks, 2 tsp. lemon juice, 1 tsp. lemon rind and water in well; mix until smooth.

Beat egg whites in mixer bowl until foamy. Add cream of tartar; beat until stiff peak form. Fold gently into cake batter. Spoon into greased and floured tube pan. Bake at 325 degrees for 1 hour and 10 minutes. Remove cake to wire rack to cool. Invert onto cake plate. Combine remaining ingredients in bowl. Beat until smooth. Spread on cool cake. Yield: 12 servings.


**Egg Custard Pie**
Alice McClurkin

1 c sugar
1 Tbsp. flour
3 eggs
½ stick butter, finely chopped
1 c milk
1 Tbsp. vanilla extract
1 unbaked 9-in. pie shell
nutmeg to taste

D65

Mix sugar and flour in bowl. Add eggs; beat until well mixed. Mix in butter, milk and vanilla. Pour into pie shell. Sprinkle nutmeg on top. Bake at 350 degrees for 1 hour or until knife inserted in center comes out clean.

**Perfect Apple Pie**
Mamie Chisholm

1 15 oz. pkg. Pillsbury pie crust
1 filling
6 c thin sliced, peeled, golden apples
2 tbsp. flour
¾ tsp. cinnamon
¼ tsp. salt
1/8 tsp. nutmeg
1 tsp. lemon juice

Bake at 350 degrees for 40 to 45 minutes until apples are tender and crust is golden brown.

**Lemon Curd Coconut Cake**
Janie McClurkin

2 ½ unsifted cake flour
2 ½ tsp. baking powder
½ tsp. salt
1 c milk
¼ c cold water
1 ½ tsp. vanilla
4 eggs whites
1 ½ c sugar
½ c butter

fluffy white frosting;
1 c sugar
1/8 tsp. cream of tartar
1/8 tsp. salt
4 tsp. powdered egg whites
½ c cold water
1 ½ tsp. vanilla
¼ c bottled lemon curd
2 c shredder unsweetened coconut

Heat oven to 350. Grease two 9-inch-round layer-cake pans; dust with flower; Prepare cake: sift together the cake flour, baking powder and salt onto wax paper. Combine milk, water and vanilla in small bowl. Beat egg whites in clean bowl with clean beaters until

D66

frothy. Gradually beat in ½ cup of sugar until soft peaks form. Beat butter and remaining cup of sugar in large bowl at medium speed until fluffy and light colored, 2 min. on low beat in flour mixture alternating with milk. Fold in beaten whites, half at a time. Divide in pans. Bake 20-25 min. edges start to pull away from sides. Cool in pan 10 min. turn onto racks. Prepare frosting; combine sugar, water in double boiler. Beat for 1 min. then over simmering water for 6 min. or until thick, skinny and firm peaks form. Remove from simmering water. Beat until cool add vanilla. Put one cake down put lemon filling in place, other cake on top cover with icing. Put coconut around sides of cake.


## Cake
Barbara Johnson

3 c flour
3 c sugar
4 eggs
1 ½ c Wesson oil
can crush pineapple
½ tsp. salt
3 bananas, chopped
1 c pecan, chopped
1 tsp. soda
1 tsp. vanilla
1 tsp. cinnamon

Don't beat. Bake in 12x9x2 pan at 350 degrees for 1 hour or until done.

## Frosting:

1 8 oz. cream cheese
1 lb. powder sugar
1 stick butter
1 tsp. vanilla
Rasins and coconut (optional)


## Cream Cheese Pound Cake
Margaret M. Sims

2 sticks margarine
½ c Crisco
1 8oz. pkg. cream cheese
3 c sugar
dash of salt
2 ½ tsp. lemon flavoring
6 eggs

3 c sifted flour
Cream margarine, cream cheese and sugar until light and fluffy. Add salt and flavoring then beat well. Add eggs, one at a time. Sift in flour. Spoon mixture into greased tube pan. Bake at 325 degrees for 1 ½ hours.

**Five Flavor Pound Cake**
Margaret M. Sims

2 sticks butter
½ c Crisco
3 c sugar
5 eggs
3 c sifted flour
½ tsp. baking powder
¼ tsp. salt
1 c milk
1 tsp. rum flavor
1 tsp. coconut flavor
1 tsp. orange flavor
1 tsp. lemon flavor
1 tsp. vanilla flavor

Cream butter and Crisco. Gradually add sugar and eggs. Sifted flour, baking powder and salt. Add to creamed mixture. Alternating with milk. Add flavoring. Bake in greased and floured tube pan at 325 degrees for 1 ½ hours. After 30 minutes, turn out pan on a plate.

**Glaze:**

½ c sugar
¼ c water
1 tsp. almond extract or of each flavor used

Glaze warm.

**Buttermilk Chocolate Cake**
Gladys Coleman

1 c shortening
3 c sugar
6 eggs
3 c cake flour, sifted
½ tsp. salt
¼ tsp. soda
1 c buttermilk
1 tsp. lemon extract

40

D68

Cream shortening and sugar.  Add eggs, one at a time beating well after each addition. Sift together flour salt and soda and add to creamed mixture; alternate with buttermilk beginning and ending with flour mixture. Add lemon extract and beat well. Pour into a greased and floured 10-inch tube pan. Bake at 350 degrees for 1 hour and 10 minutes or until cake tests done. Allow to stand in pan a few minutes before turning out.

**Carrot Cake**
Gladys Coleman

2 c flour
1 tsp. soda
2 tsp. cinnamon
1 tsp. salt
2 c sugar
3 eggs
2 c finely grated carrots
1 c well drained crushed pineapple
1 c coconut
1 c chopped walnuts
1 tsp. vanilla

Sift flour, soda, cinnamon and salt together. Set aside. Beat sugar, oil and eggs with electric mixer until very well mixed. Gradually add mixture, and then fold in the carrots, pineapple, coconut walnuts and vanilla. Bake in a greased and floured 12x9-inc pan at 350 degrees for 1 hour or done. Cream Cheese frosting: 4 ounces cream cheese, softened, ½ box powered sugar, 1 tsp. vanilla and ½ stick margarine or butter (4 tsp.). Mix all of the above until smooth.

**Blueberry Pie**
Tawana Coleman

1 can blueberry pie filling
2 c sugar
2 c pecans or less
2 pie shells
2 (8 oz.) pkgs. Cream cheese
1 med. Cool Whip

Cream sugar and cream cheese.  Add Cool Whip and pecans. Pour into pie shells.  Pour blueberries over. Chill at least 2 hours.

**White Frosting**
Gladys Coleman

41

D69

2 c sugar
1 tsp. white vinegar
1 tsp. vanilla
1/8 tsp. salt
3 egg whites
½ lb. fresh coconut

Combine sugar, 1 c water, salt and vinegar in heavy saucepan. Cook over medium heat, stirring constantly until clear. Cook without stirring to 242 degrees on candy thermometer or until mixture forms thin thread when dropped from spoon. Beat egg whites until stiff; add hot syrup, beating constantly. Continue beating until frosting holds shape; add vanilla. Spread frosting between cake layers, topping with coconut. Cover top and sides of cake with frosting; sprinkle with remaining coconuts.

**7-up Pound Cake**
Ruby Smith

3 ½ c plan flour
3 c sugar
3 sticks butter
5 eggs
½ tsp. baking powder
¼ tsp. salt
¾ c 7-up soda
1 tsp. lemon flavor
1 tbsp. vanilla

Cream butter and sugar. Add eggs, one at a time. Add flour with salt, a time at a time. Add 7-up and flavor. Bake at 300 degrees for 1 hour.

**Brown Sugar Glaze**
Ruby Smith

½ c brown
2 tsp. or 3 can milk
½ c butter

Bring brown sugar, butter and can milk in a small sauce pan; stirring; boil 2 minutes. Beat and pour over warm cake.

**The Cake That Won't Last**
Samantha McClurkin-Hill

3 cups flour

42

D70

3 cups sugar
4 eggs
1 ½ cup Wesson Oil
1 (15 oz.) can crushed pineapples
½ tsp. salt
3 bananas, chopped
1 cup pecans, chopped
1 tsp. soda
1 tsp. vanilla
1 tsp. cinnamon

DO NOT BEAT!  Sift flour, salt, soda, and cinnamon together. Blend oil, eggs and sugar. Add pineapple, bananas, pecans, and vanilla. Fold in the flour mixture. Bake in a greased 13 x 9 x 2 inch pan at 350 degrees for 1 hour or until done.  Serves 16 to 20.  Frost with Cream Cheese Frosting.


**Cream Cheese Frosting**
Samantha McClurkin-Hill

1 (8 oz.) pkg. cream cheese
1 lb. powdered sugar
1 stick margarine
1 tsp. vanilla
½ cup raisins


**Banana Split Pie**
Samantha McClurkin-Hill

2 cups graham cracker crumbs
1 stick butter
¼ cup sugar
2 (8 oz.) pkg. cream cheese
2 cup sugar
4 bananas
1 large can crushed pineapples, drained
Nuts (walnuts)
Maraschino cherries

Mix crumbs, butter and ¼ cup sugar and press into 9 x 12 x 2 inch pan.  Bake 5 minutes in 350 degree oven.  Blend cream cheese and 2 cup sugar and spread over crumbs. Slice bananas over cheese mixture and pour drained pineapple over bananas. Spread on large carton of Cool Whip on top and sprinkle with nuts and cherry chips. Let stand in refrigerator 4 to 6 hours.

D71

## Snickerdoddles
Allison Hill

2 ¼ cups of all-purpose flour (sifted)
¼ tsp. salt
1 tsp. baking soda
2 tsp. cream of tartar
1 ½ cups plus 4 tbsp. granulated sugar
2 eggs
1 tbsp. cinnamon

Cookie dough should be refrigerated overnight before baking.  In a mixing bowl, combine flour, salt, baking soda and cream of tartar.  In a separate bowl, blend butter, 1 ½ cups sugar and eggs. Combine the contents of the two bowls and chill overnight.  Mix 4 tablespoons of sugar and cinnamon. Preheat oven to 375 degrees. Spray tow cookie sheets with anonstick cooking oil.

Roll the dough into walnut size balls, and then roll the balls in the cinnamon mixture. Place the balls 2 inches apart on the cookie sheets and bake 8 – 11 minutes. Make approximately 4 dozen cookies.

## Cream Cheese Pound Cake (Very Rich)

Louise Hunter

¾ lb. Butter
1 (8 oz.) pkg. cream cheese
3 cup sugar
6 eggs
1 tsp. Vanilla
1 tsp. Almond extract
3 cup flour

Cream together butter and cream cheese, blending in sugar with electric mixer. Add eggs one at a time and continue to blend. Add flavoring and flour and beat until smooth and light. Pour batter into greased and floured 10-inch tube pan. Bake in preheated 325 degree oven for 1 hour and 15 minutes or until cake is golden brown and test done. (I use Bakers Joy for my pan).

44

D72