# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-MPT |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his | ) | Trial By Jury Demanded |
| official and personal capacities, and | ) | |
| DELAWARE TECHNICAL AND | ) | |
| COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT B**

# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

David H. Williams
(302) 888-6900
dwilliams@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

August 16, 2006

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 North King Street
Room 6325, Lockbox No. 10
Wilmington, DE 19801

RE:     *Marguerite Johnson v. Delaware*
*Technical & Community College, et al.*
*C. A. No. 05-157-KAJ*

Dear Judge Jordan:

I am writing in response to Gary Aber's August 10, 2006 letter to Your Honor, wherein Mr. Aber requested permission to submit a sur reply brief. On behalf of the defendants, I respectfully oppose the request.

As stated in the defendants' reply brief (see reply brief, pages 1 and 23), the plaintiff does not allege a substantive due process claim. The only due process claim she alleges is a procedural due process claim. The procedural due process claim and all other claims were briefed in support of the defendants' case-dispositive motion. The opening brief in support of the motion did not address the plaintiff's termination in detail because a substantive due process claim is not alleged.

The plaintiff's failure to allege a claim, then brief the purported claim in an answering brief, should not be grounds to permit her to file an additional brief. In short, the plaintiff was not disadvantaged except by her own failure to allege the substantive due process claim.

The plaintiff should not be permitted to file a sur reply brief for the additional compelling reason that the plaintiff already was provided an extension to file her answering brief. The submission of a sur reply brief would cause further delays, which will compress Your

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

August 16, 2006
Page 2


Honor's time to decide the case-dispositive issues presented for summary judgment prior to the January 2007 trial date.

Respectfully,

*David H. Williams*

David H. Williams

DHW/jam
cc:    Gary W. Aber, Esquire – via e-filing
       Brian Shirey, Esquire – via e-mail
       Clerk of the Court – via e-filing