IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-157-MPT |
| | ) | |
| ORLANDO J. GEORGE, JR., and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Consistent with the Memorandum Opinion of today's date,

IT IS ORDERED and ADJUDGED that Defendants' motion for summary judgment (D.I. 107) is GRANTED.

Date: May 15, 2007

_____
UNITED STATES MAGISTRATE JUDGE