IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-MPT |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR ORDER
### SEEKING SEPARATE JUDGMENT AND CONTINUANCE

Delaware Technical and Community College (the "College") and Orlando J. George, Jr. ("George", and collectively with the College, the "Defendants") move this Court (i) to certify, under the provisions of Rule 54(b), there is no reason for delay in the entry of a separate Final Judgment with respect to the Court's Order of May 15, 2007, dismissing all claims against Defendants, (ii) for an Order directing the Clerk to enter Final Judgment in accordance with the Court's prior Order of May 15, 2007, and (iii) for an Order granting a continuance of the counterclaim that remains in this case.

**Grounds For Relief**

The Court should make the requested certification, enter a separate Final Judgment and grant a continuance of the counterclaim because:

1.      This case involves multiple claims within the contemplation of Rule 54(b) of the Federal Rules of Civil Procedure.

1574608/1

2. On May 15, 2007, the Court ruled on Defendants' Motion for Summary Judgment and, in its ruling, completely disposed of all claims against the Defendants.

3. The only claim that survives following the May 15, 2007 Order granting Defendants summary judgment is Defendants' counterclaim against the Plaintiff.

4. There is no risk of duplicative appeals in this matter, because the College agrees to dismiss its counterclaim if an appeal of the May 15, 2007 Order is not timely filed. Furthermore, the College agrees to dismiss its counterclaim if the May 15, 2007 Order is sustained on appeal.

5. Entry of a Final Judgment on the dismissed claims will promote judicial economy because the College will dismiss its counterclaim if the Plaintiff does not appeal the May 15, 2007 Order within the statutorily afforded time frames. Furthermore, if the May 15, 2007 Order is upheld on appeal, the College will dismiss its counterclaim.

MORRIS JAMES LLP

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmacking@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendants

Dated: June 8, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARGUERITE A. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-157-MPT |
| | ) | |
| ORLANDO J. GEORGE, JR., in both his official and personal capacities, and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | ) ) ) ) | Trial By Jury Demanded |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, David H. Williams, hereby certify that on June 8, 2007, I electronically filed the attached **DEFENDANTS' MOTION FOR ORDER SEEKING SEPARATE JUDGMENT AND CONTINUANCE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899-1675

MORRIS JAMES LLP

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendants

Dated: June 8, 2007