IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-157-MPT |
| ) | |
| ORLANDO J. GEORGE, JR., in both his ) | Trial By Jury Demanded |
| official and personal capacities, and ) | |
| DELAWARE TECHNICAL AND ) | |
| COMMUNITY COLLEGE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court, having considered the Motion of Defendants Delaware Technical and Community College and Orlando J. George, Jr. (the "Defendants") under Rule 54(b) and hereby certifying that there is no just reason for delay, IT IS HEREBY ORDERED this ____ day of _____, 2007, that said Motion is GRANTED and Final Judgment is hereby entered in favor of the Defendants on all claims of the Plaintiff, for the reasons set forth in the Court's Opinion of May 15, 2007. The proceedings with respect to Delaware Technical and Community College's counterclaim are stayed until such time as the Plaintiff's appeal is adjudicated or the time to appeal lapses.

_____
Magistrate Judge Mary Pat Thynge

1574612/1