IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE A. JOHNSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-157-MPT |
| ORLANDO J. GEORGE, JR., and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : |
| Defendants. | : |

## ORDER

At Wilmington this **11th** day of **June, 2007**.

IT IS ORDERED that the Memorandum Opinion dated May 15, 2007 be corrected to substitute "42 U.S.C. § 1983" for the incorrect cite "43 U.S.C. § 1493" in the first sentence of the decision.

IT IS ALSO ORDERED that footnote number 26 be corrected to substitute citation *"Anderson v. Liberty Lobby, Inc.*, 477 U.S.C. 242, 256 (1986)." for the incorrect cite *"Anderson v. Liberty Lobby, Inc.*, 477 U.S.C. 343, 356 (1986)."

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE